# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In re  BRUNNER, Todd A.
       and
       BRUNNER, Sharon Y.

Case No.
Chapter 11

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>First Business Bank<br>18500 West Corporate Drive<br>P.O. Box 1970<br>Brookfield WI    53008-1970 | Phone: 262-798-8220<br>First Bus Bank - ANTONOPOULOS<br>The Schroeder Group Law Firm<br>20800 Swenson Dr - #375<br>Waukesha WI    53186 | Guarantee of Loan | D | $ 2,206,708.46 |
| 2<br>Fond du Lac Cnty Econ Dev Corp<br>140 North Main Street<br>Fond du Lac WI    54936-0629 | Phone: 920-748-2841<br>FdL Cnty Econ Dev - SORENSON<br>Sorenson Law Office<br>620 East Fond du Lac Street<br>Ripon WI    54971-9500 | Loan | | $ 99,900.00 |
| 3<br>Menards Corporate Office<br>4777 Menard Drive<br>Eau Claire  WI    54703 | Phone: 715-876-2868<br>Menards Corporate Office<br>4777 Menard Drive<br>Eau Claire  WI    54703 | Supplies | | $ 48,000.00 |
| 4<br>Layton State Bank-Credit Card<br>4850 South Moorland Road<br>New Berlin WI    53151 | Phone:<br>Layton State Bank-Credit Card<br>4850 South Moorland Road<br>New Berlin WI    53151 | Credit Card Debt | | $ 34,000.00 |
| 5<br>Trapp & Hartman, S.C.<br>Attn:  Dave Wanta<br>14380 W. Capitol Drive , #1<br>Brookfield  WI    53005 | Phone: 262-373-6053<br>Trapp & Hartman, S.C.<br>Attn:  Dave Wanta<br>14380 W. Capitol Drive, # 1<br>Brookfield  WI    53005 | Legal fees | | $ 29,579.58 |

Page  1

_____ ,
                         Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>ViSA<br>P.O. Box 4512<br>Carol Stream IL   60197-4517 | Phone: 800-852-2244<br>ViSA<br>P.O. Box 4512<br>Carol Stream IL   60197-4517 | Credit Card Debt | | $ 15,049.06 |
| 7<br>Chase Card Services<br>P.O. Box 94014<br>Palatine IL   60094-4014 | Phone: 800-432-3117<br>Chase Card Services<br>P.O. Box 94014<br>Palatine IL   60094-4014 | Credit Card Debt | | $ 14,000.00 |
| 8<br>Riggs Marine Service<br>W9092 Lincoln Road<br>El Dorado WI   54932 | Phone: 920-872-2728<br>Riggs Marine Service<br>W9092 Lincoln Road<br>El Dorado WI   54932 | Services | | $ 13,504.59 |
| 9<br>Woodlands Condo H/O Assoc<br>ATTN: Gerald Mayhew<br>8951-C North 95th Street<br>Milwaukee WI   53224 | Phone: 414-224-1000<br>Woodlands Condo H/O Assoc<br>ATTN: Gerald Mayhew<br>8951-C North 95th Street<br>Milwaukee WI   53224 | Condo dues: 8931B N91 & 8910K N95 | | $ 10,000.00 |
| 10<br>Badger Building Supply,Inc.<br>1228 West Bruce Street<br>Milwaukee WI   53204-1217 | Phone: 414-643-7766<br>Badger Building Supply,Inc.<br>1228 West Bruce Street<br>Milwaukee WI   53204-1217 | Supplies | | $ 9,533.90 |
| 11<br>KOHR, Diane C<br>725 Glacier Road - Apt 1<br>Pewaukee WI   53072-2366 | Phone: 866-887-6903<br>Amer Fam Ins Serv Subrogation<br>RE: DIANE C. KOHR<br>P.O. Box 3068<br>Bloomington IL   61702-3068 | Accident | | $ 8,426.56 |
| 12<br>KH Water Specialists<br>P.O. Box 299<br>Mukwonago WI   53149-0206 | Phone: 262-363-4767<br>KH Water Specialists<br>P.O. Box 299<br>Mukwonago WI   53149-0206 | Services | | $ 3,553.81 |
| 13<br>EHCO Heating and Air Cond.<br>W188 NM9773 A Appleton Avenue<br>Germantown WI   53022 | Phone: 262-251-5599<br>EHCO Heating and Air Cond.<br>W188 NM9773 A Appleton Avenue<br>Germantown WI   53022 | Services | | $ 3,514.43 |

_____ ,
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 14<br>Audley Plumbing & Heating<br>P.O. Box 14<br>Merton WI   53056-0014 | Phone: 262-367-2126<br>Audley Plumbing - FABYAN<br>Haight & Fabyan, S.C.<br>115 East Capitol Drive<br>Hartland WI   53029 | Services | | $ 3,322.55 |
| 15<br>Royal Gardens Owners Assn.<br>c/o Whyte Hirschboek Dudek SC<br>555 E. Wisconsin, #1900<br>Milwaukee  WI    53202 | Phone: 414-273-2100<br>Royal Gardens Owners Assn.<br>c/o Whyte Hirschboek Dudek SC<br>555 E. Wisconsin, #1900<br>Milwaukee  WI    53202 | Condominium dues | | $ 2,762.64 |
| 16<br>City of Franklin<br>Municipal Court<br>9455 W. Loomis Road<br>Franklin  WI    54132 | Phone: 414-425-4024<br>City of Franklin<br>Municipal Court<br>9455 W. Loomis Road<br>Franklin  WI    54132 | Court fines | | $ 2,043.00 |
| 17<br>Lisbon Storm Screen & Door<br>5006 W. Lisbon Avenue<br>Milwaukee  WI    53210 | Phone: 414-445-8899<br>Lisbon Storm Screen & Door<br>5006 W. Lisbon Avenue<br>Milwaukee  WI    53210 | Supplies | | $ 1,996.44 |
| 18<br>Cramer Multhauf & Hammes LLP<br>c/o Cook Law Offices<br>1220 S. Grand Avenue<br>Waukesha  WI    53186 | Phone:<br>Cramer Multhauf & Hammes LLP<br>c/o Cook Law Offices<br>1220 S. Grand Avenue<br>Waukesha  WI    53186 | Legal fees | | $ 1,264.00 |
| 19<br>CST Company, Inc.<br>ATTN:  Blake Embry<br>2007 Lake Point Way<br>Louisville KY  40223-4221 | Phone:<br>CST Company, Inc.<br>ATTN:  Blake Embry<br>2007 Lake Point Way<br>Louisville KY  40223-4221 | Services | | $ 1,022.19 |
| 20<br>InPro<br>c/o Lloyd McDaniel<br>11405 Park Road, #200<br>Louisville  KY   40023 | Phone:<br>InPro<br>c/o Lloyd McDaniel<br>11405 Park Road, #200<br>Louisville  KY   40023 | Supplies | | $ 1,006.11 |

B4 (Official Form 4) (12/07)

_____ ,
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I, _____ , _____ of the _Individual Debtor_ named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: 4-27-11      Signature _____
                   Name: BRUNNER, Todd A.

Date: 4-27-11      Signature _____
                   Name: BRUNNER, Sharon Y.