IT IS HEREBY ORDERED
AS DESCRIBED BELOW.

DATED: June 13, 2011



Honorable James E. Shapiro
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Todd A. Brunner and
Sharon Y. Brunner,

Case No. 11-29064
Chapter 11

Debtors.

**ORDER FOR EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS UNDER BANKRUPTCY RULE 1007(c)**

The Debtors, having moved the Court for an Order pursuant to Bankruptcy Rule 1007(c), seeking a forty (40) day extension within which to file their Schedules and Statement of Financial Affairs, and the United States Trustee being duly notified, and having made no objection thereto, and the Court being satisfied that the Debtors are entitled to the extension, hereby orders:

The Debtors shall have until July 15, 2011 at 4:00 p.m. within which to file their Schedules and Statement of Financial Affairs as required by Bankruptcy Rule 1007.

#####

Law Offices of Jonathan V. Goodman
135 West Wells Street, Suite 340
Milwaukee, WI 53203
414-276-6760; 414-287-1199 (facsimile)
email: jgoodman@ameritech.net