UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

| | |
|---|---|
| In re: <br><br> Todd A. Brunner and <br> Sharon Y. Brunner, <br><br> Debtors. | Case No. 11-29064 <br> Chapter 11 |

_____

**NOTICE OF MOTION FOR HEARING ON TEMPORARY USE OF CASH COLLATERAL, NOTICE OF MOTION FOR HEARING ON PERMANENT USE OF CASH COLLATERAL AND NOTICE OF MOTION TO SHORTEN TIME FOR HEARING ON TEMPORARY USE OF CASH COLLATERAL**

_____

The Debtors have moved the Court for temporary and permanent use of cash collateral in accordance with 11 U.S.C. § 363(c)(2)(3). The preliminary hearing on temporary use of cash collateral only affects First Business Bank and Layton State Bank. The permanent use of cash collateral affects Tri-City National Bank, WaterStone Bank, Anchor Bank, Securant Bank, Legacy Bank, First Business Bank, Layton State Bank, Bank of America, and Investors Bank.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you or your attorney want object to the Debtor's temporary use of cash collateral and Motion to shorten time, then you or your attorney must appear at a hearing before the H**onorable James E. Shapiro, United States Bankruptcy Judge, Room 133, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin, 53202** on **June 17, 2011** at **2:00 p.m.**

If you or your attorney wish to object to the Debtor's permanent use of cash collateral, then you must appear at a hearing before the H**onorable James E. Shapiro, United States Bankruptcy Judge, Room 133, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin, 53202** on **June 29, 2011** at **11:00 a.m.**

Law Offices of Jonathan V. Goodman
135 W. Wells Street - Suite 340
Milwaukee, WI 53203-1807
Phone: (414) 276-6760; Fax: (414) 287-1199
email: jgoodman@ameritech.net

If you or your attorney do not take these steps, then the Court may grant the relief requested at either or both hearings.

Dated this 14th day of June, 2011.

                                            LAW OFFICES OF JONATHAN V. GOODMAN
                                            Attorneys for Debtors-in-Possession

                                        By:      /s/ Jonathan V. Goodman
                                                        Jonathan V. Goodman

Law Offices of Jonathan V. Goodman
135 W. Wells Street - Suite 340
Milwaukee, WI 53203-1807
Phone: (414) 276-6760; Fax: (414) 287-1199
email: jgoodman@ameritech.net