UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In re:

Todd A. Brunner and
Sharon Y. Brunner,

      Debtors.

Case No. 11-29064
Chapter 11

---

**APPLICATION TO APPROVE THE EMPLOYMENT OF
ACCOUNTANT FOR DEBTORS**

---

Todd A. Brunner and Sharon Y. Brunner, Debtors and Debtors-in-Possession, request that the Court enter an *Order* authorizing the employment of Cliff Decker as their accountant to prepare their Monthly Operating Reports, and their 2009 and 2010 tax returns, under the terms and conditions described in this *Application*.

1. On June 5, 2011, the Debtors filed a *Petition* for Relief under Chapter 11, of Title 11, United States Code, in the United States Bankruptcy Court for the Eastern District of Wisconsin, and are operating their business as Debtors-in-Possession.

2. Debtors have selected Cliff Decker to prepare their Monthly Operating Reports, and their 2009 and 2010 tax returns.

3. The proposed accountant has agreed to do the Debtors' Monthly Operating Reports at $35.00 per hour, for one hundred twenty (120) hours for the first report, and forty (40) hours thereafter. He has also agreed to do their 2009 and 2010 tax returns for one hundred (100) hours each. The Debtors are requesting a fee cap of $26,600.00, and that they be allowed to pay Mr. Decker a retainer of $4,500.00.

Law Offices of Jonathan V. Goodman
135 West Wells Street - Suite 340
Milwaukee, WI 53203-1807
Phone: (414) 276-6760;  Fax: (414) 287-1199
e-mail: jgoodman@ameritech.net

Page 1 of 2

Case 11-29064-jes    Doc 64    Filed 07/08/11    Page 1 of 2

WHEREFORE, your applicant prays that they be authorized to employ and appoint the said proposed accountant, and that they have such other relief as is just.

Dated this **08** day of July, 2011.

                                              LAW OFFICES OF JONATHAN V. GOODMAN
                                              Attorneys for the Debtor

                            By:        /s/ Jonathan V. Goodman
                                          Jonathan V. Goodman

PREPARED BY:
Law Offices of Jonathan V. Goodman
135 West Wells Street - Suite 340
Milwaukee, WI 53203-1807
Phone: (414) 276-6760; Fax: (414) 287-1199
e-mail: jgoodman@ameritech.net

Page 2 of 2

Case 11-29064-jes   Doc 64   Filed 07/08/11   Page 2 of 2