

Telephone 262-798-8220
Toll Free 1-800-372-3020
Facsimile 262-798-8232
Author's Direct Number: 262-754-1330
Author's E-mail: da@tsglaw.com

July 11, 2011

**VIA ELECTRONIC FILING**

The Honorable James E. Shapiro
United States Bankruptcy Court
517 East Wisconsin Avenue
Milwaukee, WI  53202

RE:   In Re:  Todd A. Brunner and Sharon Y. Brunner
      Case No. 11-29064-jes-11

Dear Judge Shapiro:

First Business Bank – Milwaukee objects to the proposed Order Authorizing Debtors to Enter Into Premium Finance Agreement filed by the debtors on Friday, July 8, 2011. It was my understanding the Court did not grant or deny the debtors' Motion for Financing Under 11 U.S.C. § 364(c) at the July 6th hearing. Rather, based on the creditors' objections, Attorney Goodman was instructed by the Court to attempt to negotiate changes to the Premium Financing Agreement and the terms of the insurance policy offered by Chubb Insurance. It was my further understanding the Court will then determine the debtors' Motion for Financing on July 13, 2011.

Please note, upon receipt and review of the debtors' proposed Order Authorizing Debtors to Enter Into Premium Finance Agreement along with the Premium Finance Agreement and "explanation" from the financing company, I communicated First Business Bank – Milwaukee's objections to Attorney Goodman via telephone conference and e-mail transmission.

By copy of this correspondence, all interested parties who have appeared are being served with a copy of the same.

Thank you for your attention.

Very truly yours,


s/Dino Antonopoulos
DA:lad

**Crossroads Corporate Center     20800 Swenson Drive, Suite 475     Waukesha, WI 53186**
**www.tsglaw.com**

cc: First Business Bank – Milwaukee *(via e-mail)*
Attorney Ross A. Sharkey *(via e-mail)*
Attorney Joseph E. Fenzel *(via e-mail)*
Attorney Scott B. Fleming *(via e-mail)*
Attorney Daniel J. Habeck *(via e-mail)*
Attorney Russell Scot Long *(via e-mail)*
Attorney Gerald J. Mayhew *(via e-mail)*
Office of the U.S. Trustee *(via e-mail)*
Attorney Jay J. Pitner *(via e-mail)*
Attorney Debra L. Schneider *(via e-mail)*
Attorney John R. Schreiber *(via e-mail)*
Attorney Mark C. Vap *(via e-mail)*
Attorney Jenna E. Walker *(via e-mail)*
Attorney Samuel C. Wisotzkey *(via e-mail)*

1074238_1.DOC