B6E (Official Form 6E) (04/10)

In re <u>BRUNNER, Todd A. and BRUNNER, Sharon Y.</u>,    Case No. <u>11-29064</u>
Debtor(s)    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☒ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>2</u> <b>continuation sheets attached</b>

Official Form 6E (04/10) - Cont.

In re <u>BRUNNER, Todd A. and BRUNNER, Sharon Y.</u> , Case No. <u>11-29064</u>
                        **Debtor(s)**                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: *Deposits by individuals*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 1** *Tenants* | C | *Security deposits amounts to be determined* | | | | | *to be determined* | $ 0.00 | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |

Sheet No. <u>1</u> of <u>2</u> continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | Subtotal $ (Total of this page) | | |
|---|---|---|---|
| | **Total $** (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | | |
| | **Total $** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | |

Official Form 6E (04/10) - Cont.

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 2*<br>*Wisc Dept of Revenue - RE TFT*<br>*Real Estate Transfer Fee Tax*<br>*125 South Webster Street*<br>*Madison WI  53708-8933* | C | Real estate transfer fee tax | | ✓ | | $ 25,000.00 | $ 25,000.00 | $ 0.00 |
| Account No:<br>*Creditor # : 3*<br>*WISC Dept Workforce Developmen*<br>*Unemployment Compensation*<br>*P.O. Box 7945*<br>*Madison WI  53707-7945* | C | Unemployment compensation for workers at senior community center | | ✓ | | $ 3,604.00 | $ 3,604.00 | $ 0.00 |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |

Sheet No. _2_ of _2_ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | Amount of Claim | Amount Entitled to Priority | Amount not Entitled |
|---|---|---|---|
| Subtotal $ <br>(Total of this page) | 28,604.00 | 28,604.00 | 0.00 |
| Total $ <br>(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 28,604.00 | | |
| Total $ <br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | 28,604.00 | 0.00 |

In re BRUNNER, Todd A. and BRUNNER, Sharon Y. ,  Case No. 11-29064
                        **Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 1 <br> ABC Sewer & Drain Cleaning <br> ATTN: Tammy Hammond <br> 4359 S. Howell Ave - #108 <br> Milwaukee WI 53207-5056 | C | Repairs <br> 414-744-6060 | | | | $ 238.00 |
| Account No: <br> Creditor # : 2 <br> American Express <br> Customer Service <br> P.O. Box 981535 <br> El Paso TX 79998-1535 | C | incurred over time <br> Credit Card Debt | | | | $ 1,000.00 |
| Account No: <br> Creditor # : 3 <br> Audley Plumbing & Heating <br> P.O. Box 14 <br> Merton WI 53056-0014 | C | Services <br> 262-367-2126: A. Fabyan, Esq. | | | | $ 3,522.55 |
| Account No: <br> Representing: <br> Audley Plumbing & Heating | | Audley Plumbing - FABYAN, Esq. <br> Haight & Fabian, S.C. <br> 115 East Capitol Drive <br> Hartland WI 53029 | | | | |
| _13_ continuation sheets attached | | | | Subtotal $ | | $ 4,760.55 |
| | | | | Total $ <br> (Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related | | |

In re BRUNNER, Todd A. and BRUNNER, Sharon Y. , Case No. 11-29064

Debtor(s) (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 4<br>Badger Building Supply,Inc.<br>1228 West Bruce Street<br>Milwaukee WI 53204-1217 | C | Supplies<br>414-643-7766 | | | | $ 9,533.90 |
| Account No:<br>Creditor # : 5<br>Bank of America - Credit Card<br>P.O. Box 15026<br>Wilmington DE 19850-5026 | C | | | | | $ 34,000.00 |
| Account No:<br>Creditor # : 6<br>Burlington - Treasurer<br>300 North Pine Street<br>BURLINGTON WI 53105-1435 | C | | | | | $ 0.00 |
| Account No:<br>Creditor # : 7<br>Butler Village Treasurer<br>12621 West Hampton Avenue<br>Butler WI 53007-1791 | C | | | | | $ 0.00 |
| Account No:<br>Creditor # : 8<br>Capitol One<br>P.O. Box 30285<br>Salt Lake City UT 84130-0285 | C | incurred over time<br>Credit Card Debt | | | | $ 0.00 |
| Account No:<br>Creditor # : 9<br>Chase Card Services<br>P.O. Box 94014<br>Palatine IL 60094-4014 | H | incurred over time<br>Credit Card Debt | | | | $ 14,000.00 |

Sheet No. 1 of 13 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 57,533.90

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re BRUNNER, Todd A. and BRUNNER, Sharon Y. _____ ,    Case No. 11-29064 _____
                                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 10 <br> Cramer Multhauf & Hammes LLP <br> c/o Cook Law Offices <br> 1220 S. Grand Avenue <br> Waukesha WI 53186 | C | | incurred over time <br> Legal fees | | | | $ 1,264.00 |
| Account No: <br> Creditor # : 11 <br> CST Company, Inc. <br> ATTN: Blake Embry <br> 2007 Lake Point Way <br> Louisville KY 40223-4221 | C | | Services <br> 502-589-2027 | | | | $ 1,022.19 |
| Account No: 1503 <br> Creditor # : 12 <br> Discover Bank - Credit Card <br> DB Servicing Corporation <br> P.O. Box 3025 <br> Albany OH 43054-3205 | C | | 06-15-2011 <br> Credit Card Purchases Over Time | | | | $ 431.93 |
| Account No: <br> Creditor # : 13 <br> Dodge County Treasurer <br> Administration Building <br> 127 East Oak Street <br> Juneau WI 53039-1329 | C | | | | | | $ 0.00 |
| Account No: <br> Creditor # : 14 <br> East Troy Village Treasurer <br> 2015 Energy Drive <br> East Troy WI 53120 | C | | | | | | $ 0.00 |
| Account No: <br> Creditor # : 15 <br> EHCO Heating and Air Cond. <br> W188 NM9773 A Appleton Avenue <br> Germantown WI 53022 | C | | Services | | | | $ 3,514.43 |

Sheet No. _2_ of _13_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 6,232.55

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related)

In re BRUNNER, Todd A. and BRUNNER, Sharon Y. _____ ,     Case No. 11-29064
                                  **Debtor(s)**                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | C | | | | | $ 0.00 |
| Creditor # : 16 Farmington Town Treasurer N6468 South Farmington Road Watertown WI 53094 | | | | | | | |
| Account No: | | C | | | | | $ 0.00 |
| Creditor # : 17 FENZEL, Joe, Esq. Joseph E. Fenzel, S.C. 757 North Broadway - Suite 201 Milwaukee WI 53202-3645 | | | | | | | |
| Account No: Guarantee of Loan | | C | Guarantee of Loan 262-798-8220: Dino Antonopulos | | | X | $ 2,206,708.46 |
| Creditor # : 18 First Business Bank 18500 West Corporate Drive P.O. Box 1970 Brookfield WI 53008-1970 | | | | | | | |
| Account No: Guarantee of Loan | | | First Bus Bank -Antonopoulus The Schroeder Group Law Firm 20800 Swenson Dr - 375 Waukesha WI 53186 | | | | |
| Representing: First Business Bank | | | | | | | |
| Account No: | X | C | Loan 920-748-2841: Sorenson | | | | $ 99,900.00 |
| Creditor # : 19 Fond du Lac Cnty Econ Dev Corp 140 North Main Street Fond du Lac WI 54936-0629 | | | | | | | |
| Account No: | | | Fond du Lac Cnty Econ SORENSON 620 East Fond du Lac Street Ripon WI 54971-9500 | | | | |
| Representing: Fond du Lac Cnty Econ Dev Corp | | | | | | | |

Sheet No. 3 of 13 continuation sheets attached to Schedule of      Subtotal $     $ 2,306,608.46
Creditors Holding Unsecured Nonpriority Claims                           **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related)

B6F (Official Form 6F) (12/07)   - Cont.

In re BRUNNER, Todd A.  and BRUNNER, Sharon Y. _____ ,    Case No. 11-29064 _____
                        **Debtor(s)**                                                   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | |
| **Account No:** Representing: Fond du Lac Cnty Econ Dev Corp | | Fond du Lac Cnty Econ WALKER Sorenson Law Office P.O. Box 311 Ripon WI  54971-0311 | | | | |
| **Account No:** Creditor # : 20 Franklin City Treasurer 9229 West Loomis Road Franklin WI  53132-9630 | C | Court fines | | | | $ 2,043.00 |
| **Account No:** Creditor # : 21 GM Card Customer Care Center P.O. Box 80082 Salinas  CA  93912-0082 | C | incurred over time Credit Card Debt | | | | $ 350.00 |
| **Account No:** Creditor # : 22 Greenfield City Treasurer 7325 W Forest Home Ave Greenfield WI  53220-3356 | C | | | | | $ 0.00 |
| **Account No:** Creditor # : 23 Guelig's Waste Removal N4456 Hwy 45 Eden WI  53019-1214 | C | Services 920-477-3050 | | | | $ 532.64 |
| **Account No:** Creditor # : 24 Hartley Pecora LLC ATTN: Mark Pecora 828 North Broadway - #800 Milwaukee WI  53202 | C | Services 414-383-3004 | | | | $ 800.00 |

Sheet No.  4  of  13  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 3,725.64

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re <u>BRUNNER, Todd A. and BRUNNER, Sharon Y.</u>,          Case No. <u>11-29064</u>
Debtor(s)                                                       (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: Creditor # : 25 Hebron Town Treasurer c/o Laurie Brittnacher W4811 STH 106 Fort Atkinson WI 53528-9678 | C | | | | | | $ 0.00 |
| Account No: Creditor # : 26 Howard, Solochek & Weber, S.C. ATTN: J.R. Pilmaier 324 East Wisconsin Ave - #1100 Milwaukee WI 53202 | C | | | | | | $ 0.00 |
| Account No: Creditor # : 27 InPro c/o Lloyd McDaniel 11405 Park Road, #200 Louisville KY 40023 | C | incurred over time Supplies | | | | | $ 1,006.11 |
| Account No: Creditor # : 28 IRS - Ch 11 - PA P.O. Box 7346 Philadelaphia PA 19114-7346 | C | | | | | | $ 0.00 |
| Account No: Creditor # : 29 Jefferson City Treasurer 317 South Main Street Jefferson WI 53549-1772 | C | | | | | | $ 0.00 |
| Account No: Creditor # : 30 Jefferson County Treasurer Courthouse 320 South Main Street Jefferson WI 53549-1718 | C | | | | | | $ 0.00 |

Sheet No. 5 of 13 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 1,006.11
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re BRUNNER, Todd A. and BRUNNER, Sharon Y. _____,    Case No. 11-29064
                                              Debtor(s)                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See Instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 31<br>KH Water Specialists<br>P.O. Box 299<br>Mukwonago WI  53149-0206 | C | | Services<br>262+363-4767 | | | | $ 3,553.81 |
| Account No:<br>Creditor # : 32<br>Kohn Law Firm, S.C.<br>Attn:  Meghan MacKelly, Esq.<br>312 East Wisconsin Ave - #501<br>Milwaukee WI  53202-4305 | C | | | | | | $ 0.00 |
| Account No:<br>Creditor # : 33<br>KOHR, Diane C<br>725 Glacier Road - Apt 1<br>Pewaukee WI  53072-2366 | C | | Accident<br>866-887-6903: Subrogation<br>Specialist | | | | $ 8,426.56 |
| Account No:<br>Representing:<br>KOHR, Diane C | | | Amer Fam Ins Serv Subrogation<br>RE: DIANE C. KOHR<br>P.O. Box 3068<br>Bloomington IL 61702-3068 | | | | |
| Account No:<br>Creditor # : 34<br>Ladewig, Rechlicz & Iggens LLP<br>ATTN: Wm. Ladewig, Esq.<br>N88 W15125 Main Street<br>Menomonee Falls WI  53051-3133 | C | | | | | | $ 0.00 |
| Account No:<br>Creditor # : 35<br>Lannon Village Treasurer<br>20399 West Main Street<br>P.O. Box 456<br>Lannon WI  53046-0456 | C | | | | | | $ 0.00 |

Sheet No. 6 of 13 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ ___ $ 11,980.37

Total $ ___

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re BRUNNER, Todd A.  and BRUNNER, Sharon Y. _____ ,    Case No. 11-29064 _____
                      **Debtor(s)**                                                       (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 36<br>Layton State Bank-Credit Card<br>4850 South Moorland Road<br>New Berlin WI  53151 | C | Credit Card Debt | | | | $ 34,000.00 |
| Account No:  Credit Card Purchases<br>Creditor # : 37<br>Legacy Bank - Credit Card<br>2102 West Fond Du Lac Avenue<br>Milwaukee WI 53206-1533 | C | Credit Card Purchases | | | | $ 30,000.00 |
| Account No:<br>Creditor # : 38<br>Lisbon Storm Screen & Door<br>5006 W. Lisbon Avenue<br>Milwaukee  WI  53210 | C | Supplies | | | | $ 1,996.44 |
| Account No:<br>Creditor # : 39<br>Macys<br>Attn:  Bankruptcy Dept.<br>P.O. Box 8116<br>Mason  OH 45040 | C | incurred over time<br>Credit Card Debt | | | | $ 0.00 |
| Account No:<br>Creditor # : 40<br>Menards Corporate Office<br>4777 Menard Drive<br>Eau Claire  WI  54703 | C | Credit Card Purchases | | | | $ 92,000.00 |
| Account No:<br>Creditor # : 41<br>Milwaukee County Treasurer<br>901 N. 9th Street - Room 102<br>Milwaukee WI 53233-1425 | C | | | | | $ 0.00 |

Sheet No.  7  of  13  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 157,996.44
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re BRUNNER, Todd A. and BRUNNER, Sharon Y. _____,    Case No. 11-29064
                              Debtor(s)                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 42<br>Mukwonago Village Treasurer<br>440 River Crest Court<br>P.O. Box 206<br>Mukwonago WI  53149-0206 | C | | | | | | $ 0.00 |
| Account No:<br>Creditor # : 43<br>North Prairie Village Treasure<br>130 North Harrison Street<br>North Prairie WI  53151 | C | | | | | | $ 0.00 |
| Account No:<br>Creditor # : 44<br>Oakland - Treasurer<br>c/o Veronica Heenan<br>N4550 Cnty Hwy A<br>Cambridge WI 53523 | C | | | | | | $ 0.00 |
| Account No:<br>Creditor # : 45<br>Racine City Treasurer<br>730 Washington Avenue<br>Room 103<br>Racine WI 53403 | C | | | | | | $ 0.00 |
| Account No:<br>Creditor # : 46<br>Racine County Treasurer<br>730 Wisconsin Avenue<br>Racine WI  53403 | C | | | | | | $ 0.00 |
| Account No:<br>Creditor # : 47<br>Riggs Marine Service<br>W9092 Lincoln Road<br>El Dorado WI  54932 | C | | Services<br>920-872-2728 | | | | $ 13,504.59 |

Sheet No.  8  of  13  continuation sheets attached to Schedule of                  Subtotal $        $ 13,504.59
Creditors Holding Unsecured Nonpriority Claims
                                                                                         Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related)

In re BRUNNER, Todd A.  and BRUNNER, Sharon Y. _____ ,   Case No. 11-29064 _____

            Debtor(s)                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 48<br>Royal Gardens Owners Assn.<br>c/o Whyte Hirschboeck Dudek<br>555 East Wells - #1900<br>Milwaukee  WI  53202 | C | | incurred over time<br>Condominium dues | | | | $ 2,762.64 |
| Account No:<br>Creditor # : 49<br>Schroeder Group, S.C.<br>ATTN: Dino Antonopoulos<br>20800 Swenson Drive -Suite 475<br>Waukesha WI  53186 | C | | | | | | $ 0.00 |
| Account No:<br>Creditor # : 50<br>Senior High, LLP<br>c/o Steven R. Sharpe<br>5110 South Loomis Road<br>Waterford WI  53185 | C | | | | | | $ 0.00 |
| Account No:<br>Creditor # : 51<br>Seymour Kremer Koch Lochowicz<br>23 North Wisconsin Street<br>P.O. Box 470<br>Elkhorn WI  53121-0470 | C | | | | | | $ 0.00 |
| Account No:<br>Creditor # : 52<br>SIMONSON, Rob<br>405 Bailey Drive<br>Maison WI  53178-9799 | C | | | | | | $ 0.00 |
| Account No:<br>Representing:<br>SIMONSON, Rob | | | SIMONSON:  T. J. Peyton, Esq.<br>Kepler & Peyton<br>634 West Main Str - Suite 202<br>Madison WI  53703-2697 | | | | |

Sheet No.  9  of   13  continuation sheets attached to Schedule of                        Subtotal $       $ 2,762.64
Creditors Holding Unsecured Nonpriority Claims                                      Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re BRUNNER, Todd A.   and BRUNNER, Sharon Y. _____ ,   Case No. 11-29064
                    **Debtor(s)**                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 53 <br> Summit Town Treasurer <br> N 1498 Fox Road <br> Wonewoc WI 53968 | C | | | | | | $ 0.00 |
| Account No: <br> Creditor # : 54 <br> Summit Village Treasurer <br> 2911 North Dousman Road <br> Oconomowoc WI 53066 | C | | | | | | $ 0.00 |
| Account No: <br> Creditor # : 55 <br> Sumner Town Treasurer <br> N1525 Church Str Busseyville <br> Edgerton WI 53534 | C | | | | | | $ 0.00 |
| Account No: <br> Creditor # : 56 <br> Target National Bank <br> P.O. Box 59231 <br> Minneapolis MN 55440 | C | | | | | | $ 0.00 |
| Account No: Legal Fees <br> Creditor # : 57 <br> Trapp & Hartman, S.C. <br> Attn: Dave Wanta <br> 14380 W. Capitol Drive , #1 <br> Brookfield WI 53005 | C | | Legal fees | | | | $ 29,579.58 |
| Account No: <br> Creditor # : 58 <br> Veolia Environmental Services <br> One Honey Creek Corporate Cent <br> 125 South 84th Street, #200 <br> Milwaukee WI 53214-1021 | C | | incurred over time <br> Services | | | | $ 0.00 |

Sheet No. 10 of 13 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ : $ 29,579.58

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related)

| | |
|---|---|
| | $ 29,579.58 |

In re BRUNNER, Todd A.  and BRUNNER, Sharon Y. _____ ,   Case No. 11-29064
          **Debtor(s)**                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 59<br>ViSA<br>P.O. Box 4512<br>Carol Stream IL 60197-4517 | C | | incurred over time<br>Credit Card Debt | | | | $ 15,000.00 |
| Account No:<br>Creditor # : 60<br>Walworth County Treasurer<br>Courthouse<br>P.O. Box 1001<br>Elkhorn WI 53121-1001 | C | | | | | | $ 0.00 |
| Account No:<br>Creditor # : 61<br>Waukesha City - Snow Removal<br>130 Delafield<br>Waukesha WI 53186 | C | | Snow removal | | | | $ 405.00 |
| Account No:<br>Creditor # : 62<br>Waukesha County Treasurer<br>515 W. Moreland Blvd. #148<br>Waukesha WI 53188-3878 | C | | | | | | $ 0.00 |
| Account No:<br>Creditor # : 63<br>Waupun City Treasurer<br>201 East Main Street<br>Waupun WI 53963-2019 | C | | | | | | $ 0.00 |
| Account No:<br>Creditor # : 64<br>Wauwatosa City Treasurer<br>7725 West North Avenue<br>Wauwatosa WI 53213 | C | | Snow removal | | | | $ 405.00 |

Sheet No. 11 of 13 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 15,810.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re BRUNNER, Todd A.  and BRUNNER, Sharon Y. _____ ,    Case No. 11-29064 _____
                        **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| **Account No:**<br>Creditor # : 65<br>WE Energies<br>ATTN: Carol Thomas<br>333 West Everett - A130<br>Milwaukee WI 53203 | C | Utility Company<br>414-221-3356 | | | | $ 428.00 |
| **Account No:**<br>Creditor # : 66<br>WISC Dept of Revenue - MILW<br>PO Box 930208<br>Bankruptcy<br>Milwaukee WI 53293-0208 | C | 2010<br>Unpaid real estate transfer fees | | | X | $ 6,822.18 |
| **Account No:**<br>Creditor # : 67<br>WISC Dept of WORKFORCE DEVELOP<br>Unemploy Ins Div- CEAN NIEBUHR<br>P. O. Box 7945<br>Madison WI 53707-7945 | C | Unemployment premiums<br>608-266-8746 | | | | $ 777.92 |
| **Account No:**<br>Creditor # : 68<br>WISC Dept of Revenue - MADISON<br>PO Box 8901<br>Madison WI 53708-8901 | C | 2010<br>Unpaid real estate transfer fees | | | X | $ 12,807.64 |
| **Account No:**<br>Creditor # : 69<br>WITTHUN, Dennis<br>N268 N2327 Shelley Lynn Drive<br>Pewaukee WI  53072 | C | | | | | $ 0.00 |
| **Account No:**<br>Creditor # : 70<br>Woodlands Condo H/O Assoc<br>ATTN: Gerald Mayhew<br>8951-C North 95th Street<br>Milwaukee WI  53224 | C | Condo dues: 8931B N91 & 8910K N95<br>414-224-1000<br>8931-B North 91st Street<br>8910-K North 95th Street | | | | $ 4,517.92 |

Sheet No. 12 of 13 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  |  |
|---|---|
| Subtotal $ | $ 25,353.66 |
| Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re  BRUNNER, Todd A.   and BRUNNER, Sharon Y.                   ,      Case No. 11-29064
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *Representing:* Woodlands Condo H/O Assoc | | | Woodland - G. Mayhew, Esq. Trebon & Mayhew 733 North Van Buren - #770 Milwaukee WI  53202-4700 | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No.  13  of   13  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal $ | | $ 0.00 |
| Total $ (Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related | | $ 2,636,854.49 |

In re BRUNNER, Todd A.  and BRUNNER, Sharon Y.                    ,    Case No. 11-29064
                        **Debtor(s)**                                            (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

     State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

     List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

     If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 2339 N Richards  Creditor # : 1 AnchorBank fsb 25 West Main Street Madison WI  53703 | C | 1st Mortgage 2339 N Richards St, Milw, WI  Value: $ 83,800.00 | | | | $ 61,000.00 | $ 0.00 |
| Account No: 3235-37 N 46  Creditor # : 2 AnchorBank fsb 25 West Main Street Madison WI  53703 | C | 1st Mortgage 3235-37 N 46th St, Milw, WI  Value: $ 107,000.00 | | | | $ 191,885.00 | $ 84,885.00 |
| Account No: 15350 Burleigh BRKFLD  Creditor # : 3 AnchorBank fsb 25 West Main Street Madison WI  53703 | C | 1st Mortgage 15350 W Burleigh Rd, Brookfield, WI  Value: $ 235,300.00 | | | | $ 153,602.00 | $ 0.00 |

|  | | Subtotal $ *(Total of this page)* | $ 406,487.00 | $ 84,885.00 |
|---|---|---|---|---|
| | | Total $ *(Use only on last page)* | *(Report also on Summary of Schedules.)* | *(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)* |

36   continuation sheets attached

In re BRUNNER, Todd A.  and BRUNNER, Sharon Y.        Case No. 11-29064
           Debtor(s)                                                       (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 4567 N 48<br><br>Creditor # : 4<br>AnchorBank fsb<br>25 West Main Street<br>Madison WI  53703 | C | 1st Mortgage<br>4567 North 48th Street<br><br>Value: $ 111,900.00 | | | | $ 53,140.00 | $ 0.00 |
| Account No: N28W22044 Burningwood<br><br>Creditor # : 5<br>AnchorBank fsb<br>25 West Main Street<br>Madison WI  53703 | | one-half owned by Dan Knackert<br>N28 W22044 Burningwood Ln,<br>Waukesha, WI<br><br>Value: $ 238,300.00 | | | | $ 183,000.00 | $ 0.00 |
| Account No: 3658 E Layton<br><br>Creditor # : 6<br>AnchorBank fsb<br>25 West Main Street<br>Madison WI  53703 | C | 1st Mortgage<br>3658 E Layton Ave, Cudahy, WI<br><br>Value: $ 143,700.00 | | | | $ 101,361.00 | $ 0.00 |
| Account No: 3658 E Layton<br><br>Representing:<br>AnchorBank fsb | | Anchor - John R. Schreiber<br>O'Neil, Cannon, Hollman, et al<br>111 E Wisconsin - #1400<br>Milwaukee WI  53202<br><br>Value: | | | | | |
| Account No: 3914 N 36<br><br>Creditor # : 7<br>AnchorBank fsb<br>25 West Main Street<br>Madison WI  53703 | C | Blanket with $300,948<br>3914 North 36th Street,<br>Milwaukee<br><br>Value: $ 66,700.00 | | | | Blanket $300,948 | $ 0.00 |
| Account No: 5565 N 35<br><br>Creditor # : 8<br>AnchorBank fsb<br>25 West Main Street<br>Madison WI  53703 | C | Blanket with $300,948<br>5565 North 35th Street<br><br>Value: $ 64,600.00 | | | | Blanket $300,948 | $ 0.00 |

Sheet no. 1    of   36    continuation sheets attached to Schedule of Creditors Holding Secured Claims

                                               Subtotal $    $ 337,501.00      $ 0.00
                                            (Total of this page)
                                            Total $
                                            (Use only on last page)

(Report also on Summary of Schedules.)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6G (Official Form 6G) (12/07)

In re BRUNNER, Todd A. and BRUNNER, Sharon Y. _____ / Debtor    Case No. 11-29064
(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| Only leases w/current tenants | Contract Type: Leases<br>Terms: not exceeding one year<br>Beginning date:<br>Debtor's Interest: Lessor<br>Description: Only leases with current tenants not exceeding one year<br>Buyout Option: |

In re BRUNNER, Todd A. and BRUNNER, Sharon Y. _____ / Debtor     Case No. 11-29064
                                                                          (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Daniel R. Knackert<br>N28 W22044 Burningwood Ln<br>Waukesha  WI   53186-8808 | AnchorBank fsb<br>25 West Main Street<br>Madison WI    53703 |
| Investment Spec. of Pewaukee<br>N39 W27051 Glacier Road<br>Pewaukee  WI    53072 | AnchorBank fsb<br>25 West Main Street<br>Madison WI    53703 |
|  | Layton State Bank<br>4850 South Moorland Road<br>New Berlin WI    53151 |
|  | Legacy Bank<br>2102 West Fond Du Lac Avenue<br>Milwaukee WI    53206-1533 |
|  | Securant Bank<br>6001 West Capitol Drive<br>Milwaukee WI    53216-2196 |
|  | Tri City National Bank<br> 6400 South 27th Street<br>Oak Creek WI    53154 |
|  | WaterStone Bank<br>11200 West Plank Court<br>Wauwatosa  WI    53226 |
| Senior Community Management | First Business Bank<br>18500 West Corporate Drive<br>P.O. Box 1970<br>Brookfield WI    53008-1970 |
|  | Fond du Lac Cnty Econ Dev Corp<br>140 North Main Street<br>Fond du Lac WI    54936-0629 |

B6I (Official Form 6I) (12/07)

In re BRUNNER, Todd A. and BRUNNER, Sharon Y. , Case No. 11-29064
                  **Debtor(s)**                                              (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | RELATIONSHIP(S): | | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Self employed* | *Medical Technician* |
| Name of Employer | | *Oconomowoc Memorial Hospital* |
| How Long Employed | | |
| Address of Employer | | *791 Summit Avenue* *Oconomowoc WI  53066* |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 5,949.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 5,949.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|   a. Payroll taxes and social security | $ 0.00 | $ 1,290.00 |
|   b. Insurance | $ 0.00 | $ 0.00 |
|   c. Union dues | $ 0.00 | $ 0.00 |
|   d. Other  (Specify): | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 1,290.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 4,659.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME  (Add amounts shown on lines 6 and 14) | $ 0.00 | $ 4,659.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME:  (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ 4,659.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

In re BRUNNER, Todd A. and BRUNNER, Sharon Y. _____ ,    Case No. 11-29064 _____
                              **Debtor(s)**                                           (If known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,000.00 |
|    a. Are real estate taxes included? Yes ☐ No ☒ | | |
|    b. Is property insurance included? Yes ☐ No ☒ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 650.00 |
|    b. Water and sewer | $ | 0.00 |
|    c. Telephone | $ | 180.00 |
|    d. Other | $ | 0.00 |
|    Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 850.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 650.00 |
| 8. Transportation (not including car payments) | $ | 850.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 500.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | 90.00 |
|    b. Life | $ | 190.00 |
|    c. Health | $ | 700.00 |
|    d. Auto | $ | 125.00 |
|    e. Other | $ | 0.00 |
|    Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | 0.00 |
|    b. Other: | $ | 0.00 |
|    c. Other: | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other: *Miscellaneous* | $ | 250.00 |
|    Other: *Automobile Maintenance* | $ | 150.00 |
|    Line 17 Continuation Page Total (see continuation page for itemization) | $ | 1,350.00 |
| 18. AVERAGE MONTHLY EXPENSES Total lines 1-17. Report also on Summary of Schedules | $ | 8,635.00 |
|    and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: | | |
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|    a. Average monthly income from Line 16 of Schedule I | $ | 4,659.00 |
|    b. Average monthly expenses from Line 18 above | $ | 8,635.00 |
|    c. Monthly net income (a. minus b.) | $ | (3,976.00) |

In re <u>BRUNNER, Todd A.   and BRUNNER, Sharon Y.                    ,</u>   Case No. <u>11-29064</u>
        **Debtor(s)**

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR
**(Continuation page)**

17. (continuation) OTHER EXPENSES

| | |
|---|---|
| *Son's Education* | $                     *850.00* |
| *Daughter's Care* | $                     *500.00* |
| **Line 17 Continuation Page Total (seen as line item "17" on Schedule J)** | $                  *1,350.00* |

In re  BRUNNER, Todd A.   and BRUNNER, Sharon Y.                 Case No.  11-29064
_____          _____
                     Debtor                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   102   sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: 6/5/2011 _____          Signature _____
                                                                       BRUNNER, Todd A.

Date: 6/5/2011 _____          Signature _____
                                                                       BRUNNER, Sharon Y.

[If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

In re: *BRUNNER, Todd A.*　　　　　　　　　　　Case No. *11-29064*
　　　　*and*
　　　*BRUNNER, Sharon Y.*

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

**1. Income from employment or operation of business**

None ☐　State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT　　　　　　　　　　　　　　SOURCE

*Year to date: W: $30,000.00*
*　Last Year: W: $65,000.00*
*Year before: W: $65,000.0*

---

**2. Income other than from employment or operation of business**

None ☐　State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT　　　　　　　　　　　　　　SOURCE

*Year to date: To be*
*determined*

Statement of Affairs - Page 1

AMOUNT                                    SOURCE

*Last Year:*
*Year before:*

---

**3. Payments to creditors**

None ☒

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☒

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

---

None ☒

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Cornerstone Bank vs. Todd Bruner, et al, Case No. 2011CV001391* | *Foreclosure* | *Waukesha County Circuit Court* | |
| *Cornerstone Bank vs. Todd Brunner, et al, Case No. 2011CV001392* | *Foreclosure* | *Waukesha County Circuit Court* | |
| *Cornerstone Bank vs. Todd Brunner, et al, Case No. 2011CV001393* | *Foreclosure* | *Waukesha County Circuit Court* | |
| *Cornerstone Bank* | *Foreclosure* | *Waukesha County* | |

Statement of Affairs - Page 2

Form 7 (04/10)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *vs. Todd Brunner, et al, Case No. 2011CV001394* | | *Circuit Court* | |
| *Cornerstone Bank vs. Todd Brunner, et al, Case No. 2011CV001395* | *Foreclosure* | *Waukesha County Circuit Court* | |
| *Cornerstone Bank vs. Todd Brunner, et al, Case No. 2011CV001396* | *Foreclosure* | *Waukesha County Circuit Court* | |
| *Cornerstone Bank vs. Todd Brunner, et al, Case No. 2011CV000336* | *Foreclosure* | *Jefferson County Circuit Court* | |
| *First Business Bank-Milwaukee vs. Todd Brunner, at al, Case No. 2010CV004704* | *Money Judgment and Garnishment* | *Waukesha County Circuit Court* | |
| *First Business Bank-Milwaukee vs. Todd Brunner, et al, Case No. 2011CV000348* | *Foreclosure* | *Waukesha County Circuit Court* | |
| *Fond du Lac County Economic Development Corporation vs. Todd Brunner, et al, Case No. 2011CV000054* | *Foreclosure* | *Fond du Lac County Circuit Court* | |
| *AnchorBank FSB vs. Todd Brunner, et al, Case No. 2011CV006597 SEE ATTACHED LIST* | *Foreclosure* | *Milwaukee County Circuit Court* | |

None
☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Statement of Affairs - Page 3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Name: First Business Bank-Milwaukee Address:18500 West Corporate Drive Brookfield, WI 53045-6309 | Late March, 2011 | Description: garnishment Value: $3,000.00 |

---

**5. Repossessions, foreclosures and returns**

None ☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**6. Assignments and receiverships**

None ☒

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☒

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**7. Gifts**

None ☒

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**8. Losses**

None ☒

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Payee: Jonathan V. Goodman Address: 135 West Wells Street Suite 340 Milwaukee, WI 53203-1807 | Date of Payment: March 6, 2011 Payor: checking account of Outer Limits, LLC | $5,000.00 |

Statement of Affairs - Page 4

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Payee:Jonathan V. Goodman Address:135 West Wells Street, Suite 340, Milwaukee, WI 53203 | Date of Payment: March 20, 2011 Payor: Todd Brunner | $18,900.00 |
| Payee:Jonathan V. Goodman Address:135 West Wells Street, Suite 340, Milwaukee, WI 53203 | Date of Payment: Aprill 1, 2011 Payor: Todd Brunner (from Guardian Investments) | $25,000.00 |
| Payee:Jonathan V. Goodman Address:135 West Wells Street, Suite 340, Milwaukee, WI 53203 | Date of Payment: April 20, 2011 Payor: Todd Brunner | $10,000.00 |
| Payee:Jonathan V. Goodman Address:135 West Wells Street, Suite 340, Milwaukee, WI 53203 | Date of Payment: May 20, 2011 Payor: Todd Brunner (from Guardian Investments) | $15,000.00 |
| Payee: Jonathan V. Goodman Address: 135 West Wells Street Suite 340 Milwaukee, WI 53203-1807 | Date of Payment: June 1, 2011 Payor: Todd A. Brunner | $10,000.00 |

**10. Other transfers**

None ☐  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| * Transferee: Outer Limits Investments, LLC Address: Relationship: *Transferred back to Debtors | Nov. 17, 2010 | Property: 5480 North 27th Street, Milwaukee, WI Value: |
| * Transferee: Outer Limits Investments LLC Address: Relationship: *Transferred back to Debtors | Nov. 17, 2010 | Property: 3518 North 63rd Street, Milwaukee, WI Value: |
| * Transferee: Outer Limits Investments LLC Address: Relationship: *Transferred back to Debtors | Nov. 11, 2010 | Property: 6460-62 North 43rd Street, Milwaukee, WI Value: |

Statement of Affairs - Page 5

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| * Transferee:  Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Nov. 17, 2010 | Property:  7750 West Hicks, Milwaukee, WI<br>Value: |
| * Transferee:  Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Nov. 17, 2010 | Property:  5311 North 49th Street, Milwaukee, WI<br>Value: |
| * Transferee:  Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Nov. 17, 2010 | Property:  3860 East Plankinton, Cudahy, WI<br>Value: |
| * Transferee:  Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Nov. 17, 2010 | Property:  335 East Deer Place, Milwaukee, WI<br>Value: |
| * Transferee:  Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Nov. 17, 2010 | Property:  5643 North 66th Street, Milwaukee, WI<br>Value: |
| * Transferee:  Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Nov. 17, 2010 | Property:  2618 South Clement, South Milwaukee, WI<br>Value: |
| * Transferee:  Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Nov. 17, 2010 | Property:  181 North 69th Street, Milwaukee, WI<br>Value: |
| * Transferee:  Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Nov. 17, 2010 | Property:  4977 & 4977-A North 46th Streert, Milwaukee, WI Tax Key No.: 2091701600<br>Value: |
| * Transferee:  Outer Limits | Nov. 17, | Property:  4847 North 71st Street, |

Statement of Affairs - Page 6

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | 2010 | Milwaukee, WI<br>Value: |
| * Transferee: Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Nov. 17, 2010 | Property: 2861 North 36th Street, Milwaukee, WI<br>Value: |
| * Transferee: Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Nov. 17, 2010 | Property: 5763 North 68th Street, Milwaukee, WI<br>Value: |
| * Transferee: Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Nov. 17, 2010 | Property: 5473 North 75th Court, Milwaukee, Wi<br>Value: |
| * Transferee: Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Nov. 17, 2010 | Property: 4215 North 39th Street, Milwaukee, WI<br>Value: |
| * Transferee: Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Nov. 17, 2010 | Property: 5329 North 65th Street, Milwaukee, WI<br>Value: |
| * Transferee: Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Nov. 17, 2010 | Property: 5753 North 42nd Street, Milwaukee, WI<br>Value: |
| * Transferee: Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Nov. 17, 2010 | Property: 6204 West Nash, Milwaukee, WI<br>Value: |
| * Transferee: Outer Limits Investments LLC | Nov. 17, 2010 | Property: 2760-62 North 50th Street, Milwaukee, WI |

Statement of Affairs - Page 7

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| *Address:*<br>*Relationship: *Transferred back to Debtors* | | *Value:* |
| *\* Transferee:  Outer Limits Investments LLC*<br>*Address:*<br>*Relationship: *Transferred back to Debtors* | *Nov. 17, 2010* | *Property: 2911 South 60th Street, Milwaukee, Wi*<br>*Value:* |
| *\* Transferee:  Outer Limits Investments LLC*<br>*Address:*<br>*Relationship: *Transferred back to Debtors* | *Nov. 17, 2010* | *Property: 5838 North 41st Street, Milwaukee, WI*<br>*Value:* |
| *\* Transferee:  Outer Limits Investments LLC*<br>*Address:*<br>*Relationship: *Transferred back to Debtors* | *Nov. 17, 2010* | *Property: 5046 North 85th Street, Milwaukee, WI*<br>*Value:* |
| *\* Transferee:  Outer Limits Investments LLC*<br>*Address:*<br>*Relationship: *Transferred back to Debtors* | *Nov. 17, 2010* | *Property: 5715 North 92nd Street, Milwaukee, WI*<br>*Value:* |
| *\* Transferee:  Outer Limits Investments LLC*<br>*Address:*<br>*Relationship: *Transferred back to Debtors* | *Nov. 17, 2010* | *Property: 4226 West Martin, Milwaukee, WI*<br>*Value:* |
| *\* Transferee:  Outer Limits Investments LLC*<br>*Address:*<br>*Relationship: *Transferred back to Debtors* | *Nov. 17, 2010* | *Property: 4144 North Larkin, Shorewood, WI*<br>*Value:* |
| *\* Transferee:  Outer Limits Investments LLC*<br>*Address:*<br>*Relationship: *Transferred back to Debtors* | *Nov. 17, 2010* | *Property: 5358 North 56th Street, Milwaukee, WI*<br>*Value:* |
| *\* Transferee:  Outer Limits Investments LLC*<br>*Address:* | *Nov. 17, 2010* | *Property: 5118 North 24th Place, Milwaukee, WI*<br>*Value:* |

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Relationship: *Transferred back to Debtors | | |
| * Transferee: Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Nov. 17, 2010 | Property: 5434 West Sheridan, Milwaukee, WI<br>Value: |
| * Transferee: Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Nov. 17, 2010 | Property: 3731 North 36th Street, Milwaukee, WI<br>Value: |
| * Transferee: T & D Acquisitions LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Nov. 17, 2010 | Property: 4663A North 42nd Street, Milwaukee, WI<br>Value: |
| Transferee: Thundercat Acquisitions LLC<br>Address:<br>Relationship: | Nov. 17, 2010 | Property: 6143 North 38th Street, Milwaukee, W1<br>Value: $62,500 |
| Transferee: Thundercat Acquisitions LLC<br>Address:<br>Relationship: | Nov. 17, 2010 | Property: 4070 North 23rd Street, Milwaukee, WI<br>Value: $72,500 |
| Transferee: Thundercat Acquisitions, LLC<br>Address:<br>Relationship: | Nov. 17, 2010 | Property: 4515 North 28th Street, Milwaukee, Wi<br>Value: $64,400 |
| Transferee: Thundercat Acquisitions LLC<br>Address:<br>Relationship: | Nov. 17, 2010 | Property: 1450 North 40th Street, Milwaukee, WI<br>Value: $45,000 |
| Transferee: Thundercat Acquisitions LLC<br>Address:<br>Relationship: | Nov. 17, 2010 | Property: 5058 North 42nd Street, Milwaukee, WI<br>Value: $59,700 |
| Transferee: Thundercat Acquisitions LLC<br>Address: | Nov. 17, 2010 | Property: 4554 North 44th Street, Milwaukee,<br>Value: $71,600 |

Statement of Affairs - Page 9

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

*Relationship:*

---

*Transferee: Thundercat Acquisitions LLC*
*Address:*
*Relationship:*

*Nov. 17, 2010*

*Property: 2132 North 46th Street*
*Value: $61,800*

---

*Transferee: Thundercat Acquisitions LLC*
*Address:*
*Relationship:*

*Nov. 17, 2010*

*Property: 4627 North 49th Street, Milwaukee, WI*
*Value: $93,000*

---

*Transferee: Thundercat Acquisitions LLC*
*Address:*
*Relationship:*

*Nov. 17, 2010*

*Property: 5120 North 51st Street, Milwaukee, WI*
*Value: $83,000*

---

*Transferee: Thundercat Acquisitions, LLC*
*Address:*
*Relationship:*

*Nov. 17, 2010*

*Property: 4861 North 52nd Street, Milwaukee, WI*
*Value: $163,100*

---

*Transferee: Thundercat Acquisitions LLC*
*Address:*
*Relationship:*

*Nov. 17, 2010*

*Property: 4971 North 52nd Street, Milwaukee, WI*
*Value: $69,800*

---

*Transferee: Thundercat Acquisitions LLC*
*Address:*
*Relationship:*

*Nov. 17, 2010*

*Property: 2435-35A North 54th Street, Milwaukee, WI*
*Value: $75,000*

---

*Transferee: Thundercat Acquisitions LLC*
*Address:*
*Relationship:*

*Nov. 17, 2010*

*Property: 3818 North 55th Street*
*Value: $75,000*

---

*Transferee: Thundercat Acquisitions LLC*
*Address:*
*Relationship:*

*Nov. 17, 2010*

*Property: 8910-K North 95th Street, Milwaukee, WI*
*Value: $26,200*

---

*Transferee: Thundercat Acquisitions LLC*
*Address:*
*Relationship:*

*Nov. 17, 2010*

*Property: 6626 No. Bourbon Str. - Unit 3 Milwaukee, WI*
*Value: $33,000*

---

*Transferee: Thundercat*

*Nov. 17,*

*Property: 6627 West Brentwood Avenue,*

Statement of Affairs - Page 10

| NAME AND ADDRESS OF<br>TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Acquisitions LLC<br>Address:<br>Relationship: | 2010 | Milwaukee, WI<br>Value: $111,600 |
| Transferee: Thundercat<br>Acquisitions LLC<br>Address:<br>Relationship: | Nov. 17,<br>2010 | Property: 4840 West Eggert, Milwaukee, WI<br>Value: `$104,800 |
| Transferee: Thundercat<br>Acquisitions LLC<br>Address:<br>Relationship: | Nov. 17,<br>2010 | Property: 10034 West Fond du Lac Avenue,<br>Milwaukee, WI<br>Value: $44,700 |
| Transferee: Thundercat<br>Acquisitions LLC<br>Address:<br>Relationship: | Nov. 17,<br>2010 | Property: 241 Maria Street, Waukesha, WI<br>Value: $104,400 |
| Transferee: Thundercat<br>Acquisitions LLC<br>Address:<br>Relationship: | Nov. 17,<br>2010 | Property: Outlot 1 in Pewaukee<br>(PWT0889.995.003)<br>Value: $5,700 |
| Transferee: Thundercat<br>Acquisitions LLC<br>Address:<br>Relationship: | Nov. 17,<br>2010 | Property: 2714-16 North Richards Street,<br>Milwaukee, WI<br>Value: $52,700 |
| Transferee: Thundercat<br>Acquisitions LLC<br>Address:<br>Relationship: | Nov. 17,<br>2010 | Property: 8877-E North Swan Road,<br>Milwaukee, WI<br>Value: $25,000 |
| Transferee: Thundercat<br>Acquisitions LLC<br>Address:<br>Relationship: | Nov. 17,<br>2010 | Property: 5650 West Wahner Avenue, #211,<br>Brown Deer, WI<br>Value: $41,000 |
| * Transferee: Outer Limits<br>Investments LLC<br>Address:<br>Relationship: *Transferred back<br>to Debtors | Nov. 19,<br>2010 | Property: 2805 Meadow Lane, New Berlin, WI<br>Value: |
| * Transferee: Outer Limits<br>Investments LLC<br>Address:<br>Relationship: *Transferred back | Nov. 19,<br>2010 | Property: 236 Lake Street, Pewaukee, WI<br>Value: |

Statement of Affairs - Page 11

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

*to Debtors*

---

*\* Transferee:  Outer Limits Investments LLC*
*Address:*
*Relationship: \*Transferred back to Debtors*

Nov. 19, 2010

*Property:  16820 Ridgeview, Brookfield, WI*
*Value:*

---

*\* Transferee:  Outer Limits Investments LLC*
*Address:*
*Relationship: \*Transferred back to Debtors*

Nov. 19, 2010

*Property: 21130 Gumina, Brookfield, WI*
*Value:*

---

*\* Transferee:  Outer Limits Investments LLC*
*Address:*
*Relationship: \*Transferred back to Debtors*

Nov. 19, 2010

*Property:  W160 N9506 Chippewa Drive, Menomonee Falls, WI*
*Value:*

---

*\* Transferee:  Outer Limits Investments LLC*
*Address:*
*Relationship: \*Transferred back to Debtors*

Nov. 19, 2010

*Property:  W301 N9446 County Road E, Merton, WI*
*Value:*

---

*\* Transferee:  Outer Limits Investments LLC*
*Address:*
*Relationship: \*Transferred back to Debtors*

Nov. 19, 2010

*Property:  W334 S5418 Red Fox Way, Genesee, WI*
*Value:*

---

*\* Transferee:  Outer Limits Investments LLC*
*Address:*
*Relationship: \*Transferred back to Debtors*

Nov. 19, 2010

*Property:  114 South Grand, Waukesha, WI*
*Value:*

---

*\* Transferee:  Outer Limits Investments LLC*
*Address:*
*Relationship: \*Transferred back to Debtors*

Nov. 19, 2010

*Property:  1024 Aurora, Waukesha, WI*
*Value:*

---

*\* Transferee:  Outer Limits Investments LLC*
*Address:*
*Relationship: \*Transferred back to Debtors*

Nov. 19, 2010

*Property:  N84 W16260 Donald Avenue, Menomonee Falls, WI*
*Value:*

---

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| *Transferee:* Outer Limits Investments LLC<br>*Address:*<br>*Relationship: *Transferred back to Debtors* | Nov. 19, 2010 | *Property:* 15350 West Burleigh, Brookfield, WI<br>*Value:* |
| *Transferee:* Outer Limits Investments LLC<br>*Address:*<br>*Relationship: *Transferred back to Debtors* | Nov. 19, 2010 | *Property:* 21140 Gumina, Brookfield, WI<br>*Value:* |
| *Transferee:* Outer Limits Investments LLC<br>*Address:*<br>*Relationship: *Transferred back to Debtors* | Oct. 5, 2010 | *Property:* 4331 North 19th Street, Milwaukee, WI<br>*Value:* |
| *Transferee:* Outer Limits Investments LLC<br>*Address:*<br>*Relationship: *Transferred back to Debtors* | Oct. 13, 2010 | *Property:* 408-412 McCall, Waukesha, WI<br>*Value:* |
| *Transferee:* Outer Limits Investments LLC<br>*Address:*<br>*Relationship: *Transferred back to Debtors* | Oct. 5, 2010 | *Property:* 4709 North 71st Street, Milwaukee, Wi<br>*Value:* |
| *Transferee:* Outer Limits Investments LLC<br>*Address:*<br>*Relationship: *Transferred back to Debtors* | Oct. 5, 2010 | *Property:* 2991 South Herman, Milwaukee, WI<br>*Value:* |
| *Transferee:* Outer Limits Investments LLC<br>*Address:*<br>*Relationship: *Transferred back to Debtors* | Oct. 13, 2010 | *Property:* N46 W29247 Capitol Drive, Delafield, WI<br>*Value:* |
| *Transferee:* Outer Limits Investments<br>*Address:*<br>*Relationship: *Transferred back to Debtors* | Oct. 13, 2010 | *Property:* 1509 Summit, Waukesha, WI<br>*Value:* |
| *Transferee:* Shawn Brunner | Oct. 13, | *Property:* W220 N7129 Town Line Road, |

Statement of Affairs - Page 13

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| *Address:* *Relationship:* *Transferred back to Debtors* | *2010* | *Lisbon, WI* *Value:* |
| * *Transferee:* *Shawn Brunner* *Address:* *Relationship:* *Transferred back to Debtors* | *Oct. 13, 2010* | *Property:* *4161 South Church Drive, New Berlin, WI* *Value:* |
| * *Transferee:* *Shawn Brunner* *Address:* *Relationship:* *Transferred back to Debtors* | *Oct. 13, 2010* | *Property:* *5735 South Lochleaven Lane, New Berlin, WI* *Value:* |
| * *Transferee:* *Shawn Brunner* *Address:* *Relationship:* *Transferred back to Debtors* | *Oct. 13, 2010* | *Property:* *S79 W33016 Arnold Court, Mukwonago, WI* *Value:* |
| * *Transferee:* *Shawn Brunner* *Address:* *Relationship:* *Transferred back to Debtors* | *Oct. 13, 2010* | *Property:* *2915 South Stigler, New Berlin, WI* *Value:* |
| * *Transferee:* *Shawn Brunner* *Address:* *Relationship:* *Transferred back to Debtors* | *Oct. 13, 2010* | *Property:* *W140 N7502 Lilly Road, Menomonee Falls, WI* *Value:* |
| * *Transferee:* *Outer Limits Investments LLC* *Address:* *Relationship:* *Transferred back to Debtors* | *Oct. 13, 2010* | *Property:* *W165 N8436 LaVergne Avenue, Waukesha, WI* *Value:* |
| * *Transferee:* *Outer Limits Investments LLC* *Address:* *Relationship:* *Transferred back to Debtors* | *Oct. 13, 2010* | *Property:* *1122 Perkins Avenue, Waukesha, WI* *Value:* |
| * *Transferee:* *Outer Limits Investments LLC* *Address:* *Relationship:* *Transferred back to Debtors* | *Oct. 13, 2010* | *Property:* *717 Beechwood Avenue, Waukesha, WI* *Value:* |
| * *Transferee:* *Outer Limits Investments LLC* | *Oct. 13, 2010* | *Property:* *N72 W24474 Good Hope Road, Lisbon, WI* |

Statement of Affairs - Page 14

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| *Address:*<br>*Relationship: *Transferred back to Debtors* | | *Value:* |
| * *Transferee:  Shawn Brunner*<br>*Address:*<br>*Relationship: *Transferred back to Debtors* | *Oct. 13, 2010* | *Property:  W297 N3016 Oakwood, Delafield, WI*<br>*Value:* |
| * *Transferee:  Shawn Brunner*<br>*Address:*<br>*Relationship: *Transferred back to Debtors* | *Oct. 13, 2010* | *Property:  2310 North 131st Street, Brookfield, WI*<br>*Value:* |
| * *Transferee:  Outer Limits Investments LLC*<br>*Address:*<br>*Relationship: *Transferred back to Debtors* | *Oct. 13, 2010* | *Property:  W268 N2325 Meadowbrook Road, Pewaukee, WI*<br>*Value:* |
| * *Transferee:  Outer Limits Investments LLC*<br>*Address:*<br>*Relationship: *Transferred back to Debtors* | *Oct. 13, 2010* | *Property:  W278 N2428 Prospect Avenue, Pewaukee, WI*<br>*Value:* |
| * *Transferee:  Outer Limits Investments LLC*<br>*Address:*<br>*Relationship: *Transferred back to Debtors* | *Oct. 5, 2010* | *Property:  627-629 West Washington Street, Milwaukee, WI*<br>*Value:* |
| * *Transferee:  Outer Limits Investments LLC*<br>*Address:*<br>*Relationship: *Transferred back to Debtors* | *Oct. 5, 2010* | *Property:  5449 North 69th Street, Milwaukee, WI*<br>*Value:* |
| * *Transferee:  Outer Limits Investments LLC*<br>*Address:*<br>*Relationship: *Transferred back to Debtors* | *Oct. 5, 2010* | *Property:  5930 North 40th Street, Milwaukee, WI*<br>*Value:* |
| * *Transferee:  Outer Limits Investments LLC*<br>*Address:*<br>*Relationship: *Transferred back to Debtors* | *Oct. 5, 2010* | *Property:  3543 North 15th Street, Milwaukee, WI*<br>*Value:* |

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| *Transferee:* Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors* | Oct. 13, 2010 | Property: 16820 Ridgeview Drive, Brookfield, WI<br>Value: |
| *Transferee:* Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors* | Oct. 13, 2010 | Property: 412 West Newhall Avenue, Waukesha, WI<br>Value: |

None ☐   b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN |
|---|---|---|
| *Trust:* Brunner Joint Revocable Trust<br>*Transferred back to Debtors* | August 12, 2009 | Property: N39 W27051 Glacier Road, Pewaukee, WI<br>Value: |

**11. Closed financial accounts**

None ☒   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☐   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| Institution: Chase Bank<br>Address: 110 Oakton Avenue<br>Pewaukee, WI 53072 | Name:<br>Address: | Valuable papers | |

**13. Setoffs**

None ☒   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None

☒

List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None

☒

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None

☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

None

☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor,
including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None

☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None

☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None

☐

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

Statement of Affairs - Page 17

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Land and Sea Sales LLC | ID: 27-3646953 | P. O. Box 252 Hartland, WI 53029 | Marine Business | Oct. 2010 - Jan. 1, 2011 |
| Outer Limits Investments LLC | ID: 27-3547841 | 14380 West Capitol Drive Brookfield, WI 53005 | Real Estate Business | 05/22/2010 - 01/01/2011 |
| T & D Acquisitions LLC | ID: 27-3363413 | 14380 West Capitol Drive Brookfield, WI 53005 | Real Estate | 10/13/2010 - 01/01/2011 |
| Thundercat Acquisitions LLC | ID: 27-3443203 | 14380 West Capitol Drive Brookfield, WI | Real Estate | 07/29/2010 - 01/01/2011 |
| Senior Community Center Management of Waupun LLC | ID: 27- | N39 W27051 Glacier Road Pewaukee, Wi 53072 | Real Estate | 01/23/2008 - 01/01/2011 |
| Senior Community Center of Waupun LLC | ID: 27- | N39 W27051 Glacier Road Pewaukee, WI 53072 | Real estate | 08/02/2007 - 01/01/2011 |
| Investment Specialists of Pewaukee LLC | ID: 87-0694282 | N39 W27051 Glacier Road Pewaukee, WI 53072 | Real Estate | 03/28/2003 - 01/01/2011 |
| Investment Specialists and Management, LLC | ID: 3710 | N39 W27051 Glacier Road Pewaukee, WI 53072 | Real Estate | 03/28/2003 - 01/01/2011 |
| Investment Specialists Senior Housing Division I, LLC | ID: | N39 W27051 Glacier Road Pewaukee, WI 53072 | Real Estate | 02/08/2005 - 01/01/2011 |

Statement of Affairs - Page 18

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| *Investment Specialists Senior Housing Division II, LLC* | *ID:* | *N39 W27051 Glacier Road Pewaukee, WI* | *Real Estate* | *02/08/2005 – 01/01/2011* |

None ☒    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.   A debtor who has not been in business within those six years should go directly to the signature page.)

**19. Books, records and financial statements**

None ☒    a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☒    b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☒    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☒    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

**20. Inventories**

None ☒    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

Statement of Affairs - Page 19

None ☒    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☒    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☒    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None ☒    a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☒    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distribution by a corporation

None ☒    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

## 24. Tax Consolidation Group.

None ☒    If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

## 25. Pension Funds.

None ☒    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

Statement of Affairs - Page 20

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date ___6/5/2011___        Signature _____
                           of Debtor

Date ___6/5/2011___        Signature _____
                           of Joint Debtor
                           (if any)

# WISCONSIN
## COURT SYSTEM

Simple Search    Advanced Search    Judgment Search    Reports    FAQs
Pay Fees Online    View Cart (0 items)    Links    Help    Home

**Wisconsin Circuit Court Access (WCCA)**

**Case Search Results**

**Displaying records 1 to 25 of 211**

**First   Back   Return to Search Form   Next   Last**

Click column headers to sort

What is RSS? [RSS]

| Case Number | Filing Date | County Name | Case Status | Name | Date of Birth | Caption |
|---|---|---|---|---|---|---|
| 2011WC000016 | 04-06-2011 | Waukesha | Filed Only | Brunner, Todd | - | DWD vs. Todd Brunner |
| 2011TJ000342 | 04-21-2011 | Milwaukee | Filed Only | Brunner, Todd | - | Fond Du Lac County Economic Development Corporation vs. Dennis Witthun et al |
| 2011TJ000242 | 03-15-2011 | Milwaukee | Filed Only | Brunner, Todd A | - | First Business Bank vs. Todd A Brunner |
| 2011TJ000139 | 04-25-2011 | Waukesha | Filed Only | Brunner, Todd | - | Fond du Lac County Economic Development Corporation vs. Dennis Witthun |
| 2011TJ000123 | 02-01-2011 | Milwaukee | Filed Only | Brunner, Todd A | - | City of Milwaukee vs. Todd A Brunner |
| 2011TJ000041 | 04-25-2011 | Walworth | Filed Only | Brunner, Todd | - | Fond du Lac County Economic Development Corporation vs. Dennis Witthun |
| 2011TJ000037 | 03-16-2011 | Racine | Filed Only | Brunner, Todd A | - | First Business Bank - Milwaukee vs. Todd A Brunner |
| 2011TJ000033 | 03-15-2011 | Dodge | Filed Only | Brunner, Todd A. | - | First Business Bank-Milwaukee vs. Todd A. Brunner |
| 2011TJ000032 | 04-26-2011 | Jefferson | Filed Only | Brunner, Todd | - | Fond du Lac County Economic Development Corporation vs. Senior Community Center Management of Waupun LLC et al |
| 2011TJ000026 | 03-16-2011 | Walworth | Filed Only | Brunner, Todd A. | - | First Business Bank - Milwaukee vs. Todd A. Brunner |
| 2011TJ000025 | 03-15-2011 | Jefferson | Filed Only | Brunner, Todd A | - | First Business Bank - Milwaukee vs. Todd A Brunner |
| 2011SC002494 | 05-13-2011 | Waukesha | Open | Brunner, Todd | - | Cramer, Multhauf & Hammes, LLP vs. Dennis G. Witthun Jr. et al |
| 2011SC000580 | 01-07-2011 | Milwaukee | Closed | Brunner, Todd | - | Todd Brunner vs. Lorraine Miller |
| 2011SC000341 | 02-18-2011 | Eau Claire | Closed | Brunner, Todd | - | Pleasant Valley Properties of WI vs. Dawn Matthews & Todd Brunner |
| 2011CV006597 | 04-28-2011 | Milwaukee | Open | Brunner, Todd A | - | Anchorbank FSB vs. Investment Specialists of Pewaukee LLC et al |
| 2011CV001396 | 04-13-2011 | Waukesha | Open | Brunner, Todd A | - | Cornerstone Community Bank vs. Todd A Brunner et al |
| 2011CV001395 | 04-13-2011 | Waukesha | Open | Brunner, Todd A | - | Cornerstone Community Bank vs. Todd A Brunner et al |
| 2011CV001394 | 04-13-2011 | Waukesha | Open | Brunner, Todd A | - | Cornerstone Community Bank vs. Todd A Brunner et al |
| 2011CV001393 | 04-13-2011 | Waukesha | Open | Brunner, Todd A | - | Cornerstone Community Bank vs. Todd A Brunner et al |
| 2011CV001392 | 04-13-2011 | Waukesha | Open | Brunner, Todd A | - | Cornerstone Community Bank vs. Todd A Brunner et al |
| 2011CV001391 | 04-13-2011 | Waukesha | Open | Brunner, Todd A | - | Cornerstone Community Bank vs. Todd A Brunner et al |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2011CV000463 | 01-11-2011 | Milwaukee | Closed | Brunner, Todd A | - | Milwaukee City vs. Todd A Brunner |
| 2011CV000348 | 01-27-2011 | Waukesha | Open | Brunner, Todd A | - | First Business Bank - Milwaukee vs. Senior Community Center of Waupun, LLC et al |
| 2011CV000342 | 04-11-2011 | Jefferson | Open | BRUNNER, TODD A | - | CORNERSTONE COMMUNITY BANK vs. TODD A BRUNNER |
| 2011CV000336 | 04-11-2011 | Jefferson | Open | BRUNNER, TODD A | - | CORNERSTONE COMMUNITY BANK vs. TODD A BRUNNER |

You searched for: Party Name brunner, todd

**First  Back  Return to Search Form  Next  Last**

http://wcca.wicourts.gov/pager.do;jsessionid=941F463F32FB6A1ACBCFAA29E882F0752...   5/23/2011

# WISCONSIN COURT SYSTEM

Simple Search     Advanced Search     Judgment Search     Reports     FAQs
Pay Fees Online     View Cart (0 items)     Links     Help     Home

## Wisconsin Circuit Court Access (WCCA)
### Case Search Results
### Displaying records 51 to 75 of 211

First   Back   Return to Search Form   Next   Last

Click column headers to sort

What is RSS?

| Case Number | Filing Date | County Name | Case Status | Name | Date of Birth | Caption |
|---|---|---|---|---|---|---|
| 2010CV014178 | 08-26-2010 | Milwaukee | Closed | Brunner, Todd A | - | AnchorBank FSB vs. Investment Specialists of Pewaukee LLC et al |
| 2010CV012407 | 07-27-2010 | Milwaukee | Closed | Brunner, Todd A | - | AnchorBank FSB vs. Investment Specialists and Management LLC et al |
| 2010CV009678 | 06-17-2010 | Milwaukee | Closed | Brunner, Todd A | - | Legacy Bank vs. Todd A Brunner et al |
| 2010CV004704 | 11-03-2010 | Waukesha | Closed | Brunner, Todd A. | - | First Business Bank - Milwaukee vs. Todd A. Brunner |
| 2010CV004226 | 09-30-2010 | Waukesha | Closed | Brunner, Todd A | - | City Of Milwaukee vs. Todd A Brunner |
| 2010CV004121 | 09-23-2010 | Waukesha | Open | Brunner, Todd A. | - | Todd A. Brunner vs. Steven Kirkbride et al |
| 2010CV003390 | 03-08-2010 | Milwaukee | Closed | Brunner, Todd | - | Wells Fargo Bank NA vs. Velonia Williams et al |
| 2010CV002647 | 06-17-2010 | Waukesha | Closed | Brunner, Todd A. | - | Legacy Bank vs. Todd A. Brunner et al |
| 2010CV001809 | 04-22-2010 | Waukesha | Closed | Brunner, Todd | - | Steven Sharpe vs. Todd Brunner |
| 2010CV001676 | 02-08-2010 | Milwaukee | Closed | Brunner, Todd A | - | InvestorsBank vs. Todd Brunner |
| 2010CV001676 | 02-08-2010 | Milwaukee | Closed | Brunner, Todd | - | InvestorsBank vs. Todd Brunner |
| 2010CV001675 | 02-08-2010 | Milwaukee | Closed | Brunner, Todd | - | InverstorsBank vs. Todd Brunner |
| 2010CV001675 | 02-08-2010 | Milwaukee | Closed | Brunner, Todd A | - | InverstorsBank vs. Todd Brunner |
| 2010CO000436 | 07-16-2010 | Milwaukee | Filed Only | Brunner, Todd J | - | The Woodlands Condominium Homeowners Association Inc vs. Todd J Brunner et al |
| 2010CO000417 | 07-13-2010 | Milwaukee | Filed Only | Brunner, Todd J | - | The Woodlands Condominium Homeowner Association Inc vs. Edna Jefferson et al |
| 2009TR002451 | 06-23-2009 | Walworth | Closed | Brunner, Todd E | 02-1970 | County of Walworth vs. Todd E Brunner |
| 2009SC032856 | 10-01-2009 | Milwaukee | Closed | Brunner, Todd | - | Investment Specialists et al vs. Michelle Rezza et al |
| 2009SC032855 | 10-01-2009 | Milwaukee | Closed | Brunner, Todd | - | Investment Specialists et al vs. Mildred Ashley |
| 2009SC029968 | 09-11-2009 | Milwaukee | Closed | Brunner, Todd | - | Investment Specialists et al vs. Lilian Williams |
| 2009SC029967 | 09-11-2009 | Milwaukee | Closed | Brunner, Todd | - | Investment Specialists et al vs. Jerome Griffin |
| 2009SC003464 | 01-29-2009 | Milwaukee | Closed | Brunner, Todd | - | Danielle McClendon vs. Investment Specialist |
| | 02-25- | | | Brunner, | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2009SC000413 | 2009 | Walworth | Closed | Todd E | - | Mercy Health Systems vs. Todd E Brunner et al |
| 2009FO000628 | 07-24-2009 | Jefferson | Closed | Brunner, Todd A | - | Jefferson, County of vs. Todd A Brunner |
| 2009FO000493 | 05-18-2009 | Walworth | Closed | Brunner, Todd E | 02-1970 | County of Walworth vs. Todd E Brunner |
| 2009CV019498 | 12-11-2009 | Milwaukee | Closed | Brunner, Todd A | - | Milwaukee City vs. Todd A Brunner |

You searched for: Party Name brunner, todd

First   Back   Return to Search Form   Next   Last



# WISCONSIN
## COURT SYSTEM

| Simple Search | Advanced Search | Judgment Search | Reports | FAQs |
|---|---|---|---|---|
| Pay Fees Online | View Cart (0 items) | Links | Help | Home |

## Wisconsin Circuit Court Access (WCCA)
### Case Search Results
### Displaying records 26 to 50 of 211

First   Back   Return to Search Form   Next   Last

Click column headers to sort                                                What is RSS?

| Case Number | Filing Date | County Name | Case Status | Name | Date of Birth | Caption |
|---|---|---|---|---|---|---|
| 2011CV000093 | 01-18-2011 | Walworth | Open | Brunner, Todd E | - | Chase Home Finance, LLC vs. Todd E Brunner et al |
| 2011CV000054 | 01-20-2011 | Fond du Lac | Closed | Brunner, Todd | - | Fond du Lac County Economic Development Corporation vs. Senior Community Center Management of Waupun LLC et al |
| 2011CO000239 | 04-19-2011 | Milwaukee | Filed Only | Brunner, Todd | - | Main West Condominium Association vs. Todd Brunner |
| 2011CO000221 | 03-31-2011 | Milwaukee | Filed Only | Brunner, Todd A | - | Royal Gargens Owners Association Inc vs. Todd A Brunner |
| 2010WC000045 | 05-04-2010 | Waukesha | Filed Only | Brunner, Todd A | - | DWD vs. Todd A Brunner |
| 2010TR004683 | 10-28-2010 | Walworth | Closed | Brunner, Todd E | 02-1970 | State of Wisconsin vs. Todd E Brunner |
| 2010TJ000273 | 09-01-2010 | Waukesha | Filed Only | Brunner, Todd A | - | Milwaukee City vs. Todd A Brunner |
| 2010TJ000138 | 09-15-2010 | Racine | Filed Only | Brunner, Todd A | - | Milwaukee City vs. Todd A Brunner |
| 2010TJ000112 | 09-03-2010 | Washington | Filed Only | Brunner, Todd A | - | Milwaukee City vs. Todd A Brunner |
| 2010TJ000081 | 08-31-2010 | Ozaukee | Filed Only | Brunner, Todd A | - | City of Milwaukee vs. Todd A Brunner |
| 2010SC037397 | 12-08-2010 | Milwaukee | Closed | Brunner, Todd | - | Todd Brunner vs. Clyde OQuinn |
| 2010SC032807 | 10-22-2010 | Milwaukee | Closed | Brunner, Todd | - | Todd Brunner vs. Marques Carroll et al |
| 2010SC031088 | 10-07-2010 | Milwaukee | Closed | Brunner, Todd | - | Todd Brunner vs. Tara Dixon |
| 2010SC029712 | 09-24-2010 | Milwaukee | Closed | Brunner, Todd | - | Todd Brunner vs. Kawander Jackson et al |
| 2010SC016390 | 05-27-2010 | Milwaukee | Closed | Brunner, Todd | - | Investment Specialists et al vs. Nicole Sandbridge |
| 2010SC015190 | 05-17-2010 | Milwaukee | Closed | Brunner, Todd | - | Investment Specialists et al vs. Gwendolyn Tolliver |
| 2010SC013418 | 04-26-2010 | Milwaukee | Closed | Brunner, Todd | - | Todd Brunner vs. Jerome Griffen |
| 2010SC005397 | 03-01-2010 | Milwaukee | Closed | Brunner, Todd | - | Todd Brunner vs. Cyrilla De la Rosa |
| 2010SC003968 | 02-12-2010 | Milwaukee | Closed | Brunner, Todd A | - | Investment Specialists et al vs. Malindza Lordi |
| 2010SC002278 | 01-25-2010 | Milwaukee | Closed | Brunner, Todd | - | Todd Brunner vs. Doris T Woods |
| 2010SC001646 | 08-18-2010 | Eau Claire | Closed | Brunner, Todd | - | Pleasant Valley Properties of WI vs. Dawn Matthews & Todd Brunner |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2010SC000165 | 01-06-2010 | Milwaukee | Closed | Brunner, Todd | - | Todd Brunner vs. James Priess et al |
| 2010FA000303 | 04-27-2010 | Walworth | Closed | Brunner, Todd E | 02-1970 | In RE the marriage of Todd E Brunner and Candace L Brunner |
| 2010CV014255 | 08-24-2010 | Milwaukee | Closed | Brunner, Todd A | - | AnchorBank FSB vs. Investment Specialists of Pewaukee LLC et al |
| 2010CV014237 | 08-25-2010 | Milwaukee | Closed | Brunner, Todd A | - | City of Milwaukee vs. Todd A Brunner |

You searched for: Party Name brunner, todd

First   Back   Return to Search Form   Next   Last

In re  BRUNNER_ TODD A_ AND SHARON Y__
            Debtor(s)

Case number: 11-29064 
          (If known)

# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedules I and J, this statement must be completed by every individual chapter 11 debtor, whether or not filing jointly.
Joint debtors may complete one statement only.

| | Part I. CALCULATION OF CURRENT MONTHLY INCOME | | |
|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ **Unmarried. Complete only Column A ("Debtor's Income")** for Lines 2-10.<br>b. ☐ **Married, not filing jointly. Complete only Column A ("Debtor's Income")** for Lines 2-10.<br>c. ☒ **Married, filing jointly. Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income")** for lines 2-10. | | |
| 1 | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A Debtor's Income** | **Column B Spouse's Income** |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $0.00 | $5,949.00 |
| 3 | **Net Income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero.<br><br>a. Gross receipts — $0.00<br>b. Ordinary and necessary business expenses — $0.00<br>c. Business income — Subtract Line b from Line a | $0.00 | $0.00 |
| 4 | **Net rental and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate colmun(s) of Line 4. Do not enter a number less than zero.<br><br>a. Gross receipts — $0.00<br>b. Ordinary and necessary operating expenses — $0.00<br>c. Rent and other real property income — Subtract Line b from Line a | $0.00 | $0.00 |
| 5 | **Interest, dividends, and royalties.** | $0.00 | $0.00 |
| 6 | **Pension and retirement income.** | $0.00 | $0.00 |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including** child support paid for that **purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $0.00 | $0.00 |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act — Debtor $0.00 — Spouse $0.00 | $0.00 | $0.00 |

| 9 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance. Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | | |
|---|---|---|---|---|
| | a. | | 0 | |
| | b. | | 0 | |
| | Total and enter on Line 9 | | $0.00 | $0.00 |
| 10 | **Subtotal of current monthly income.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B. Enter the total(s). | | $0.00 | $5,949.00 |
| 11 | **Total current monthly income.** If column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | | | $5,949.00 |

## Part II: VERIFICATION

| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)* <br> Date: 7/09/11  Signature: _____ (Debtor) <br> Date: 7/09/11  Signature: _____ (Joint Debtor, if any ) |
|---|---|

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

In re    BRUNNER, Todd A.
         and
         BRUNNER, Sharon Y.

Case No. 11-29064
Chapter 11

_____ / Debtor

Attorney for Debtor:    Jonathan V. Goodman

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____250,000.00_____
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . . $_____85,000.00_____
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . $_____165,000.00_____

3. $_____1,039.00_____ of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
        None other

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
        None other

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
        None

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
        None

Dated: 6/5/2011
    7/09

Respectfully submitted,

X _____

Attorney for Petitioner: Jonathan V. Goodman
                       Law Offices of Jonathan V. Goodman
                       135 West Wells Street
                       Suite 340
                       Milwaukee WI 53203-1807
                       414-276-6760
                       jgoodman@ameritech.net