**IT IS HEREBY ORDERED
AS DESCRIBED BELOW.**

**DATED: July 19, 2011**



Honorable James E. Shapiro
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
_____

In re:

Todd A. Brunner,                                      Case No.  11-29064
Sharon Y. Brunner,                                    Chapter 11

          Debtors.
_____

### ORDER AUTHORIZING THE EMPLOYMENT OF ATTORNEY UNDER GENERAL RETAINER
_____

Upon the application of Todd A. Brunner and Sharon Y. Brunner, Debtors, asking for authority to appoint the Law Offices of Jonathan V. Goodman under general retainer representing the Debtors-in-Possession herein, and upon the Affidavit of Jonathan V. Goodman that the Law Offices of Jonathan V. Goodman is composed of attorneys duly admitted to practice in this Court, and the Court being satisfied that the Law Offices of Jonathan V. Goodman represents no interest adverse to the Debtors and the Debtors-in-Possession herein, or to their estate, in the matters upon which it is to be engaged, and that its employment is necessary and would be in the best interest of the estate, and that this case is one that requires a general retainer;

Drafted by:
Jonathan V. Goodman
135 W. Wells Street, #340
Milwaukee, WI  53203
Phone: 414-276-6760; Fax: 414-287-1199
Email:  JGoodman@ameritech.net

IT IS ORDERED that the Debtors as Debtors-in-Possession be and he hereby are authorized to employ the Law Offices of Jonathan V. Goodman to represent them as a Debtors-in-Possession as their attorney under a general retainer in the within proceeding under Chapter 11 of Title 11 United States Code.

IT IS FURTHER ORDERED that if the assets in the estate are insufficient to pay administrative costs, including fees to professional persons appointed by court order, interim payment on such fees may not be allowed if it cannot be shown that there is a reasonable likelihood that the estate in the future will generate sufficient cash to pay all administrative expenses in full.

IT IS FURTHER ORDERED that the terms and conditions are subject to 11 United Code, Sec. 328(a), which states in part that "the court may allow compensation different from the compensation provided under such terms and conditions at the conclusion of such employment, if such terms and conditions prove to have been improvident in light of developments not capable of being anticipated at the time of the fixing of such terms and conditions."

IT IS FURTHER ORDERED that all compensation received by the Debtors' attorney shall be governed by 11 U.S.C § 330.

IT IS FURTHER ORDERED that the appointment of Debtors' attorney shall be effective as of June 5, 2011.

#####

Prepared by:
Law Offices of Jonathan V. Goodman
135 W. Wells Street, Suite 340
Milwaukee, WI 53203
Phone: (414) 276-6760; Fax: (414) 287-1199
Email: JGoodman@ameritech.net