UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Todd A. Brunner and
Sharon Y. Brunner,

Case No. 11-29064
Chapter 11

Debtors.

## AMENDMENT TO SCHEDULES A and B

**Amendment to Schedule A – Real Property:**

| Location of Property | Nature of Debtors' Interest | Current Value | Amount of Secured Claim |
|---|---|---|---|
| 3308 N. 46th Street Single-family brick | Fee | $40,000.00 | $0.00 |

The following are jointly owned with Dion Droll:

| Location of Property | Nature of Debtors' Interest | Current Value | Amount of Secured Claim |
|---|---|---|---|
| 3365 N. 53rd Street | undivided percent w/Dion Droll | $75,000.00 | $0.00 |
| 5360 N. 55th | undivided percent w/Dion Droll | $45,000.00 | $0.00 |
| 3615-17 W. Roosevelt | undivided percent w/Dion Droll | $75,000.00 | $0.00 |
| 3634-36 N. 51st | undivided percent w/Dion Droll | $75,000.00 | $0.00 |

**Amendment to Schedule B – Personal Property:**

21. **Other contingent and unliquidated claims** - $35,000.00 claim against Legacy Bank for over paying mortgage payoff on four (4) properties.

25. **Vehicles** – 1918 Rausch & Lang electric car – in the midst of restoration. Estimated value - $30,000.00.

We declare under penalty of perjury that we have read the foregoing amendment and that it is true and correct to the best of our knowledge, information and belief.

Dated: July 21, 2011.

Todd A. Brunner

Sharon Y. Brunner

Prepared by:
Law Offices of Jonathan V. Goodman
135 W. Wells Street, #340
Milwaukee, WI 53213
Phone: 414-276-6760; fax: 414-287-1199
Email: jgoodman@ameritech.net