FORM B6A (Official Form 6A) (12/07)

In re BRUNNER, Todd A. and BRUNNER, Sharon Y. , Case No. 11-29064
　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE A-REAL PROPERTY
## Amended

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 6120 N 36th St, Milw, WI | single family | C | $ 36,000 | $86,672.00 |
| 3430 N 44th St, Milw, WI | single family | C | $ 75,000 | $ 94,750.00 |
| 3453 N 46th St, Milw, WI | single family | C | $ 35,000.00 | $55,960.00 |
| 4636-38 N 46th St, Milw, WI | duplex | C | $ -0- | $69,116.00 |
| 3748 N 57th St, Milw, WI | single family | C | $ 40,000 | $58,653.00 |
| 3743-43A E Plankinton Ave., Cudahy, WI - 2-family | duplex | C | $ 60,000 | $ 61,328.00 |
| 3933 N 58th St, Milw, Wi | single family | C | $ 40,000.00 | $ 59,289.00 |

2 continuation sheets attached

FORM B6A (Official Form 6A) (12/07)

In re BRUNNER, Todd A. and BRUNNER, Sharon Y., Debtor(s)

Case No. 11-29064 (if known)

## SCHEDULE A-REAL PROPERTY
## Amended
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 4506 S Jasper Ave, Milw, WI | single family | C | $ 75,000 | $ 79,463.00 |
| 3416-18 N 58th St, Milw, WI | duplex | C | $ 80,000 | $ 40,711.00 |
| 5375 N Sherman Blvd, Milw, WI | single family | C | $ 20,000 | $ 70,486.00 |
| 4135 N 15th St, Milw, WI | single family | C | $ 35,000 | $72,486.00 |
| 7330 W Medford Ave, Milw, WI | single family | C | $ 35,000.00 | $50,646.00 |
| 4405 W. Townsend, Milw, WI | single family | C | $ 35,000.00 | $61,180.00 |
| 4267 N 70th St, Milw, Wi | single family | C | $ 45,000.00 | $65,371.00 |
| 1021 W Moreland BLVD, Waukesha, WI | single family | C | $125,000 | $ 132,871.00 |
| 711 Summit, Waukesha, WI | single family | C | $ 60,000 | $ 101,284.00 |

Sheet No. 1 of 2 continuation sheets attached to Schedule of Real Property

FORM B6A (Official Form 6A) (12/07)

In re BRUNNER, Todd A. and BRUNNER, Sharon Y._____,  Case No. 11-29064_____
                Debtor(s)                                                    (if known)

## SCHEDULE A-REAL PROPERTY
## Amended
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 2435 & 2435-A S Logan Ave | duplex | C | $ 60,000 | $117,891.00 |

Sheet No. 2 of 2 continuation sheets attached to Schedule of Real Property  
(Report also on Summary of Schedules.)  
**TOTAL $** 856,000.00

B6D (Official Form 6D) (12/07)

In re BRUNNER, Todd A. and BRUNNER, Sharon Y.              , Case No. 11-29064
               Debtor(s)                                                (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## Amended

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien<br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 5434 W Sheridan<br>Creditor # : 1<br>Layton State Bank<br>4850 South Moorland Road<br>New Berlin WI   53151 | C | Blanket with $112,000<br><br>Value: $ 76,700.00 | | | | Blanket $112,000 | $ 0.00 |
| Account No: 152017313 - 4405 Townse<br>Creditor # : 2<br>Legacy Bank<br>2102 West Fond Du Lac Avenue<br>Milwaukee WI   53206-1533 | C | Loan date 06-26-2008<br>1st Mortgage<br>4405 W. Townsend, Milw, WI<br><br>Value: $ 35,000.00 | | | | $ 61,180.00 | $ 26,180.00 |
| Account No: 152017127 - 4135 N 15th<br>Creditor # : 3<br>Legacy Bank<br>2102 West Fond Du Lac Avenue<br>Milwaukee WI   53206-1533 | C | Loan date 08-16-2007<br>1st Mortgage<br>4135 N 15th St, Milw, WI<br><br>Value: $ 35,000.00 | | | | $ 72,486.00 | $ 37,486.00 |

3    continuation sheets attached

Subtotal $ (Total of this page)   $ 133,666.00   $ 63,666.00

Total $ (Use only on last page)

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

In re **BRUNNER, Todd A. and BRUNNER, Sharon Y.**, Debtor(s)

Case No. **11-29064** (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## Amended

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 152024792 - 3430 N 44<br>Creditor # : 4<br>Legacy Bank<br>2102 West Fond Du Lac Avenue<br>Milwaukee WI 53206-1533 | | C | Loan date 07-27-2007<br>1st Mortgage<br>3430 N 44th St, Milw, WI<br><br>Value: $ 75,000.00 | | | | $ 94,750.00 | $ 19,750.00 |
| Account No: 152018646 - 3748 N 57<br>Creditor # : 5<br>Legacy Bank<br>2102 West Fond Du Lac Avenue<br>Milwaukee WI 53206-1533 | | C | Loan date 03-07-2005<br>1st Mortgage<br>3748 N 57th St, Milw, WI<br><br>Value: $ 40,000.00 | | | | $ 58,653.00 | $ 18,653.00 |
| Account No: 150013086 -1021 Moreland<br>Creditor # : 6<br>Legacy Bank<br>2102 West Fond Du Lac Avenue<br>Milwaukee WI 53206-1533 | | C | 1st Mortgage<br>1021 W Moreland BLVD,<br>Waukesha, WI<br><br>Value: $ 125,000.00 | | | | $ 132,871.00 | $ 7,871.00 |
| Account No: 152022017 - 711 Summit<br>Creditor # : 7<br>Legacy Bank<br>2102 West Fond Du Lac Avenue<br>Milwaukee WI 53206-1533 | X | C | 1st Mortgage<br>711 Summit, Waukesha, WI<br><br>Value: $ 70,000.00 | | | | $ 101,284.00 | $ 31,284.00 |
| Account No: 152024783 - Plankinton<br>Creditor # : 8<br>Legacy Bank<br>2102 West Fond Du Lac Avenue<br>Milwaukee WI 53206-1533 | | C | Loan date 06-10-2004<br>1st Mortgage<br>3743-43A E Plankinton Ave.,<br>Cudahy, WI<br><br>Value: $ 60,000.00 | | | | $ 61,328.00 | $ 1,328.00 |
| Account No: 152017305 - 4267 N 70<br>Creditor # : 9<br>Legacy Bank<br>2102 West Fond Du Lac Avenue<br>Milwaukee WI 53206-1533 | | C | Loan date 09-08-2004<br>1st Mortgage<br>4267 N 70th St, Milw, Wi<br><br>Value: $ 45,000.00 | | | | $ 65,371.00 | $ 20,371.00 |

Sheet no. 1 of 3 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page) $ 514,257.00 | $ 99,257.00

Total $ (Use only on last page)

(Report also on Summary of Schedules.) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07) - Cont.

In re BRUNNER, Todd A. and BRUNNER, Sharon Y.,    Case No. 11-29064
      Debtor(s)                                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## Amended

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien<br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 152017933 - 3453 N 46<br>Creditor # : 10<br>Legacy Bank<br>2102 West Fond Du Lac Avenue<br>Milwaukee WI  53206-1533 | C | Loan date 12-02-2004<br>1st Mortgage<br>3453 N 46th St, Milw, WI<br><br>Value: $ 35,000.00 | | | | $ 55,960.00 | $ 20,960.00 |
| Account No: 152017199 - 7330 Medford<br>Creditor # : 11<br>Legacy Bank<br>2102 West Fond Du Lac Avenue<br>Milwaukee WI  53206-1533 | C | Loan date 08-16-2007<br>1st Mortgage<br>7330 W Medford Ave, Milw, WI<br><br>Value: $ 35,000.00 | | | | $ 50,646.00 | $ 15,646.00 |
| Account No: 152019677 - 2435 Logan<br>Creditor # : 12<br>Legacy Bank<br>2102 West Fond Du Lac Avenue<br>Milwaukee WI  53206-1533 | C | Loan date 08-16-2004<br>1st Mortgage<br>2435 & 2435-A S Logan Ave<br><br>Value: $ 60,000.00 | | | | $ 117,891.00 | $ 57,891.00 |
| Account No: 152012826 - 3416-18 N 58<br>Creditor # : 13<br>Legacy Bank<br>2102 West Fond Du Lac Avenue<br>Milwaukee WI  53206-1533 | C | Loan date 09-19-2008<br>1st Mortgage<br>3416-18 N 58th St, Milw, WI<br><br>Value: $ 70,000.00 | | | | $ 40,711.00 | $ 0.00 |
| Account No: 152018433 - 3933 N 58<br>Creditor # : 14<br>Legacy Bank<br>2102 West Fond Du Lac Avenue<br>Milwaukee WI  53206-1533 | C | Loan date 11-20-2002<br>1st Mortgage<br>3933 N 58th St, Milw, Wi<br><br>Value: $ 40,000.00 | | | | $ 59,289.00 | $ 19,289.00 |
| Account No: 152021299 - 6120 N 36<br>Creditor # : 15<br>Legacy Bank<br>2102 West Fond Du Lac Avenue<br>Milwaukee WI  53206-1533 | C | Loan date 01-03-2008<br>1st Mortgage<br>6120 N 36th St, Milw, WI<br><br>Value: $ 30,000.00 | | | | $ 86,672.00 | $ 56,672.00 |

Sheet no. 2 of 3 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page)   $ 411,169.00   $ 170,458.00
Total $ (Use only on last page)

(Report also on Summary of Schedules.)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07) - Cont.

In re BRUNNER, Todd A. and BRUNNER, Sharon Y.
Debtor(s)

Case No. 11-29064
(if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## Amended

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 152021817 - 4636-38 N 46 Creditor # : 16 Legacy Bank 2102 West Fond Du Lac Avenue Milwaukee WI 53206-1533 | C | Loan date 01-30-2006 1st Mortgage 4636-38 N 46th St, Milw, WI  Value: $ 0.00 | | | | $ 69,116.00 | $ 69,116.00 |
| Account No: 152028014 - 5375 Sherman Creditor # : 17 Legacy Bank 2102 West Fond Du Lac Avenue Milwaukee WI 53206-1533 | C | Loan date 04-26-2006 1st Mortgage 5375 N Sherman Blvd, Milw, WI  Value: $ 20,000.00 | | | | $ 70,486.00 | $ 50,486.00 |
| Account No: 152028358 - 4506 Jasper Creditor # : 18 Legacy Bank 2102 West Fond Du Lac Avenue Milwaukee WI 53206-1533 | C | Loan date 09-18-2008 1st Mortgage 4506 S Jasper Ave, Milw, WI  Value: $ 75,000.00 | | | | $ 79,463.00 | $ 4,463.00 |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |

Sheet no. 3 of 3 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page) $ 219,065.00 | $ 124,065.00

Total $ (Use only on last page) $ 1,278,157.00 | $ 457,446.00

(Report also on Summary of Schedules.) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

Case 11-29064-jes    Doc 95    Filed 08/09/11    Page 7 of 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Todd A. Brunner and
Sharon Y. Brunner,

Case No. 11-29064
Chapter 11

Debtors.

## AMENDMENT TO SCHEDULE A and SCHEDULE D

DELETE THIS ENTRY FROM THE ORIGINALLY FILED SCHEDULE D:

page 15
of 36
Sched
"D"

| Account No: 0152028014 - ?? | C | Loan date 08-04-2008 | | $ 0.00 | $ 0.00 |
|---|---|---|---|---|---|
| Creditor # : 86 | | 1st Mortgage | | | |
| Legacy Bank | | | | | |
| 2102 West Fond Du Lac Avenue | | | | | |
| Milwaukee WI 53206-1533 | | | | | |
| | | Value: $ 0.00 | | | |

We declare under penalty of perjury that we have read the foregoing Amendment to Schedule D, and the following attached Amendments to Schedule A and Schedule D, and that these amendments are true and correct to the best of our knowledge, information and belief.

_(signature)_
Todd A. Brunner
Date signed: August __9__, 2011

_(signature)_
Sharon Y. Brunner
Date signed: August __9__, 2011

PREPARED BY:
Law Offices of Jonathan V. Goodman
135 West Wells Street – Suite 340
Milwaukee, WI 53213-1807
PH: 414-276-6760 - FX: 414-287-1199
e-mail: jgoodman@ameritech.net

Page 1 of 8

TOTAL P.008