UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re: Todd A. Brunner and
Sharon Y. Brunner,
Debtors.

Case No. 11-29064-jes
(Chapter 11)

**NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

Pursuant to 11 U.S.C. § 1102(a)(1), the following creditors of the above-named Debtor, being among those holding the largest unsecured claims and who are willing to serve, are appointed to the committee of unsecured creditors:

1. Lisbon Storm, Screen & Door
   c/o David L. Wilhelm - Designated as Acting Chairperson
   5006 W. Lisbon Avenue
   Milwaukee, WI 53210
   Phone: (414) 445-8899
   Fax: (414) 445-8608

2. EHCO Heating and Air Conditioning
   c/o Charles Ellenbecker
   W188 N9773a Appleton Avenue
   Germantown, WI 53022
   Phone: (262) 251-5599
   Fax: (262) 251-5599

3. Riggs Marine Serv Inc.
   c/o Shirley Riggs
   W9092 Lincoln Road
   Eldorado, WI 54932
   Phone: (920) 872-2728
   Fax: (920) 872-2866

Dated: August 10, 2011.

PATRICK S. LAYNG
United States Trustee

/s/
DAVID W. ASBACH
Assistant United States Trustee

Debra L. Schneider, Trial Attorney
Office of the U.S. Trustee
517 E. Wisconsin Ave., Suite 430
Milwaukee, WI 53202
(414) 297-4499 / Fax: (414) 297-4478