IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Todd A. Brunner and
Sharon Y. Brunner,

Debtors.

Chapter 11

Case No. 11-29064-JES

**MOTION OF FDIC AS RECEIVER FOR LEGACY BANK FOR RELIEF FROM THE AUTOMATIC STAY OR, ALTERNATIVELY, FOR ADEQUATE PROTECTION**

FDIC as receiver for Legacy Bank, the current mortgagee of record, its successors, servicing agents and/or assignees (hereinafter collectively and at all times material hereto "the movant"), through its attorneys, Gray & Associates, LLP, hereby moves the court for relief from the automatic stay pursuant to §362 of the Bankruptcy Code or, alternatively, for adequate protection and, in support of said motion, alleges as follows:

1. The movant is the current holder of notes and mortgages granted by the debtors to Legacy Bank with respect to the following parcels of real estate owned by the debtors (collectively "the properties"):

**Property Address**
3743-3743A E. Plankinton Ave., Cudahy, WI
4267 N. 70th St., Milwaukee, WI
3453 N. 46th St., Milwaukee, WI
4506 S. Jasper Ave., Milwaukee, WI
4405 W. Townsend St., Milwaukee, WI

**Drafted by:**

Jay J. Pitner
Gray & Associates, L.L.P.
16345 West Glendale Drive
New Berlin, WI 53151
Phone: 414.224.8404
Fax: 414.224-1279
Email: jpitner@gray-law.com

Gray & Associates, L.L.P. is attempting to collect a debt on its client's behalf and any information it obtains will be used for that purpose. If you previously received a discharge in a chapter 7 bankruptcy case, this should not be construed as an attempt to hold you personally liable for the debt.

        1021 W. Moreland Blvd, Waukesha, WI
        3748 N. 57th Street, Milwaukee, WI
        4135 N. 15th St., Milwaukee, WI
        3430 N. 44th St., Milwaukee, WI
        7330 W. Medford Ave., Milwaukee, WI
        2435 S. Logan Ave., Milwaukee, WI
        3416-3418 N. 58th St., Milwaukee, WI
        3933 N. 58th St., Milwaukee, WI
        6120 N. 36th St., Milwaukee, WI
        4636-4638 N. 46th St., Milwaukee, WI
        5375 N. Sherman Blvd., Milwaukee, WI
        711 Summit Ave., Milwaukee, WI

2. When the debtors signed the notes and granted the mortgages upon the properties to Legacy Bank, they also granted assignments of rent to Legacy Bank for each of the properties.

3. The mortgages and assignments of rent were each recorded and therefore perfected under state law years before the commencement of this bankruptcy case.

4. Upon information and belief, on or about October 18, 2010, Legacy Bank sent letters to the tenants of all of the properties indicating that it was exercising its contractual right to an assignment of rent due to the debtors' default with respect to monthly mortgage payments. It is believed that Legacy Bank collected rents from the tenants of most if not all of the properties.

5. Legacy Bank subsequently went into receivership and the movant has been the receiver ever since.

6. After the movant became receiver for all of the assets of Legacy Bank in general and the properties in particular, the movant sent letters to the tenants of the properties advising them of its status as the receiver for the properties and directing the tenants to make their monthly rental payments to it rather than to Legacy Bank.

7. After the movant sent these letters to the properties' tenants, the debtors filed the petition commencing this bankruptcy case.

8. That since the commencement of this bankruptcy case, the movant has received rental payments from the properties. These funds are being held pending further order of the court.

9. Because the debtors have defaulted on the mortgages upon all seventeen (17) properties and are not making monthly mortgage payments or adequate protection payments to the movant, these rents constitute adequate protection for the movant.

10. The loss of adequate protection of the movant's interest in the properties entitles the movant to relief from the automatic stay under §362(d)(1) of the Bankruptcy Code, so that the movant can enforce its rights under the mortgages, assignments of rent and state law, including its ability to continue to collect rents.

11. Upon information and belief, the debtors may have no equity in any or all of the properties in question. The lack of equity entitles the movant to relief from the automatic stay under §362(d)(2) of the Bankruptcy Code so that the movant can enforce its rights under the mortgages, assignment of rents and state law, including its ability to continue to collect rents.

12. In the event the court denies the movant's request for relief from the automatic stay and directs that the post-petition rents received by the movant be handed over to the debtors, the movant seeks the alternative award of adequate protection of its interests in the rents and the properties in question.

WHEREFORE, the movant requests that the automatic stay be terminated pursuant to §362(d) of the Bankruptcy Code so that the movant may protect, exercise and enforce its rights pursuant to said mortgages and assignments of rent, or, alternatively, an award of adequate protection, that the movant's legal fees and costs associated with this motion be approved and that

protection, that the movant's legal fees and costs associated with this motion be approved and that any order entered pursuant to this motion be effective immediately upon its entry and for such further relief as may be just and equitable.

Dated this 10th day of August, 2011.

GRAY & ASSOCIATES, L.L.P.
Attorneys for Movant

By: _____
Jay J. Pitner
State Bar No. 1010692

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Todd A. Brunner and
Sharon Y. Brunner,

Debtor(s).

Chapter 11

Case No. 11-29064-JES

### NOTICE OF MOTION OF FDIC AS RECEIVER FOR LEGACY BANK FOR RELIEF FROM AUTOMATIC STAY OR ALTERNATIVELY, FOR ADEQUATE PROTECTION

FDIC as receiver for Legacy Bank, the current mortgagee of record, its successors, servicing agents and/or assignees (hereinafter collectively and at all times material hereto "the movant"), has filed papers with the court to obtain relief from the automatic stay or alternatively, for adequate protection.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion for relief from the automatic stay, or if you want the court to consider your views on that motion, **within fourteen (14) days of the date of this notice**, you or your attorney must do the following:

File with the court a written objection to the motion and a request for a hearing with:

        Clerk, U.S. Bankruptcy Court
        U.S. Courthouse, Room 126
        517 East Wisconsin Avenue
        Milwaukee, WI 53202-4581

Drafted by:
Jay J. Pitner
GRAY & ASSOCIATES, L.L.P.
16345 West Glendale Drive
New Berlin, WI 53151
Phone: (414) 224-8404
Fax:   (414) 224-1279
Email: jpitner@gray-law.com

Gray & Associates, L.L.P. is attempting to collect a debt and any information it obtains will be used for that purpose. If you previously received a discharge in a chapter 7 bankruptcy case, this should not be construed as an attempt to hold you personally liable for the debt.

If you mail your request and objection to the court for filing, you must mail it early enough so the court receives it within 14 days of the date of this notice.

You must also mail copies of the written objection and request for a hearing to:

        Jay J. Pitner
        Gray & Associates, L.L.P.
        16345 West Glendale Drive
        New Berlin, WI 53151

        United States Trustee
        517 East Wisconsin Avenue
        Room 430
        Milwaukee, WI 53202

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated this 10th day of August, 2011

        GRAY & ASSOCIATES, L.L.P.
        Attorneys for Movant

        By: _____
             Jay J. Pitner
             State Bar No. 1010692

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Todd A. Brunner and
Sharon Y. Brunner,

Chapter 11

Case No. 11-29064-JES

Debtor(s).

## AFFIDAVIT OF SERVICE

STATE OF WISCONSIN    )
                      )ss
WAUKESHA COUNTY       )

Michelle M. Neil, being first duly sworn on oath deposes and says that she is an employee of the firm of **GRAY & ASSOCIATES, L.L.P.**, attorneys for the movant identified herein, that on the 10th day of August, 2011, she electronically filed the annexed notice of motion and motion for relief from automatic stay, or alternatively, adequate protection and that copies of these documents were mailed, properly enclosed in a postage paid envelope, or served electronically if the party accepts electronic service, to the following:

See Attached List

Michelle M. Neil

Subscribed to and sworn before me
this 10th day August, 2011.

Laura Thoma, Notary Public
State of Wisconsin
My commission expires: 9/22/2013



```
Label Matrix for local noticing              ANCHORBANK, FSB, its successors, servicing a   Cornerstone Community Bank
0757-2                                       25 West Main Street                            c/o Kohner, Mann & Kailas, S.C.
Case 11-29064-jes                            Madison, WI 53703-3399                         4650 North Port Washington Road
Eastern District of Wisconsin                                                               Milwaukee, WI 53212-1077
Milwaukee
Wed Aug 10 13:38:27 CDT 2011

FDIC as Receiver for Legacy Bank             FIRST BUSINESS BANK - MILWAUKEE                Fond du Lac County Economic Development Corp
c/o Gray & Associates, LLP                   18500 W. Corporate Drive                       c/o Attorney Jenna E. Walker
16345 W. Glendale Drive                      Brookfield, WI 53045-6309                      Sorenson Law Office
New Berlin, WI 53151-2841                                                                   P.O. Box 311
                                                                                            Ripon, WI 54971-0311


InvestorsBank                                Layton State Bank                              Securant Bank & Trust
W239 N1700 Busse Rd.                         c/o Cramer, Multhauf & Hammes, LLP             6001 W. Capitol Drive
Waukesha, WI 53188-1160                      1601 E. Racine Ave., Ste. 200                  Milwaukee, WI 53216-2117
                                             PO Box 558
                                             Waukesha, WI 53187-0558


The Woodlands Condominium Homeowners Associa Tri City National Bank                         WaterStone Bank SSB
c/o Gerald J. Mayhew                         c/o Russell S. Long, Esq.                      c/o Atty. Mark C. Vap
Trebon & Mayhew                              Davis & Kuelthau, s.c.                         11200 West Plank Court
733 North Van Buren Street, Suite 770        111 E. Kilbourn Avenue                         Wauwatosa, WI 53226-3250
Milwaukee, WI 53202-4700                     Suite 1400
                                             Milwaukee, WI 53202-6613

ABC Sewer & Drain Cleaning                   Amer Fam Ins Serv Subrogation                  American Express
ATTN: Tammy Hammond                          RE: DIANE C. KOHR                              Customer Service
4359 S. Howell Ave - #108                    P.O. Box 3068                                  P.O. Box 981535
Milwaukee, WI   53207-5056                   Bloomington, IL  61702-3068                    El Paso, TX  79998-1535


American Express Bank FSB                    AnchorBank fsb                                 Audley Plumbing - FABYAN
c/o Becket and Lee LLP                       25 West Main Street                            Haight & Fabyan, S.C.
POB 3001                                     Madison, WI 53703-3399                         115 East Capitol Drive
Malvern PA 19355-0701                                                                       Hartland, WI 53029-2199


Badger Building Supply,Inc.                  Bank of America - Credit Card                  Brookfield City Treasurer
1228 West Bruce Street                       P.O. Box 15026                                 2000 North Calhoun Road
Milwaukee, WI   53204-1217                   Wilmington, DE  19850-5026                     Brookfield, WI   53005-5095


Brookfield Town Treasurer                    Butler Village Treasurer                       CST Company, Inc.
645 North Janacek Road                       12621 West Hampton Avenue                      ATTN: Blake Embry
Brookfield, WI   53045-6052                  Butler, WI   53007-1791                        2007 Lake Point Way
                                                                                            Louisville, KY  40223-4221


Capital One Bank (USA), N.A.                 Capitol One                                    Chase Bank USA, N.A.
by American InfoSource LP as agent           P.O. Box 30285                                 PO Box 15145
PO Box 71083                                 Salt Lake City, UT  84130-0285                 Wilmington, DE 19850-5145
Charlotte, NC  28272-1083


Chase Card Services                          City of Franklin                               Cornertsone Community Bank
P.O. Box 94014                               Municipal Court                                2090 Wisconsin Avenue
Palatine, IL  60094-4014                     9455 W. Loomis Road                            Grafton, WI 53024-2607
                                             Franklin , WI 53132-9690
```

```
Cramer Multhauf & Hammes LLP           Cudahy City Treasurer              Dan Habeck
c/o Cook Law Offices                   5050 South Lake Drive              Cramer Multhauf
1220 S. Grand Avenue                   Cudahy, WI   53110-2045            P.O. Box 558
Waukesha , WI 53186-6686                                                  Waukesha, WI 53187-0558


Dino Antinopoulos                      Discover                           Discover Bank
20800 Swenson Dr. #475                 P.O. Box 6103                      DB Servicing Corporation
Waukesha, WI 53186-2075                Carol Stream, IL 60197-6103        PO Box 3025
                                                                          New Albany, OH  43054-3025


Dodge County Treasurer                 EHCO Heating and Air Cond.         East Troy Village Treasurer
Administration Building                W188 NM9773 A Appleton Avenue      2015 Energy Drive
127 East Oak Street                    Germantown, WI   53022             East Troy, WI 53120-1358
Juneau, WI   53039-1329


FENZEL, Joe, Esq.                      Farmington Town Treasurer          FdL Cnty Econ Dev - SORENSON
Joseph E. Fenzel, S.C.                 N6468 South Farmington Road        Sorenson Law Office
757 North Broadway - Suite 201         Watertown, WI   53094              620 East Fond du Lac Street
Milwaukee, WI 53202-3612                                                  Ripon, WI   54971-9500


First Bus Bank - ANTONOPOULOS          First Business Bank                Fond du Lac Cnty Econ Dev Corp
The Schroeder Group Law Firm           18500 West Corporate Drive         140 North Main Street
20800 Swenson Dr - #375                P.O. Box 1970                      Fond du Lac, WI 54935-3424
Waukesha, WI 53186-2058                Brookfield, WI   53008-1970


Fond du Lac Economic Dev Corp          Franklin City Treasurer            GM Card Customer Care Center
Sorenson Law Office                    9229 West Loomis Road              P.O. Box 80082
P.O. Box 311                           Franklin, WI 53132-9728            Salinas , CA   93912-0082
Ripon, WI 54971-0311


Genesee Depot Town Treasurer           Greendale Village Treasurer        Guelig Waste Removal & Demolition
S43 W31391 Hwy 83                      6500 Northway                      Financial Resources, Inc.
Genesee Depot, WI   53127              Greendale, WI 53129-1815           PO box 310
                                                                          Fond du Lac, WI  54936-0310


Guelig's Waste Removal                 HSBC Bank Nevada, N.A.             Hartland Village Treasurer
N4456 Hwy 45                           by PRA Receivables Management, LLC 210 Cottonwood Avenue
Eden, WI   53019-1214                  PO Box 12907                       Hartland, WI   53029-2017
                                       Norfolk VA 23541-0907


Hartley Pecora LLC                     Hebron Town Treasurer              Howard, Solochek & Weber, S.C.
ATTN: Mark Pecora                      ATTN: Laurie Brittnacher           ATTN: J.R. Pilmaier
828 North Broadway - #800              W4811 STH 106                      324 East Wisconsin Ave - #1100
Milwaukee, WI 53202-3658               Fort Atkinson, WI   53538-9678     Milwaukee, WI 53202-4309


IRS - Ch 11 - PA                       InPro                              Investors Bank
P.O. Box 7346                          c/o Lloyd McDaniel                 W239 N1700 Busse Road
Philadelphia, PA 19101-7346            11405 Park Road, #200              Waukesha, WI   53188-1160
                                       Louisville , KY 40223-2427
```

Jay J. Pitner
Gray & Associates, LLP
16345 West Glendale Drive
New Berlin, WI 53151-2841

Jefferson City Treasurer
317 South Main Street
Jefferson, WI 53549-1772

Jefferson County Treasurer
Courthouse
320 South Main Street
Jefferson, WI 53549-1799

Johnson Creek Village Treasure
125 Depot Street
P.O. Box 238
Johnson Creek, WI 53038-0238

KH Water Specialists
P.O. Box 299
Mukwonago, WI 53149-0299

KOHR, Diane C
725 Glacier Road - Apt 1
Pewaukee, WI 53072-2366

Kohn Law Firm, S.C.
312 East Wisconsin Ave - #501
Milwaukee, WI 53202-4305

Ladewig, Rechlicz & Iggens LLP
ATTN: Wm. Ladewig, Esq.
N88 W15125 Main Street
Menomonee Falls, WI 53051-3133

Lannon Village Treasurer
20399 West Main Street
P.O. Box 456
Lannon, WI 53046-0456

(p)LAYTON STATE BANK
2740 W FOREST HOME AVE
MILWAUKEE WI 53215-2900

Layton State Bank - KOBRIGER
Cramer Multhauf Hammes LLP
P.O. Box 558
Waukesha, WI 53187-0558

Layton State Bank-Credit Card
4850 South Moorland Road
New Berlin, WI 53151-7402

Legacy Bank - Credit Card
2102 West Fond Du Lac Avenue
Milwaukee, WI 53206-1533

Legacy Bank - Pilmaier, Esq.
Howard, Solochek & Weber, S.C.
324 East Wisconsin Avenue
Milwaukee, WI 53202-4300

Lisbon Storm Screen & Door
5006 W. Lisbon Avenue
Milwaukee, WI 53210-2853

Macys
Attn: Bankruptcy Dept.
P.O. Box 8116
Mason, OH 45040-8116

Mark Vap
Waterstone Bank
11200 W. Plank Ct.
Wauwatosa, WI 53226-3250

Menards Corporate Office
4777 Menard Drive
Eau Claire, WI 54703-9604

Menomonee Falls Village Treasu
W156 N8480 Pilgrim Road
Menomonee Falls, WI 53051-3140

Merton Town Treasurer
W314 N7624 Highway 83
P.O. Box 128
North Lake, WI 53064-0128

Milwaukee City Treasurer
200 East Wells Street
Room 103
Milwaukee, WI 53202-3546

Milwaukee County Office of County Treasurer
Milwaukee County Courthouse
901 North 9th Street, Room 102
Milwaukee, WI 53233-1425

Milwaukee County Treasurer
901 N. 9th Street - Room 102
Milwaukee, WI 53233-1425

Milwaukee Municipal Court
951 N James Lovell St
Milwaukee, WI 53233-1429

Mukwonago Town Treasurer
W320 S8315 Beulah Road
Mukwonago, WI 53149-9235

Mukwonago Village Treasurer
440 River Crest Court
P.O. Box 206
Mukwonago, WI 53149-0206

Muskego City Treasurer
W182 S8200 Racine Ave
P.O. Box 749
Muskego, WI 53150-0749

Neosho Village Treasurer
210 South Schuyler Street
P.O. Box 178
Neosho, WI 53059-0178

New Berlin City Treasurer
3805 South Casper Drive
New Berlin, WI 53151-5009

North Prairie Village Treasure
130 North Harrison Street
North Prairie, WI 53153-9791

Oak Creek City Treasurer
8640 South Howell Avenue
Oak Creek, WI 53154-2918

Office of the U. S. Trustee
517 East Wisconsin Ave.
Room 430
Milwaukee, WI 53202-4510

Pewaukee City Treasurer
W240 N3065 Pewaukee Rd
Pewaukee, WI 53072-4044

Pewaukee Village Treasurer
235 Hickory Street
Pewaukee, WI 53072-3592

Racine City Treasurer
730 Washington Avenue
Room 103
Racine, WI 53403-1146

Racine County Treasurer
730 Wisconsin Avenue
Racine, WI 53403-1269

Rick Geis
9202 W. Center
Milwaukee, WI 53222-4517

Riggs Marine Service
W9092 Lincoln Road
El Dorado, WI 54932-9658

Royal Gardens Owners Assn.
c/o Whyte Hirschboek Dudek SC
555 East Wells Street, Suite 1900
Milwaukee , WI 53202-3837

Rusty Long
111 E. Kilbourn
Milwaukee, WI 53202-6633

SIMONSON, Rob
405 Bailey Drive
Maison, WI 53718-3366

SIMONSON: T. J. Peyton, Esq.
Kepler & Peyton
634 West Main Str - Suite 202
Madison, WI 53703-2697

Samuel C. Wisotzkey
Kohner Mann &Kailas, SC
4650 N. Port Washington Rd
Milwaukee, WI 53212-1991

Securant Bank
6001 West Capitol Drive
Milwaukee, WI 53216-2196

Senior High, LLP
c/o Mr. Steven R. Sharpe
5110 South Loomis Road
Waterford, WI 53185-3522

Seymour Kremer Koch Lochowicz
23 North Wisconsin Street
P.O. Box 470
Elkhorn, WI 53121-0470

Shorewood Village Treasurer
3930 North Murray Avenue
Shorewood, WI 53211-2385

Sullivan Village Treasurer
P.O. Box 6
Sullivan, WI 53178-0006

Summit Town Treasurer
c/o Elaine Rollins
W8063 Brandt Rd
Mauston, WI 53948-9336

Summit Village Treasurer
2911 North Dousman Road
Oconomowoc, WI 53066-4705

Sumner Town Treasurer
N1525 Church Str Busseyville
Edgerton, WI 53534-9119

Target National Bank
P.O. Box 59231
Minneapolis, MN 55459-0231

The Woodlands Condominium Homeowners Associa
c/o Gerald J. Mayhew
Trebon & Mayhew
733 N. Van Buren St.
Milwaukee, WI 53202-4768

The Woodlands Condominiums
Gerald J. Mayhew, Esq.
733 N. Van Buren St., #770
Milwaukee, WI 53202-4700

Trapp & Hartman, S.C.
Attn: Dave Wanta
14380 W. Capitol Drive , #1
Brookfield , WI 53005-2392

Trapp & Hartman, S.C.
Attn: Dave Wanta
14380 W. Capitol Drive, # 1
Brookfield , WI 53005-2392

Tri City National Bank
6400 South 27th Street
Oak Creek, WI 53154-1097

Veolia Environmental Services
One Honey Creek Corporate Cent
125 South 84th Street, #200
Milwaukee, WI 53214-1499

VISA
P.O. Box 4512
Carol Stream, IL 60197-4512

WE Energies
ATTN: Carol Thomas
333 West Everett - A130
Milwaukee, WI 53203

| | | |
|---|---|---|
| WISC Dept of Revenue - MADISON<br>PO Box 8901<br>Madison, WI 53708-8901 | WISC Dept of Revenue - MILW<br>PO Box 930208<br>Bankruptcy<br>Milwaukee, WI 53293-0208 | WISC Dept of WORKFORCE DEVELOP<br>Unemploy Ins Div- CEAN NIEBUHR<br>P. O. Box 7945<br>Madison, WI 53707-7945 |
| WITTHUN, Dennis<br>N268 N2327 Shelley Lynn Drive<br>Pewaukee, WI 53072 | Walworth County Treasurer<br>Courthouse<br>P.O. Box 1001<br>Elkhorn, WI 53121-1001 | WaterStone Bank<br>11200 West Plank Court<br>Wauwatosa, WI 53226-3250 |
| Watertown City Treasurer<br>106 Jones Street<br>Watertown, WI 53094-3752 | Waukesha City - Snow Removal<br>130 Delafield<br>Waukesha, WI 53188-3616 | Waukesha City Treasurer<br>201 Delafield Street - #104<br>Waukesha, WI 53188-3646 |
| Waukesha County Treasurer<br>515 W. Moreland Blvd. #148<br>Waukesha, WI 53188-2428 | Waupun City Treasurer<br>201 East Main Street<br>Waupun, WI 53963-2019 | Wauwatosa City Treasurer<br>7725 West North Avenue<br>Wauwatosa, WI 53213-1777 |
| West Allis City Treasurer<br>7525 West Greenfield Avenue<br>West Allis, WI 53214-4688 | Woodland - G. Mayhew, Esq.<br>Trebon & Mayhew<br>733 North Van Buren - #770<br>Milwaukee, WI 53202-4700 | Woodlands Condo H/O Assoc<br>ATTN: Gerald Mayhew<br>8951-C North 95th Street<br>Milwaukee, WI 53224-6804 |
| Cliff Decker<br>492 Leona Way<br>Oakfield, WI 53065-9423 | Jonathan V. Goodman<br>135 West Wells Street, Suite 340<br>Milwaukee, WI 53203-1807 | Jonathan V. Goodman<br>Law Offices of Jonathan V. Goodman<br>135 W. Wells Street, Suite 340<br>Milwaukee, WI 53203-1807 |
| Sharon Y Brunner<br>N39 W27051 GLACIER RD<br>PEWAUKEE, WI 53072-2328 | Todd A Brunner<br>N39 W27051 GLACIER RD<br>PEWAUKEE, WI 53072-2328 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Layton State Bank<br>4850 South Moorland Road<br>New Berlin, WI 53151 | (d)Layton State Bank<br>4850 South Moorland Road<br>New Berlin, WI 53151 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Guardian Investment Real Estate Co., Inc.    (u)Law Offices of Jonathan V. Goodman    (u)Bank of America

(d)Lisbon Storm Screen & Door Inc.  
5006 W Lisbon Ave  
Milwaukee, WI 53210-2853

(d)Waterstone Bank SSB  
c/o Atty. Mark C. Vap  
11200 West Plank Court  
Wauwatosa, WI 53226-3250

End of Label Matrix  
Mailable recipients   139  
Bypassed recipients     5  
Total                 144