IT IS HEREBY ORDERED
AS DESCRIBED BELOW.

DATED: August 16, 2011



*James E. Shapiro*
Honorable James E. Shapiro
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Todd A. Brunner and
Sharon Y. Brunner,

Debtors.

Case No. 11-29064

Chapter 11

### AGREED TO ORDER ON DEBTORS' USE OF CASH COLLATERAL OF WATERSTONE BANK, SSB

The Debtors and WaterStone Bank, SSB ("WATERSTONE") have agreed to this Order permitting the Debtors to use the cash collateral of WATERSTONE, and the Court being otherwise fully advised on the premises,

HEREBY ORDERS:

1. <u>Use of Cash Collateral</u>. The Debtors may use the cash collateral of WATERSTONE in the ordinary course of business in accordance with the budget that is attached hereto as Exhibit "1". Any amounts of cash collateral over and above the budget contained in Exhibit "1" may be used by the Debtors for general expenses in operating the Debtors' business, including upon proper application, Debtors' professional fees, a personal budget, and a general expense budget, pursuant to the budgets attached hereto as Exhibit "3" and Exhibit "4".

Law Offices of Jonathan V. Goodman
135 West Wells Street - Suite 340
Milwaukee, WI 53203-1807
PH: (414) 276-6760 - FX: (414) 287-1199
e-mail: jgoodman@ameritech.net

2. <u>Security Interest.</u> WATERSTONE shall have a replacement security interest on its collateral of assets of the Debtors to the extent that its security interests may have existed immediately prior to the filing of the Petition herein, provided, however, that such replacement lien shall not extend to any avoidance actions (or the proceeds thereof) pursuant to Chapter 5 of Title 11 United States Code.

A. Commencing August 15, 2011 and continuing on or before the fifteenth (15th) day of each and every month thereafter during the term of this Order, the Debtors shall pay to WATERSTONE the sums shown on Exhibit 2 as adequate protection interest only payments. The payments for June 2011 and July 2011 shall be made within 2 days from the Court rendering this Order.

B. Commencing August 30, 2011 and continuing on or before the thirtieth (30th) day of each and every month thereafter during the term of this Order, the Debtors shall make the tax escrow payments to WATERSTONE, to be held by WATERSTONE, for payment of 2011 property taxes in 2012 on the Debtors' real property collateralized by WATERSTONE in the sums shown on Exhibit 2. Tax escrow payments for June 2011 and July 2011 shall be made within 2 days from the Court rendering this Order.

C. In the event that the Debtors fail to timely make any payments required herein (timely being no later than the prescribed date, unless the date is on a weekend or holiday, in which event the first business day thereafter shall be the due date) this Order authorizing the use of cash collateral shall cease and the Court may entertain a motion for relief from automatic stay.

D. The Debtors shall maintain fire, extended casualty, and liability insurance in on all real and personal property secured by WATERSTONE, and shall name WATERSTONE as a mortgage holder and a lien holder on their insurance policies, in amounts of at least the amounts of the outstanding principal balances of WATERSTONE'S loans on all real and personal property.

3. This cash collateral Order shall be a permanent Order and shall terminate, unless there is an earlier default, on the Effective Date of any Plan of Reorganization asserted by the Debtors, or upon conversion to a case under Chapter 7 of Title 11, or dismissal of this case, whichever is earlier to occur.

4. Within five (5) days of the Court rendering this Order, the Debtors shall make a claim for damages at 4714 West Villard Avenue with the Debtors' insurance company as existed at the time of the casualty.

#####

Approved as to form:

_____
Mark Vap
Attorney for WaterStone Bank, SSB
Dated: August /2 , 2011.

PREPARED BY:
Law Offices of Jonathan V. Goodman
135 West Wells Street - Suite 340
Milwaukee, WI 53203-1807
PH: (414) 276-6760 - FX: (414) 287-1199
e-mail: jgoodman@ameritech.net

| LENDER | BUILDING # | STREET NAME | # | CITY/TOWN | RENT | MNGT FEE | WATER/SEWER | ESTIMATED REPAIRS | NET FIGURE | 2010 TAXES annual | month |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WSB | N46 N29247 | Capitol Dr (East) | | Delafield | $1,100.00 | $55.00 | $45.00 | $55.00 | $945.00 | $2,235.94 | $186.33 |
| WSB | 2991 South | Herman Street | | Milwaukee | $835.00 | $41.75 | $45.00 | $55.00 | $693.25 | $4,024.00 | $335.33 |
| WSB | 408 | McCall Street | | Waukesha | $773.00 | $38.65 | $90.00 | $170.00 | $474.35 | | |
| WSB | 410 | McCall Street | | Waukesha | $845.00 | $42.25 | $0.00 | $0.00 | $802.75 | | |
| WSB | 412 | McCall Street | | Waukesha | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| WSB | 412-A | McCall Street | | Waukesha | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,667.94 | $639.00 |
| WSB | 4714 West | Villard Avenue | | Milwaukee | $0.00 | $0.00 | $0.00 | $55.00 | -$55.00 | $2,663.00 | $221.92 |
| WSB | 4331 North | 19th Street | | Milwaukee | $765.00 | $38.25 | $45.00 | $55.00 | $626.75 | $2,538.00 | $211.50 |
| WSB | 4582 North | 24th Place | | Milwaukee | $643.00 | $32.15 | $45.00 | $55.00 | $510.85 | $1,853.00 | $154.42 |
| WSB | 5007 North | 24th Street | | Milwaukee | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,259.00 | $354.92 |
| WSB | 5480 North | 27th Street | | Milwaukee | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,489.00 | $290.75 |
| WSB | 2875 North | 36th Street | | Milwaukee | $840.00 | $42.00 | $45.00 | $55.00 | $698.00 | $1,988.00 | $165.67 |
| WSB | 5930 North | 40th Street | | Milwaukee | $725.00 | $36.25 | $45.00 | $55.00 | $588.75 | $1,653.00 | $137.75 |
| WSB | 4338 North | 41st Street | | Milwaukee | $725.00 | $36.25 | $45.00 | $55.00 | $588.75 | $3,083.00 | $256.92 |
| WSB | 4542 North | 44th Street | | Milwaukee | $750.00 | $37.50 | $45.00 | $55.00 | $612.50 | $3,623.00 | $301.92 |
| WSB | 4260 North | 48th Street | | Milwaukee | $795.00 | $39.75 | $45.00 | $55.00 | $655.25 | $3,060.00 | $255.00 |
| WSB | 5315 North | 49th Street | | Milwaukee | $775.00 | $38.75 | $45.00 | $55.00 | $636.25 | $2,544.00 | $212.00 |
| WSB | 3272 North | 52nd Street | | Milwaukee | $745.00 | $37.25 | $45.00 | $55.00 | $607.75 | $3,621.00 | $301.75 |
| WSB | 6427 North | 52nd Street | | Milwaukee | $750.00 | $37.50 | $45.00 | $55.00 | $612.50 | $2,381.00 | $198.42 |
| WSB | 2473 North | 57th Street | | Milwaukee | $860.00 | $43.00 | $45.00 | $55.00 | $717.00 | $4,040.00 | $336.67 |
| WSB | 2911 South | 60th Street | | Milwaukee | $795.00 | $39.75 | $90.00 | $85.00 | $580.25 | $6,678.00 | $556.50 |
| WSB | 2911-A South | 60th Street | | Milwaukee | $565.00 | $28.25 | $0.00 | $0.00 | $536.75 | $0.00 | $0.00 |
| WSB | 4609 North | 67th Street | | Milwaukee | $800.00 | $40.00 | $45.00 | $55.00 | $660.00 | $2,070.00 | $172.50 |
| WSB | 4709 North | 71st Street | | Milwaukee | $765.00 | $38.25 | $45.00 | $55.00 | $626.75 | $2,347.00 | $195.58 |
| WSB | WaterStone Bank | TOTALS | | | $14,851.00 RENT | $742.55 MNGT FEE | $855.00 WATER/SEWER | $1,135.00 ESTIMATED REPAIRS | $12,118.45 NET FIGURE | $65,817.88 | $5,484.82 |
| WSB | 3300 West | Sheridan - lower | | Milwaukee | $435.00 | $21.75 | $45.00 | $55.00 | $313.25 | $4,335.53 | $361.29 |
| WSB | 3300 West | Sheridan - upper | | Milwaukee | $725.00 | $36.25 | $45.00 | $55.00 | $588.75 | $4,335.53 | $361.29 |
| WSB | 3543 North | 15th Street | | Milwaukee | $436.00 | $40.00 | $45.00 | $55.00 | $296.00 | $2,542.00 | $211.83 |
| WSB | 2869 North | 46th Street | | Milwaukee | $875.00 | $40.00 | $45.00 | $55.00 | $735.00 | $2,238.00 | $186.50 |
| WSB | 5738 North | 71st Street | | Milwaukee | $735.00 | $36.75 | $45.00 | $55.00 | $598.25 | $1,563.00 | $130.25 |
| | | | | | $2,046.00 | $116.75 | $135.00 | $165.00 | $1,629.25 | $6,343.00 | $528.58 |
| | | GRAND TOTAL | | | $16,897.00 RENT | $859.30 MNGT FEE | $990.00 WATER/SEWER | $1,300.00 ESTIMATED REPAIRS | $13,747.70 NET FIGURE | $72,160.88 | $6,013.41 tax escrow |

Exhibit "1"

## Brunner - Interest and Escrow $

| Loan | Collateral | | Interest | Escrow |
|---|---|---|---|---|
| 1 | 3543 N 15th St | Milwaukee WI 53206 | $499.98 | $212.00 |
|   | 4714 W Villard Ave | Milwaukee WI 53218 |  | $0.00 |
| 2 | 3272 N 52nd St | Milwaukee WI 53216 | $206.20 | $301.75 |
| 3 | 5315 N 49th St | Milwaukee WI 53218 | $133.67 | $211.99 |
| 4 | 4542 N 44th St | Milwaukee WI 56218 | $127.06 | $248.47 |
| 5 | 6427 N 52nd St | Milwaukee WI 56223 | $143.05 | $198.45 |
| 6 | 4331 N 19th St | Milwaukee WI 53209 | $65.65 | $211.46 |
| 7 | 5007 N 24th St | Milwaukee WI 53209 | $70.08 | $359.49 |
| 8 | 4338 N 41st St | Milwaukee WI 53216 | $96.18 | $168.61 |
| 9 | 4609 N 67th St | Milwaukee WI 53218 | $97.29 | $172.52 |
| 10 | 3300 W Sheridan Ave | Milwaukee WI 53209 | $115.71 | $359.01 |
| 11 | 4260 N 48th St | Milwaukee WI 53216 | $294.66 | $612.58 |
|    | 2473 N 57th St | Milwaukee WI 53210 |  |  |
| 12 | 2991 S Hernam St | Milwaukee WI 53207 | $325.68 | $521.77 |
| 13 | 4709 N 71 St St | Milwaukee WI 53218 | $275.04 | $195.56 |
| 14 | 5480 N 27th St | Milwaukee WI 53209 | $125.15 | $290.71 |
| 15 | 408-12 McCall St | Waukesha WI 53186 | $943.06 | $643.78 |
| 16 | N39W27051 Glacier Rd | Pewaukee WI 53072 | $218.21 | $0.00 |
| 17 | 5738 N 71st St | Milwaukee WI 53218 | $149.59 | $108.15 |
| 18 | 2911-11a S 60th St | Milwaukee WI 53219 | $455.17 | $324.78 |
| 19 | 2875 N 36th St | Milwaukee WI 53210 | $82.47 | $250.78 |
| 20 | N46W29247 E Capotal Dr | Delafield WI 53209 | $488.27 | $131.55 |
|    |    |    | $4,912.17 | $5,523.41 |
|    |    |    | $10,435.58 | |

Exhibit "2"

| In re: Todd Brunner | | |
|---|---|---|
| **Recurring Monthly Expenses** | | |
| *Personal Expenses* | | |
| Utilities | $ | 650.00 |
| Auto Insurance | $ | 125.00 |
| Auto Fuel | $ | 850.00 |
| Home Insurance | $ | 90.00 |
| Medical | $ | 650.00 |
| Food and Beverages | $ | 850.00 |
| Health Insurance | $ | 700.00 |
| Life Insurance | $ | 190.00 |
| Entertainment | $ | 500.00 |
| Cable, Internet, Phone | $ | 180.00 |
| Son's education | $ | 850.00 |
| Daughter's care | $ | 500.00 |
| Auto maintenance | $ | 150.00 |
| Clothing | $ | 100.00 |
| Miscellaneous | $ | 250.00 |
| **Sub-Totals** | **$** | **6,635.00** |
| | | |
| **Additional Expense (if any)** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTALS** | **$** | **6,635.00** |

Exhibit "3"

|  | In re: Todd Brunner |  |
|--|--|--|
|  | **Recurring Monthly Expenses** |  |
|  | *General Business Expenses* |  |
|  | Labor | $ 9,500.00 |
|  | Cell phones | $ 600.00 |
|  | Maintenance for 6 work trucks | $ 1,800.00 |
|  | Materials | $ 6,500.00 |
|  | Tools | $ 500.00 |
|  | Insurance | $ 8,600.00 |
|  | **Sub-Totals** | **$ 27,500.00** |
|  | **Additional Expense (if any)** |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **TOTALS** | **$ 27,500.00** |

Exhibit "4"