UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Todd A. Brunner and
Sharon Y. Brunner,

Case No. 11-29064
Chapter 11

Debtors.

**OBJECTION TO MOTION TO MODIFY THE AUTOMATIC STAY BY LEGACY BANK / FDIC**

The Debtors hereby object to the Motion to Modify the Automatic Stay by Legacy Bank/FDIC. As grounds Debtors allege and show to the Court as follows:

1. Since the filing of the Petition, Legacy Bank/FDIC has continued to collect the Debtors' rents, has refused to turn over the Debtors' rents, and provide an accounting.

2. Legacy Bank/FDIC is indebted to the Debtors in the sum of $35,000.00, as a result of an overpayment of a mortgage loan as a result of sale of some of the Debtors' properties prior to the filing of the Petition.

3. Both prior to the filing of the Petition and thereafter, Legacy has caused the Debtors' properties to deteriorate in value by failing to properly manage the properties and has committed waste on the Debtors' properties, causing a diminution on the value of the Debtors' properties. Legacy Bank/FDIC has also permitted an employee of its property manager to live in one of the Debtors' properties.

Law Offices of Jonathan V. Goodman
135 West Wells Street - Suite 340
Milwaukee, WI 53203-1807
PH: (414) 276-6760 - FX: (414) 287-1199
e-mail: JGoodman@ameritech.net

4. Until Legacy Bank/FDIC properly accounts for the rents, reimburses the Debtors for the $35,000.00, and explains to the Court why it has permitted an employee of its property manager to occupy one of the Debtors' residences, the Motion should be denied.

Dated this 18th day of August, 2011.

LAW OFFICES OF JONATHAN V. GOODMAN

By: _____/s/_____
Jonathan V. Goodman
Counsel for the Debtors

POST OFFICE ADDRESS:
Law Offices of Jonathan V. Goodman
135 West Wells Street - Suite 340
Milwaukee, WI 53203-1807
PH: (414) 276-6760 - FX: (414) 287-1199
e-mail: jgoodman@ameritech.net