# CHANGE ADDRESS

Debtor's Name(s):   Brunners

Case Number:   11-29064
Chapter:   11

## PLEASE CHANGE ADDRESS

**OLD ADDRESS:**   East Troy Village Treasurer
2015 Energy Drive
East Troy, WI 53120

**NEW ADDRESS:**   East Troy Town Treasurer
P.O. Box 872
East Troy, WI 53120-0872

Change Requested by:   Bonnie Hady,
Legal Assistant to Jonathan V. Goodman

(signature and date)   *Bonnie Hady 08-23-2011*

PREPARED BY:
Law Offices of Jonathan V. Goodman
135 W. Wells Street - Suite 340
Milwaukee, WI 53203-1807
Telephone: (414) 276-6760
Facsimile: (414) 287-1199
e-mail: jgoodman@ameritech.net