FORM B6A (Official Form 6A) (12/07)

In re BRUNNER, Todd A.  and BRUNNER, Sharon Y. , Case No. 11-29064
                                    Debtor(s)                                    (if known)

AMENDED
## SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 4070 N. 23rd Street, Milw, WI | single family | C | $ 72,500.00 | $ 0.00 |
| 21140 Gumina Road Brookfield, WI BLANKET $1,132,648 | vacant - uninhabitable | C | $ 235,700.00 | $ 0.00 |
| 6219 West Mitchell St, West Allis, WI | single family | C | $ 112,300.00 | $ 35,336.00 |
| 7750 W Hicks, West Allis, WI BLANKET $1,132,648 | single family | C | $ 97,700.00 | $ 0.00 |
| 412 W. Newhall Ave., Waukesha, WI | single family | C | $ 138,900.00 | $ 42,257.00 |
| 3743-43A E Plankinton Ave., Cudahy, WI - 2-family | duplex | C | $ 60,000.00 | $ 60,000.00 |

  24  continuation sheets attached

FORM B6A (Official Form 6A) (12/07)

In re BRUNNER, Todd A.  and BRUNNER, Sharon Y._____,     Case No. 11-29064_____
                        Debtor(s)                                                    (if known)

# SCHEDULE A-REAL PROPERTY

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband–H Wife–W Joint–J Community–C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 4237 & 4237-A N 24th Place, Milw, WI - 2-family<br>BLANKET $290,000 | duplex | C | $ 98,300.00 | $ 0.00 |
| 1450 N 40th St., Milw, WI | single family | C | $ 45,000.00 | $ 0.00 |
| 12805 W Meadow Ln, New Berlin, WI | single family | C | $ 126,800.00 | $ 77,294.00 |
| 236 Lake St, Pewaukee, WI | single family | C | $ 261,000.00 | $ 200,000.00 |
| 2718-20 N 50th St, Milw, WI | duplex | C | $ 92,500.00 | $ 48,270.00 |
| 8210 W Burleigh, Milw, WI<br>BLANKET $1,132,648 | single family | C | $ 78,600.00 | $ 0.00 |
| 335 E Deer Pl, Milw, WI<br>BLANKET $1,132,648 | single family | C | $ 118,100.00 | $ 0.00 |
| 4544 N 22nd St, Milw, WI | single family | C | $ 79,500.00 | $ 46,686.00 |
| 15350 W Burleigh Rd, Brookfield, WI | single family | C | $ 235,300.00 | $ 153,602.00 |

Sheet No. 1 of 24 continuation sheets attached to Schedule of Real Property

In re BRUNNER, Todd A. and BRUNNER, Sharon Y. , Case No. 11-29064
                    Debtor(s)                                    (if known)

# SCHEDULE A-REAL PROPERTY

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 4847 N 71st St, Milw, WI BLANKET $1,132,648 | single family | C | $ 84,100.00 | $ 0.00 |
| W160 N9506 Chippewa Dr, Menomonee Falls, WI | single family | C | $ 196,700.00 | $ 117,096.00 |
| 1318-20 N 40th St, Milw, WI | two family | C | $ 68,300.00 | $ 60,608.00 |
| 4928 N 21st St, Milw, WI | single family | C | $ 96,200.00 | $ 0.00 |
| 3933 N 58th St, Milw, Wi | single family | C | $ 40,000.00 | $ 40,000.00 |
| 1024 Aurora St, Waukesha, WI BLANKET $1,132,648 | single family | C | $ 109,100.00 | $ 0.00 |
| 4506 S Jasper Ave, Milw, WI | single family | C | $ 75,000.00 | $ 75,000.00 |
| 2132 N 46th St, Milw, WI | single family | C | $ 61,800.00 | $ 0.00 |
| 4567 N 48th St, Milw, WI | single family | C | $ 111,900.00 | $ 53,140.00 |

Sheet No. 2 of 24 continuation sheets attached to Schedule of Real Property

FORM B6A (Official Form 6A) (12/07)

In re <u>BRUNNER, Todd A. and BRUNNER, Sharon Y.</u>, Case No. <u>11-29064</u>
                                    Debtor(s)                                                                    (if known)

# SCHEDULE A-REAL PROPERTY

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 5046 N 85th St, Milw, WI<br>BLANKET $1,132,648 | single family | C | $ 91,300.00 | $ 0.00 |
| 7639 N Edgeworth, Brown Deer, WI | single family | C | $ 123,800.00 | $ 24,120.00 |
| N48 34111 Jaeckles Dr, Oconomowoc, WI | single family | C | $ 119,200.00 | $ 38,916.00 |
| 2945 S. Kinnickinnick Ave, Bayview, WI | single family | C | $ 143,500.00 | $ 33,534.00 |
| N84 W16260 Donald Ave, Menomonee Falls, WI<br>LINE OF CREDIT $200,000 | single family | C | $ 170,200.00 | $ 0.00 |
| 3300 W Sheridan Ave, Milw, WI | 3 units | C | $ 98,200.00 | $ 22,000.00 |
| 2310 N 131st St, Brookfield, WI | single family | C | $ 219,200.00 | $ 92,895.07 |
| 2690 S 9th Pl, Milw, WI<br>(#1, #2, #3) | 3 units | C | $ 10,000.00 | $ 10,000.00 |
| 4144 N Larkin, Shorewood, WI | single family | C | $ 244,700.00 | $ 138,188.00 |

Sheet No. <u>3</u> of <u>24</u> continuation sheets attached to Schedule of Real Property

In re BRUNNER, Todd A.  and BRUNNER, Sharon Y. _____,     Case No. 11-29064 _____
                Debtor(s)                                                               (if known)

# SCHEDULE A-REAL PROPERTY

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 4554 N 44th St, Milw, WI | single family | C | $ 71,600.00 | $ 0.00 |
| 3272 N 52nd St, Milw, WI | single family | C | $ 101,800.00 | $ 42,000.00 |
| 4861 N 52nd St, Milw, WI | single family | C | $ 63,100.00 | $ 0.00 |
| 6427 N 52nd St, Milw, WI | single family | C | $ 85,100.00 | $ 30,000.00 |
| 2566 N 54th St, Milw, WI | single family | C | $ 63,700.00 | $ 12,477.00 |
| N39 W27485 Hillside Grove Rd, Pewaukee, WI | single family | C | $ 196,800.00 | $ 126,876.40 |
| 3416-18 N 58th St, Milw, WI | duplex | C | $ 70,000.00 | $ 40,711.00 |
| 5049 N 69th St, Milw, WI | single family | C | $ 70,800.00 | $ 12,000.00 |
| 6626 N Bourbon St, #3, Milw, WI | condominium unit | C | $ 25,000.00 | $ 0.00 |

Sheet No. 4  of  24  continuation sheets attached to Schedule of Real Property

FORM B6A (Official Form 6A) (12/07)

In re _BRUNNER, Todd A.   and BRUNNER, Sharon Y._ , Case No. _11-29064_
 Debtor(s)                                                              (if known)

# SCHEDULE A-REAL PROPERTY

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 3543 N 15th St, Milw, WI | single family | C | $ 60,700.00 | $ 60,700.00 |
| 3505 N 82nd St, Milw, WI Blanket with 4688 N 72nd: $46,456 | single family | C | $ 93,600.00 | $ 93,232.00 |
| 4331 N 19th St, Milw, WI | single family | C | $ 60,700.00 | $ 15,000.00 |
| 5763 N 68th St, Milw, WI BLANKET $1,132,648 | single family | C | $ 74,200.00 | $ 0.00 |
| 5007 N 24th St, Milw, WI | single family | C | $ 78,600.00 | $ 16,000.00 |
| 4515 N. 28th St, Milw, WI | single family | C | $ 64,400.00 | $ 0.00 |
| 5565 N 35th St, Milw, WI BLANKET $300,948 | single family | C | $ 64,600.00 | $ 0.00 |
| W301 N9466 CTH E, Merton, WI | single family | C | $ 118,600.00 | $ 74,050.00 |
| 3914 N 36th St, Milw, WI BLANKET $300,948 | single family | C | $ 66,700.00 | $ 0.00 |

Sheet No. _5_ of _24_ continuation sheets attached to Schedule of Real Property

FORM B6A (Official Form 6A) (12/07)

In re BRUNNER, Todd A.   and BRUNNER, Sharon Y. _____, Case No. 11-29064 _____
                                    Debtor(s)                                              (if known)

# SCHEDULE A-REAL PROPERTY

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 4709 N 71st St, Milw, WI | single family | C | $ 91,100.00 | $ 59,000.00 |
| 4609 N 67th St, Milw, WI | single family | C | $ 80,700.00 | $ 22,000.00 |
| 4206 S 57th St, Milw, WI | single family | C | $ 130,200.00 | $ 76,598.84 |
| W165 N8436 Lavergne, Menomonee Falls, WI | single family | C | $ 156,900.00 | $ 44,591.00 |
| 4977-79 N 46th St, Milw, WI | duplex | C | $ 111,700.00 | $ 88,685.00 |
| 5358 N 56th St, Milw, WI | single family | C | $ 80,800.00 | $ 60,106.72 |
| 5076 N 20th St, Milw, WI BLANKET $153,140 | single family | C | $ 74,900.00 | $ 0.00 |
| 5568 N 38th St, Milw, WI BLANKET $300,948 | single family | C | $ 75,500.00 | $ 0.00 |
| 4161 S Church Dr, New Berlin, WI | single family | C | $ 158,400.00 | $ 87,900.00 |

Sheet No. 6 of 24 continuation sheets attached to Schedule of Real Property

In re *BRUNNER, Todd A.   and BRUNNER, Sharon Y.*          ,          Case No. *11-29064*

Debtor(s)                                                                                          (if known)

# SCHEDULE A-REAL PROPERTY

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 1122 Perkins Ave, Waukesah, WI | single family | C | $ 130,900.00 | $ 46,012.00 |
| 114 S Grand Ave, Waukesha, WI | single family | C | $ 178,200.00 | $ 95,393.00 |
| 6143 N 38th St, Milw, WI | single family | C | $ 62,500.00 | $ 0.00 |
| 19424 W Terrace Dr, New Berlin, WI | single family | C | $ 202,400.00 | $ 112,608.00 |
| 4338 N 41st St, Milw, WI | single family | C | $ 72,800.00 | $ 22,000.00 |
| 2869 N 46th St, Milw, WI | single family | C | $ 87,000.00 | $ 66,057.00 |
| 5375 N Sherman Blvd, Milw, WI | single family | C | $ 20,000.00 | $ 20,000.00 |
| 4627 N 49th St, Milw, WI | single family | C | $ 93,000.00 | $ 0.00 |
| 627-629 W Washington St, Milw, WI | duplex | C | $ 81,500.00 | $ 14,000.00 |

Sheet No. 7  of  24  continuation sheets attached to Schedule of Real Property

FORM B6A (Official Form 6A) (12/07)

In re <u>BRUNNER, Todd A. and BRUNNER, Sharon Y.</u>,   Case No. <u>11-29064</u>
                    Debtor(s)                                                    (if known)

# SCHEDULE A-REAL PROPERTY

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| T7N R16E, Farmington, Jefferson County, WI | vacant lot | C | $ 40,000.00 | $ 30,000.00 |
| 116 Union St, Johnson Creek, WI | commercial and vacant | C | $ 46,000.00 | $ 0.00 |
| 3607 W Vienna St, Milw, WI | single family | C | $ 88,800.00 | $ 0.00 |
| 5715 N 92nd St, Milw, WI BLANKET $1,132,648 | single family | C | $ 77,500.00 | $ 0.00 |
| 408-412A McCall St, Waukesha, WI | 4 units | C | $ 308,900.00 | $ 198,000.00 |
| 4215 N 39th St, Milw, WI BLANKET $71,757 | single family | C | $ 75,700.00 | $ 71,757.00 |
| 5125 N 64th St, Milw, WI BLANKET $71,757 | single family | C | $ 84,900.00 | $ 0.00 |
| 2915 S Stigler Rd, New Berlin, WI | single family | C | $ 100,000.00 | $ 85,900.00 |
| 5735 Lochleven Ln, New Berlin, WI | single family | C | $ 190,400.00 | $ 79,000.00 |

Sheet No. <u>8</u> of <u>24</u> continuation sheets attached to Schedule of Real Property

FORM B6A (Official Form 6A) (12/07)

In re BRUNNER, Todd A.  and BRUNNER, Sharon Y. _____, Case No. 11-29064 _____
                        Debtor(s)                                              (if known)

# SCHEDULE A-REAL PROPERTY

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| W220 N7129 Town Line Rd, Lisbon, WI | single family | C | $ 191,000.00 | $ 82,600.00 |
| 3860 & 3860-A E Plankinton Ave, Cudahy, WI | two family | C | $ 180,600.00 | $ 76,170.00 |
| 722-24 S 93rd St, West Allis, WI | duplex | C | $ 163,300.00 | $ 78,386.00 |
| 5650 W Wahner Ave #211, Brown Deer, WI | condominium unit | C | $ 25,000.00 | $ 0.00 |
| S94 W14470 Groveway Ln, Muskego, WI BLANKET $1,1,32,648 | single family | C | $ 234,200.00 | $ 0.00 |
| W270 N3857 Armour Lane, Pewaukee, WI BLANKET $596,211 | part of homestead | C | $ 133,200.00 | $ 0.00 |
| 717 Beechwood Ave, Waukesha, WI | single family | C | $ 150,000.00 | $ 66,099.00 |
| 6043 N 38th St, Milw, WI BLANKET $112,000 | single family | C | $ 74,500.00 | $ 0.00 |
| 5434 W Sheridan Ave, Milw, WI BLANKET $112,000 | single family | C | $ 76,700.00 | $ 0.00 |

Sheet No. 9  of  24  continuation sheets attached to Schedule of Real Property

FORM B6A (Official Form 6A) (12/07)

In re BRUNNER, Todd A.  and BRUNNER, Sharon Y. _____,     Case No. 11-29064 _____
          Debtor(s)                                                                          (if known)

## SCHEDULE A-REAL PROPERTY

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 2618 S Clement Ave, Milw, WI BLANKET $112,000 | single family | C | $ 148,800.00 | $ 0.00 |
| W278 N2428 Prospect Ave, Pewaukee, WI | single family | C | $ 191,000.00 | $ 134,681.66 |
| 4135 N 15th St, Milw, WI | single family | C | $ 35,000.00 | $ 35,000.00 |
| 2339 N Richards St, Milw, WI | single family | C | $ 83,800.00 | $ 61,000.00 |
| 4688 N 72nd St, Milw, WI Part of TCNB Blanket loan with 3505 N 82 | duplex | C | $ 86,300.00 | $ 93,232.00 |
| 2714-16 N Richards St, Milw, WI | duplex | C | $ 52,700.00 | $ 0.00 |
| 2361 S Lenox St, Milw, WI BLANKET $1,132,648 | single family | C | $ 96,009.00 | $ 0.00 |
| 10034 W Fond du Lac, Milw, WI | single family | C | $ 44,700.00 | $ 0.00 |
| 7330 W Medford Ave, Milw, WI | single family | C | $ 35,000.00 | $ 35,000.00 |

Sheet No. 10  of  24  continuation sheets attached to Schedule of Real Property

FORM B6A (Official Form 6A) (12/07)

In re <u>BRUNNER, Todd A. and BRUNNER, Sharon Y.</u>,       Case No. <u>11-29064</u>
                     Debtor(s)                                     (if known)

# SCHEDULE A-REAL PROPERTY

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| N8776 Wilmers Point, East Troy Town, WI | vacant lot | C | $ 15,593.00 | $ 0.00 |
| 4414 N 38th St, Milw, WI BLANKET $300,948 | single family | C | $ 76,600.00 | $ 0.00 |
| 4405 W. Townsend, Milw, WI | single family | C | $ 35,000.00 | $ 35,000.00 |
| 4267 N 70th St, Milw, Wi | single family | C | $ 45,000.00 | $ 45,000.00 |
| S79 W33016 Arnold Court, Mukwonago, WI | single family | C | $ 212,900.00 | $ 70,700.00 |
| 11447 W Swiss St, Franklin, WI | single family | C | $ 115,900.00 | $ 80,000.00 |
| 2722-24 N 51st St, Milw, WI | duplex | C | $ 109,200.00 | $ 57,030.00 |
| 3517 S 15th Pl, Milw, WI BLANKET $366,961 | single family | C | $ 72,000.00 | $ 0.00 |
| 4582 N 24th Pl, Milw, WI | single family | C | $ 64,500.00 | $ 64,500.00 |

Sheet No. 11 of 24 continuation sheets attached to Schedule of Real Property

FORM B6A (Official Form 6A) (12/07)

In re <u>BRUNNER, Todd A. and BRUNNER, Sharon Y.</u>,     Case No. <u>11-29064</u>
       Debtor(s)                                                     (if known)

# SCHEDULE A-REAL PROPERTY

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 5118 N 24th Pl, Milw, WI BLANKET $366,961 | single family | C | $ 69,600.00 | $ 0.00 |
| 3710 N 36th St, Milw, WI BLANKET $220,000 | single family | C | $ 60,500.00 | $ 0.00 |
| 3731 N 36th St, Milw, WI | single family | C | $ 74,500.00 | $ 74,500.00 |
| 6120 N 36th St, Milw, WI | single family | C | $ 36,000.00 | $ 36,000.00 |
| 4647 N 37th St, Milw, WI BLANKET $200,000 | single family | C | $ 84,000.00 | $ 0.00 |
| 5930 N 40th St, Milw, WI BLANKET $96,000 | single family | C | $ 65,000.00 | $ 0.00 |
| 5753 N 42nd St, Milw, WI | single family | C | $ 88,300.00 | $ 57,362.00 |
| 3430 N 44th St, Milw, WI | single family | C | $ 75,000.00 | $ 75,000.00 |
| 3235-37 N 46th St, Milw, WI BLANKET $191,858 | duplex | C | $ 107,000.00 | $ 107,000.00 |

Sheet No. <u>12</u> of <u>24</u> continuation sheets attached to Schedule of Real Property

In re _BRUNNER, Todd A._ and _BRUNNER, Sharon Y._ ,     Case No. _11-29064_
        Debtor(s)                                                      (if known)

# SCHEDULE A-REAL PROPERTY

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 3453 N 46th St, Milw, WI | single family | C | $ 35,000.00 | $ 35,000.00 |
| 3661 S 46th St, Greenfield, WI | single family | C | $ 128,900.00 | $ 103,773.00 |
| 4636-38 N 46th St, Milw, WI | duplex | C | $ 101,900.00 | $ 87,672.00 |
| 4260 N 48th St, Milw, WI | single family | C | $ 62,300.00 | $ 62,300.00 |
| 2760-62 N 50th St | duplex | C | $ 102,100.00 | $ 70,317.00 |
| 5120 N 51st St, Milw, WI | single family | C | $ 83,000.00 | $ 0.00 |
| 2634-36 N 53rd St, Milw, WI | duplex | C | $ 109,600.00 | $ 90,008.00 |
| 3818 N 55th St, Milw, WI | single family | C | $ 94,700.00 | $ 0.00 |
| 2473 N 57th St, Milw, WI BLANKET $67,000 | single family | C | $ 115,400.00 | $ 0.00 |

Sheet No. _13_ of _24_ continuation sheets attached to Schedule of Real Property

FORM B6A (Official Form 6A) (12/07)

In re BRUNNER, Todd A. and BRUNNER, Sharon Y. , Case No. 11-29064
　　　　　　　　　　Debtor(s) (if known)

# SCHEDULE A-REAL PROPERTY

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 3748 N 57th St, Milw, WI | single family | C | $ 40,000.00 | $ 40,000.00 |
| 3518 N 63rd St, Milw, WI | single family | C | $ 68,000.00 | $ 41,268.00 |
| 5329 N 65th St, Milw, WI BLANKET $104,920 | single family | C | $ 77,000.00 | $ 0.00 |
| 5643 N 66th St, Milw, WI | single family | C | $ 81,800.00 | $ 53,202.00 |
| 181 N 69th St, Milw, WI BLANKET $334,249 | single family | C | $ 156,900.00 | $ 0.00 |
| 5473 N 75th Ct, Milw, WI BLANKET $104,920 | single family | C | $ 90,300.00 | $ 0.00 |
| 543 E Capitol Dr, Hartland, WI | single family | C | $ 203,100.00 | $ 114,663.00 |
| 3340 County Line Rd, Oak Creek, WI - 4 lots | 4 lots | C | $ 93,600.00 | $ 93,600.00 |
| N72 W24474 Good Hope Rd, Lisbon, WI | single family | C | $ 196,100.00 | $ 94,604.00 |

Sheet No. 14 of 24 continuation sheets attached to Schedule of Real Property

FORM B6A (Official Form 6A) (12/07)

In re <u>BRUNNER, Todd A.  and BRUNNER, Sharon Y.</u>, Case No. <u>11-29064</u>
                    Debtor(s)                                              (if known)

# SCHEDULE A-REAL PROPERTY

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 1337 W Hayes Ave, Milw, WI | 3 units plus store front | C | $ 116,400.00 | $ 113,000.00 |
| 2991 S Herman St, Milw, WI | single family | C | $ 145,700.00 | $ 77,000.00 |
| 3658 E Layton Ave, Cudahy, WI | single family | C | $ 143,700.00 | $ 101,361.00 |
| 2322 Lefeber Ave, Wauwatosa, WI BLANKET $400,000 | single family | C | $ 214,600.00 | $ 0.00 |
| W140 N7502 Lilly Rd, Menomonee Falls, WI | single family | C | $ 189,800.00 | $ 123,900.00 |
| 2320 S Lombardy Ln, New Berlin, WI | single family | C | $ 213,300.00 | $ 103,477.00 |
| 241 Maria St, Waukesha, WI | single family | C | $ 104,400.00 | $ 0.00 |
| 1021 W Moreland BLVD, Waukesha, WI | single family | C | $ 125,000.00 | $ 125,000.00 |
| 6204 W Nash St, Milw, WI BLANKET $84,021 | single family | C | $ 70,600.00 | $ 0.00 |

Sheet No. <u>15</u> of <u>24</u> continuation sheets attached to Schedule of Real Property

FORM B6A (Official Form 6A) (12/07)

In re BRUNNER, Todd A. and BRUNNER, Sharon Y. , Case No. 11-29064
_____
Debtor(s)                                              (if known)

# SCHEDULE A-REAL PROPERTY

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 2009 Northview Rd, Waukesha, WI | single family | C | $ 194,400.00 | $ 110,335.00 |
| W297 N3016 Oakwood Grove Rd, Delafield, WI | single family | C | $ 150,000.00 | $ 64,317.22 |
| 7701 W Palmetto Ave, Milw, WI | single family | C | $ 78,900.00 | $ 36,993.00 |
| 7710 Parkview Rd, Greendale, WI | single family | C | $ 328,300.00 | $ 288,483.00 |
| W334 S5418 Red Fox Way, Genesee BLANKET $334,249 | single family | C | $ 407,000.00 | $ 0.00 |
| 16820 Ridgeview Dr, Brookfield, WI | single family | C | $ 256,200.00 | $ 144,390.00 |
| 1509 Summit Ave, Waukesha | single family | C | $ 180,000.00 | $ 79,856.00 |
| 711 Summit, Waukesha, WI | single family | C | $ 70,000.00 | $ 70,000.00 |
| 4714 W Villard Ave, Milw, WI BLANKET $96,000 | vacant lot | C | $ 10,000.00 | $ 0.00 |

Sheet No. 16 of 24 continuation sheets attached to Schedule of Real Property

In re _BRUNNER, Todd A.   and BRUNNER, Sharon Y._____,     Case No. _11-29064_____
                          Debtor(s)                                                          (if known)

## SCHEDULE A-REAL PROPERTY

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _2861 N 36th St, Milw, WI_ BLANKET $334,249 | _single family_ | C | $ 70,400.00 | $ 0.00 |
| _4442 N 38th St, Milw, WI_ | _single family_ | C | $ 31,700.00 | $ 14,738.00 |
| _4519 N 40th St, Milw, WI_ | _single family_ | C | $ 74,400.00 | $ 32,624.00 |
| _2875 N 36th St, Milw, WI_ | _single family_ | C | $ 73,200.00 | $ 17,000.00 |
| _4663-63A N 42nd St, Milw, WI_ | _duplex_ | C | $ 96,400.00 | $ 51,743.00 |
| _3335-37 N 45th St, Milw, WI_ BLANKET $152,671 | _duplex_ | C | $ 132,000.00 | $ 0.00 |
| _5311 N 49th St, Milw, WI_ | _single family_ | C | $ 68,200.00 | $ 30,396.00 |
| _5315 N 49th St, Milw, WI_ | _single family_ | C | $ 71,700.00 | $ 31,000.00 |
| _4869 N 51st Bl, Milw, WI_ | _single family_ | C | $ 62,700.00 | $ 15,696.00 |

Sheet No. _17_ of _24_ continuation sheets attached to Schedule of Real Property

FORM B6A (Official Form 6A) (12/07)

In re <u>BRUNNER, Todd A.  and BRUNNER, Sharon Y.</u> ,      Case No. <u>11-29064</u>
               Debtor(s)                                                         (if known)

# SCHEDULE A-REAL PROPERTY

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 4744 N 52nd St, Milw, WI | single family | C | $ 73,700.00 | $ 25,139.00 |
| 4971 N 52nd St, Milw, WI | single family | C | $ 69,800.00 | $ 0.00 |
| 5254 N 52nd St, Milw, WI | single family | C | $ 77,800.00 | $ 25,672.00 |
| 2435-35A N 54th St, Milw, WI | duplex | C | $ 75,000.00 | $ 0.00 |
| 2911-11A S 60th St, Milw, WI | duplex | C | $ 159,700.00 | $ 99,000.00 |
| 5843-45 N 61st St, Milw, WI BLANKET $125,766 (disputed) | single family | C | $ 91,400.00 | $ 0.00 |
| 4279 N 74th St, Milw, WI | single family | C | $ 88,500.00 | $ 41,443.00 |
| 4567 N 74th St, Milw, WI | single family | C | $ 92,300.00 | $ 39,483.00 |
| 5060 N 76th St, Milw, WI | single family | C | $ 102,000.00 | $ 74,645.00 |

Sheet No. <u>18</u> of <u>24</u> continuation sheets attached to Schedule of Real Property

In re _BRUNNER, Todd A.   and BRUNNER, Sharon Y._ ,  Case No. _11-29064_
                Debtor(s)                                                 (if known)

# SCHEDULE A-REAL PROPERTY

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 6704 N 90th St, Milw, WI | single family | C | $ 136,200.00 | $ 85,906.00 |
| 8921-C North Swan Road, Milw, WI | condominium unit | C | $ 25,000.00 | $ 0.00 |
| 8931-B North Swan Road, Milw, WI | condominium unit | C | $ 25,000.00 | $ 0.00 |
| 8877-E North Swan Road, Milw, WI | condominium unit | C | $ 25,000.00 | $ 0.00 |
| 8910-K North 95th St, Milw, WI | condominium unit | C | $ 25,000.00 | $ 0.00 |
| N28 W22044 Burningwood Ln, Waukesha, WI one-half owned by Dan Knackert | single family - 1/2 owned | H | $ 238,300.00 | $ 183,000.00 |
| 1102 W. Capitol Dr, Milw, WI | single family | C | $ 97,200.00 | $ 0.00 |
| N46 W29247 E Capitol Dr, Delafield, WI | single family | C | $ 154,300.00 | $ 109,000.00 |
| N4313-13A CTH P, Sullivan, WI | duplex | C | $ 215,400.00 | $ 159,000.00 |

Sheet No. _19_ of _24_ continuation sheets attached to Schedule of Real Property

In re _BRUNNER, Todd A. and BRUNNER, Sharon Y._ ,     Case No. _11-29064_
         Debtor(s)                                            (if known)

# SCHEDULE A-REAL PROPERTY

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 1500 Dakota, Milw, WI | 4 units plus store | C | $ 175,000.00 | $ 87,149.00 |
| 4340 W Eggert, Milw, WI | single family | C | $ 104,800.00 | $ 0.00 |
| 4050-52 N Elmhurst Rd, Milw, WI BLANKET $366,961 | duplex | C | $ 98,400.00 | $ 0.00 |
| 4135 N Elmhurst, Milw, WI | single family | C | $ 77,700.00 | $ 43,629.00 |
| 4428 N Glenway, Wauwatosa, WI | single family | C | $ 165,200.00 | $ 62,764.00 |
| 21130 Gumina Road Brookfield, WI BLANKET $366,691 | single family | C | $ 223,600.00 | $ 0.00 |
| W3018 Koch Rd, (Town of Hebron), Fort Atkinson, WI BLANKET $325,000 | single family | C | $ 50,000.00 | $ 0.00 |
| 4226 W Martin Dr, Milw, WI BLANKET $400,000 | single family | C | $ 165,300.00 | $ 0.00 |
| W268 N2325 Meadowbrook Rd | single family | C | $ 229,600.00 | $ 122,011.85 |

Sheet No. _20_ of _24_ continuation sheets attached to Schedule of Real Property

In re _BRUNNER, Todd A. and BRUNNER, Sharon Y._ ,     Case No. _11-29064_
         Debtor(s)                                                   (if known)

# SCHEDULE A-REAL PROPERTY

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 8026 W Medford Ave, Milw, WI BLANKET $366,961 | single family | C | $ 105,500.00 | $ 0.00 |
| 1715 Mohawk Ln, Waukesha, WI | single family | C | $ 195,400.00 | $ 160,000.00 |
| 116 Schuyler, Neosho, WI | single family | C | $ 35,000.00 | $ 0.00 |
| 408 Terry Lane, Watertown, WI BLANKET $325,000 | single family | C | $ 147,600.00 | $ 0.00 |
| 6460-62 N 43rd St, Milw, WI | duplex | C | $ 115,700.00 | $ 38,381.00 |
| 5738 N 71st St, Milw | single family | C | $ 63,500.00 | $ 63,500.00 |
| 5480 N 27th Str, Milw | single family | C | $ 95,700.00 | $ 32,000.00 |
| 2847 N 41st Str, Milwaukee | single family | C | $ 81,700.00 | $ 27,611.00 |
| 4368 N 49th Str, Milwaukee | single family | C | $ 104,800.00 | $ 24,669.00 |

Sheet No. _21_ of _24_ continuation sheets attached to Schedule of Real Property

In re  BRUNNER, Todd A.   and BRUNNER, Sharon Y._____,     Case No. 11-29064_____
                        Debtor(s)                                        (if known)

# SCHEDULE A-REAL PROPERTY

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| N39 W27051 Glacier Rd, Pewaukee BLANKET $596,211 | homestead | C | $ 351,700.00 | $ 351,700.00 |
| 2435 & 2435-A S Logan Ave | duplex | C | $ 60,000.00 | $ 60,000.00 |
| 5825 N 91st St | single family | C | $ 156,800.00 | $ 47,601.00 |
| 6508 North Landers Street | single family | C | $ 107,400.00 | $ 33,095.00 |
| 3848 West Kiley Avenue, Milwaukee | single family | C | $ 97,200.00 | $ 42,990.00 |
| 3404 & 3404-A So Quincy Ave, Milw, WI | duplex | C | $ 226,800.00 | $ 148,000.00 |
| 5668 N 70th Str, Milwaukee, WI Blanket $300,948 | single family | C | $ 62,100.00 | $ 0.00 |
| 5058 N 42nd St, Milw, WI | single family | C | $ 59,000.00 | $ 0.00 |
| 6627 W Brentwood, Milw, WI | single family | C | $ 111,000.00 | $ 0.00 |

Sheet No. 22 of 24 continuation sheets attached to Schedule of Real Property

In re _BRUNNER, Todd A.   and BRUNNER, Sharon Y._____ ,     Case No. _11-29064_____
                               Debtor(s)                                                     (if known)

# SCHEDULE A-REAL PROPERTY

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Outlot 1, Pewaukee, WI<br>PIN PWT 0889.995.003 | vacant lot | C | $ 5,700.00 | $ 0.00 |
| 3622 & 3622-A N 63rd<br>BLANKET $125,766 (disputed) | duplex | C | $ 68,000.00 | $ 0.00 |
| 3624 N 50th | single family | C | $ 106,100.00 | $ 0.00 |
| 3308 N 46th St, Milw, WI | Fee Simple | C | $ 40,000.00 | $ 0.00 |
| 3365 N 53rd St, Milw, WI | undivided 1/2 interest-Droll | C | $ 75,000.00 | $ 0.00 |
| 3615-17 W Roosevelt | undivided 1/2 interest-Droll | C | $ 75,000.00 | $ 0.00 |
| 3634-36 N 51st Blvd, Milw, WI | undivided 1/2 interest-Droll | C | $ 75,000.00 | $ 0.00 |
| 5360 N 55th St, Milw, WI | undivided 1/2 interest-Droll | C | $ 0.00 | $ 0.00 |
| 2918-20 N 50th<br>BLANKET $191,858 | duplex | C | $ 90,000.00 | $ 0.00 |

Sheet No. _23_ of _24_ continuation sheets attached to Schedule of Real Property

In re BRUNNER, Todd A.   and BRUNNER, Sharon Y. _____ ,   Case No. _11-29064_ _____
                       Debtor(s)                                                           (if known)

# SCHEDULE A-REAL PROPERTY

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 4542 N 44th St | single family | C | $ 50,000.00 | $ 26,000.00 |
| outlot - T6N-R13E-S6, Oakland, Jefferson County PIN 022-0613-0644-056 | vacant lot | C | $ 300.00 | $ 0.00 |
| Outlot 1, T7N-R14E-S1, River Park Estates, Farmington, Jefferson County PIN 008-0714-0114-016 | vacant lot | C | $ 60,000.00 | $ 0.00 |
| outlot - lot 36 - Lamp Road - Altpeter's Plat - Sumner PIN 028-513-1144-016 | vacant lot | C | $ 2,400.00 | $ 0.00 |

Sheet No. _24_ of _24_ continuation sheets attached to Schedule of Real Property
**TOTAL $**    23,058,802.00
(Report also on Summary of Schedules.)