In re **BRUNNER, Todd A. and BRUNNER, Sharon Y.**, Case No. *11-29064*
Debtor(s) (if known)

# AMENDED
# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash<br>Location: In debtor's possession | C | $ 7,800.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Chase Premier West Checking account #791649155<br>Location: In debtor's possession | C | $ 3.00 |
| | | First Business Bank<br>Acct #075917908<br>Location: In debtor's possession | C | $ 2,000.00 |
| | | Seaway Bank & Trust Company<br>Acct. #110009932<br>Location: In debtor's possession | C | $ 130.16 |
| | | Securant Bank & Trust<br>Acct #16017452<br>Location: In debtor's possession | C | $ 386.15 |
| | | Securant Bank & Trust<br>Acct #50240923<br>Location: In debtor's possession | C | $ 2,058.44 |
| | | Securant Bank & Trust Company<br>expense account as result of garnishment<br>Location: In debtor's possession | C | $ 20,000.00 |

Page 1 of 15

Case 11-29064-jes    Doc 121    Filed 08/31/11    Page 1 of 15

In re BRUNNER, Todd A. and BRUNNER, Sharon Y.,  Case No. 11-29064
Debtor(s) (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Tri City National Bank<br>Acct # 0010603008<br>Location: In debtor's possession | C | $ 112.73 |
| | | WaterStone SSB Account #30379102-7<br><br>Location: In debtor's possession | C | $ 0.00 |
| | | Westbury Bank<br>Acct #0780015703<br>Location: In debtor's possession | C | $ 576.88 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Bedroom #2 - 1 42 inch telelvision<br>Location: In debtor's possession | C | $ 200.00 |
| | | Bedroom #2 - 1 bedroom set - 20 years old<br>Location: In debtor's possession | C | $ 200.00 |
| | | Bedroom #3 - 1 twin bed - 20 years old<br>Location: In debtor's possession | C | $ 100.00 |
| | | Bedroom #3 - 2 dressers - 20 years old<br>Location: In debtor's possession | C | $ 50.00 |
| | | Dining Room - 1 dining room table, 6 chairs, 1 side board, 1 china hutch - all 20 years old<br>Location: In debtor's possession | C | $ 500.00 |
| | | Game Room - 1 32 inch tube-style television - 12 years old<br>Location: In debtor's possession | C | $ 100.00 |

In re  BRUNNER, Todd A.   and BRUNNER, Sharon Y.,   Case No. 11-29064
       Debtor(s)                                                                (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Game Room - 1 Apple iMac computer - 1.5 years old<br>Location: In debtor's possession | C | $ 400.00 |
| | | Game Room - 1 desk / bookcase - 25 years old<br>Location: In debtor's possession | C | $ 200.00 |
| | | Game Room - 1 mini-refrigerator<br>Location: In debtor's possession | C | $ 50.00 |
| | | Game Room - 1 pool table, 8 foot - 8 years old<br>Location: In debtor's possession | C | $ 600.00 |
| | | Game Room - 1 printer<br>Location: In debtor's possession | C | $ 50.00 |
| | | Game Room - - 5 stools - Menards - new<br>Location: In debtor's possession | C | $ 125.00 |
| | | Garage - 1 50 inch plasma television - 4 years old<br>Location: In debtor's possession | C | $ 350.00 |
| | | Garage - 1 stereo with 4 speakers - 7 years old<br>Location: In debtor's possession | C | $ 500.00 |
| | | Garage - 4 stools (Menards) - new<br>Location: In debtor's possession | C | $ 100.00 |

In re _BRUNNER, Todd A. and BRUNNER, Sharon Y._ ,  Case No. _11-29064_
Debtor(s) (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, In Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Kitchen - 1 dishwasher - 10 years old<br>Location: In debtor's possession | C | $ 100.00 |
| | | Kitchen - 1 electric slide-in stove - 25 years old<br>Location: In debtor's possession | C | $ 250.00 |
| | | Kitchen - 1 microwave<br>Location: In debtor's possession | C | $ 150.00 |
| | | Kitchen - 1 refrigerator - 10 years old<br>Location: In debtor's possession | C | $ 200.00 |
| | | Laundry Room - 1 washer & dryer (Whirlpool) w/stands - 4 years od<br>Location: In debtor's possession | C | $ 600.00 |
| | | Living Room - 1 26 inch tube-type television - 12 years old<br>Location: In debtor's possession | C | $ 100.00 |
| | | Living Room - 1 40 inch television cabinet - 12 years old<br>Location: In debtor's possession | C | $ 400.00 |
| | | Living Room - 1 curio cabinet<br>Location: In debtor's possession | C | $ 100.00 |
| | | Living Room - 1 desk and chair - 4 years old<br>Location: In debtor's possession | C | $ 400.00 |
| | | Living Room - 1 leather couch, 1 love seat, chair, ottomoan - all 5 years old<br>Location: In debtor's possession | C | $ 1,000.00 |

Page  4  of  15

In re BRUNNER, Todd A.  and BRUNNER, Sharon Y.                      , Case No. 11-29064
                    Debtor(s)                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Living Room - 2 chairs - 25 years old<br>Location: In debtor's possession | C | $ 50.00 |
| | | Living Room - 3 tables - 8 years old<br>Location: In debtor's possession | C | $ 200.00 |
| | | MBR - 1 50 inch  LCD television - 5 years old<br>Location: In debtor's possession | C | $ 400.00 |
| | | MBR - 1 60 inch  LCD television - 2 years old<br>Location: In debtor's possession | C | $ 200.00 |
| | | MBR - 1 dry mini-bar - 9 years old<br>Location: In debtor's possession | C | $ 200.00 |
| | | MBR - 1 electric fire place - 2 years old<br>Location: In debtor's possession | C | $ 300.00 |
| | | MBR - 1 mini-refrigerator<br>Location: In debtor's possession | C | $ 50.00 |
| | | MBR - 1 table & 4 chairs - 7 years old<br>Location: In debtor's possession | C | $ 250.00 |
| | | MBR - 2 love seats - 2 years old<br>Location: In debtor's possession | C | $ 500.00 |
| | | MBR - Bedroom Set - 8 years old<br>Location: In debtor's possession | C | $ 200.00 |

Page  5  of  15

In re BRUNNER, Todd A. and BRUNNER, Sharon Y. , Case No. 11-29064
Debtor(s) (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Office - 1 40 inch television - 6 years old<br>Location: In debtor's possession | C | $ 250.00 |
| | | Office - 1 desk & credenza - 15 years old<br>Location: In debtor's possession | C | $ 600.00 |
| | | Office - 1 floor lamp<br>Location: In debtor's possession | C | $ 100.00 |
| | | Office - 1 laptop computer & printer - 4 years old<br>Location: In debtor's possession | C | $ 300.00 |
| | | Office - 1 Monopoly table - 25 years old<br>Location: In debtor's possession | C | $ 200.00 |
| | | Office - 1 night stand - 1 year old<br>Location: In debtor's possession | C | $ 100.00 |
| | | Patio - 1 fan<br>Location: In debtor's possession | C | $ 50.00 |
| | | Patio - 1 grill, propane, large - 4 years old<br>Location: In debtor's possession | C | $ 100.00 |
| | | Patio - 1 patio set - 7 years old<br>Location: In debtor's possession | C | $ 300.00 |
| 6. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Laundry Room - 2 pictures<br>Location: In debtor's possession | C | $ 40.00 |

Page 6 of 15

In re  BRUNNER, Todd A.   and BRUNNER, Sharon Y.  ,   Case No. 11-29064
           Debtor(s)                                              (if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H / Wife--W / Joint--J / Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 6. Wearing apparel. | | Living Room - 2 pictures<br>Location: In debtor's possession | C | $ 250.00 |
| | | MBR - 5 pictures<br>Location: In debtor's possession | C | $ 200.00 |
| | | Clothing<br>Location: In debtor's possession | C | $ 500.00 |
| 7. Furs and jewelry. | | Jewelry<br>Location: In debtor's possession | C | $ 50,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 403-B - CV&T C/F Am Funds Growth Fund<br>Location: In debtor's possession | W | $ 41,403.08 |
| | | 403-B - Memorial Hospital Oconomowoc - AM Energy Fund<br>Location: In debtor's possession | W | $ 20,625.62 |
| | | IRA - Franklin Templeton Retirement Account<br>Location: In debtor's possession | W | $ 31,663.69 |

Page  7  of  15

In re BRUNNER, Todd A. and BRUNNER, Sharon Y.
Debtor(s)

Case No. 11-29064 (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Invesco - Custodial IRA fbo Todd A. Brunner<br>Acct #3911329427<br>Location: In debtor's possession | C | $ 1,069.11 |
| | | Stock shares - Wisconsin Energy Corp. - 50 shares<br>Location: In debtor's possession | H | $ 1,484.25 |
| 14. Interests in partnerships or joint ventures. Itemize. | | Audrey Pointe Holdings, LLC, a Colorado limited liability company<br>28.68% interest<br>Invested $150,000.00 on 02-22-2005.<br>Received distributions:<br>   $88,446.00 on 06-28-2006.<br>   $30,004.00 on 10-01-2007.<br>   $23,223.00 on 10-13-2008.<br>    $8,527.00 on 02-01-2009.<br>Location: In debtor's possession | C | $ 0.00 |
| | | FIG Partners<br>Location: In debtor's possession | H | $ 3,020.00 |
| | | Historic Broadland Condominium Holdings, LLC, a Colorado limited liability company<br>11.67% interest<br>Invested $50,000.00 on 09-15-2005. Value: Unknown.<br>Location: In debtor's possession | C | $ 0.00 |
| | | Investment Specialists Management LLC<br>100% interest<br>Location: In debtor's possession | C | $ 0.00 |
| | | Investment Specialists of Pewaukee, LLC<br>100% interest<br>Location: In debtor's possession | C | $ 0.00 |

Page 8 of 15

In re **BRUNNER, Todd A. and BRUNNER, Sharon Y.**, Case No. **11-29064**
Debtor(s) (if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Investment Specialists Senior Housing Division I, LLC<br>42% interest<br>Location: In debtor's possession | C | $ 0.00 |
| | | Investment Specialists Senior Housing Division II, LLC<br>42% interest<br>Location: In debtor's possession | C | $ 0.00 |
| | | Land & Sea Sales, LLC<br>0% interest<br>Location: In debtor's possession | C | $ 0.00 |
| | | LTBS Investments, LLC<br>50% interest<br>Location: In debtor's possession | C | $ 0.00 |
| | | Outer Limits Investments, LLC<br>0% interest<br>Location: In debtor's possession | C | $ 0.00 |
| | | Peeling Paint, LLC (Member with Mr. Jimmy Taylor. Owns 4 properties. Value takes lack of liquidity and minority discount.)<br>Location: In debtor's possession | C | $ 158,757.00 |
| | | Senior Community Center Management of Waupun, LLC<br>42% interest<br>Location: In debtor's possession | C | $ 0.00 |
| | | Senior Community Center of Waupun, LLC<br>42% interest | C | $ 0.00 |

In re  BRUNNER, Todd A.   and BRUNNER, Sharon Y.                       ,   Case No. 11-29064
                                    Debtor(s)                               (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H / Wife--W / Joint--J / Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Location: In debtor's possession | | |
| | | T & D Acquisitions, LLC<br>50% interest<br>Location: In debtor's possession | C | $ 0.00 |
| | | Thundercat Acquisitions, LLC<br>0% interest<br>(Value in real estate in Schedule A: $1,306,171.00)<br>Location: In debtor's possession | C | $ 0.00 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | | 2nd Mortgage - Butler Inn<br>Location: In debtor's possession | C | $ 25,000.00 |
| | | 2nd Mortgage - Freddy Roby<br>Location: In debtor's possession | C | $ 11,000.00 |
| | | 2nd mortgage - Kasandra Huglett<br>Location: In debtor's possession | C | $ 6,900.00 |
| | | 2nd Mortgage - Kat Krakbride<br>Location: In debtor's possession | C | $ 40,000.00 |
| | | 2nd Mortgage - Ken Palm<br>Location: In debtor's possession | C | $ 40,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Page  10  of  15

In re  BRUNNER, Todd A.  and BRUNNER, Sharon Y.                 ,  Case No. 11-29064
 Debtor(s)                                                                  (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Legacy Bank (claim against): overpaying mortgage payoff<br>Location: In debtor's possession | C | $ 35,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | ATV - Polaris Ranger - 2008<br>Location: In debtor's possession | C | $ 2,000.00 |
| | | Car - Bentley Continental Coupe - 2006<br>Location: In debtor's possession | C | $ 70,000.00 |
| | | Car - Cadillac - 1997<br>Location: In debtor's possession | C | $ 0.00 |
| | | Car - Chevrolet - 1956<br>Location: In debtor's possession | C | $ 25,000.00 |
| | | Car - Ford Coupe - 1937<br>Location: In debtor's possession | C | $ 20,000.00 |
| | | Car - Jaguar - 1959<br>Location: In debtor's possession | C | $ 7,000.00 |

Page  11  of  15

In re  BRUNNER, Todd A.   and BRUNNER, Sharon Y.                    ,  Case No. 11-29064
           Debtor(s)                                                                                   (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Car - 1996 Lincoln - 4-door sedan<br>Location: In debtor's possession | C | $ 5,000.00 |
| | | Car - Mitsubishi - 2 door hatchback - 2005<br>Location: In debtor's possession | C | $ 2,000.00 |
| | | Car - Porsche Boxster - 2000<br>Location: In debtor's possession | C | $ 12,000.00 |
| | | Car - Rausch & Lang electric car - 1918 (being restored)<br>Location: In debtor's possession | C | $ 30,000.00 |
| | | Car - Rolls Royce - 1984<br>Location: In debtor's possession | C | $ 40,000.00 |
| | | Car - S-3 Bentley - 1963 (in parts)<br>Location: In debtor's possession | C | $ 0.00 |
| | | Dunebuggy - 2006 (in parts)<br>Location: In debtor's possession | C | $ 0.00 |
| | | Motorcycle - Harley Davidson - 1997<br>Location: In debtor's possession | C | $ 15,000.00 |
| | | Motorcyle - Yamaha - 4 by 4 - 2004 (in parts)<br>Location: In debtor's possession | C | $ 0.00 |
| | | Pickup - Chevrolet - 2003<br>Location: In debtor's possession | C | $ 9,000.00 |

Page  12  of  15

In re BRUNNER, Todd A. and BRUNNER, Sharon Y. , Case No. 11-29064
Debtor(s) (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Pickup - Dodge - 2007<br>Location: In debtor's possession | C | $ 12,000.00 |
| | | Pickup - Ford - 2006<br>Location: In debtor's possession | C | $ 10,000.00 |
| | | Pickup - Ford - 2006<br>Location: In debtor's possession | C | $ 10,000.00 |
| | | Pickup - GMC - 2004<br>Location: In debtor's possession | C | $ 10,000.00 |
| | | Truck - Cadillac - 2002<br>Location: In debtor's possession | C | $ ~~15~~,000.00 |
| | | Truck - GMC - 1997<br>Location: In debtor's possession | C | $ 4,000.00 |
| | | Truck - GMC - 2004<br>Location: In debtor's possession | C | $ 10,000.00 |
| | | Van - Chevrolet - 2002<br>Location: In debtor's possession | C | —0—<br>$ ~~3,000.00~~ |
| 26. Boats, motors, and accessories. | | Catamaran Thundercat 30 foot - 1993<br>Location: In debtor's possession | C | $ 30,000.00 |
| | | Cigarette boat - Outerlimits - 37 foot 2 inch - 1996<br>Location: In debtor's possession | C | $ 30,000.00 |

Page 13 of 15

In re **BRUNNER, Todd A. and BRUNNER, Sharon Y.**, Case No. **11-29064**
Debtor(s) (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *Ski Boat - Chaparral Sunesta 1998 - 25' 3"* <br> *Location: In debtor's possession* | C | $ 12,000.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | | *comptuers - 5* <br> *Location: In debtor's possession* | C | $ 200.00 |
| | | *FOR PROPERTIES - Misc. building materials, furniture, stoves, weater heaters and refrigerators (in storage)* <br> *Location: In storage* | C | $ 10,000.00 |
| | | *Furniture (miscellaneous) for Senior Community Center-Waupun* <br> *Location: In debtor's possession* | C | $ 200.00 |
| | | *Garage - tools & equipment* <br> *Location: In debtor's possession* | C | $ 10,000.00 |
| | | *Mital Phone System* <br> *Location: In debtor's possession* | C | $ 550.00 |
| | | *Personal Property for Senior Community Center - Waupun* <br> *SEE ATTACHED* <br> *Location: In debtor's possession* | C | $ 800.00 |
| | | *Refrigerator - 1* <br> *Location: In debtor's possession* | C | $ 100.00 |

Page 14 of 15

In re _BRUNNER, Todd A. and BRUNNER, Sharon Y._____,   Case No. _11-29064_____
     Debtor(s)                                                          (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Signs - 2<br>Location: In debtor's possession | C | $ 400.00 |
| | | Televisions - 3<br>Location: In debtor's possession | C | $ 550.00 |
| | | Vision Link Nurse Call<br>Location: In debtor's possession | C | $ 2,500.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | | dog (1)<br>Location: In debtor's possession | C | Unknown |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Tenant Judgments ($200,000) - uncollectible for most part<br>Location: In debtor's possession | C | $ 5,000.00 |

Page __15__ of __15__                            Total ➔   $ 9##,455.11

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.