# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

In re: BRUNNER, Todd A.
and
BRUNNER, Sharon Y.

Case No. *11-29064*

# AMENDED

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                         SOURCE

*Year to date: W: $30,000.00*
*Last Year: W: $65,000.00*
*Year before: W: $65,000.0*

---

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                         SOURCE

*Year to date: To be determined*

Statement of Affairs - Page 1

AMOUNT                                    SOURCE

    *Last Year:*
*Year before:*

---

### 3. Payments to creditors

None ☒

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☒

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

  * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

---

None ☒

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Cornerstone Bank vs. Todd Bruner, et al, Case No. 2011CV001391* | *Foreclosure* | *Waukesha County Circuit Court* | |
| *Cornerstone Bank vs. Todd Brunner, et al, Case No. 2011CV001392* | *Foreclosure* | *Waukesha County Circuit Court* | |
| *Cornerstone Bank vs. Todd Brunner, et al, Case No. 2011CV001393* | *Foreclosure* | *Waukesha County Circuit Court* | |
| *Cornerstone Bank* | *Foreclosure* | *Waukesha County* | |

Statement of Affairs - Page 2

Form 7 (04/10)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *vs. Todd Brunner, et al, Case No. 2011CV001394* | | *Circuit Court* | |
| *Cornerstone Bank vs. Todd Brunner, et al, Case No. 2011CV001395* | *Foreclosure* | *Waukesha County Circuit Court* | |
| *Cornerstone Bank vs. Todd Brunner, et al, Case No. 2011CV001396* | *Foreclosure* | *Waukesha County Circuit Court* | |
| *Cornerstone Bank vs. Todd Brunner, et al, Case No. 2011CV000336* | *Foreclosure* | *Jefferson County Circuit Court* | |
| *First Business Bank-Milwaukee vs. Todd Brunner, at al, Case No. 2010CV004704* | *Money Judgment and Garnishment* | *Waukesha County Circuit Court* | |
| *First Business Bank-Milwaukee vs. Todd Brunner, et al, Case No. 2011CV000348* | *Foreclosure* | *Waukesha County Circuit Court* | |
| *Fond du Lac County Economic Development Corporation vs. Todd Brunner, et al, Case No. 2011CV000054* | *Foreclosure* | *Fond du Lac County Circuit Court* | |
| *AnchorBank FSB vs. Todd Brunner, et al, Case No. 2011CV006597 SEE ATTACHED LIST* | *Foreclosure* | *Milwaukee County Circuit Court* | |

None   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the
☐   commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Statement of Affairs - Page 3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name: First Business Bank-Milwaukee*<br>*Address:18500 West Corporate Drive*<br>*Brookfield, WI 53045-6309* | *Late March, 2011* | *Description: garnishment*<br>*Value: $3,000.00* |

### 5. Repossessions, foreclosures and returns

None ☒   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

None ☒   a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None ☒   List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

None ☐   List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| *Description: 4714 West Villard, Milwaukee*<br>*Value:* | *Circumstances: Building collapsed due to flood*<br>*Insurance:* | |
| *Description: W3018 Koch Road, Hebron, WI*<br>*Value:* | *Circumstances: Vandalism*<br>*Insurance:* | |

Statement of Affairs - Page 4

## 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Payee: Jonathan V. Goodman Address: 135 West Wells Street Suite 340 Milwaukee, WI 53203-1807 | Date of Payment: March 6, 2011 Payor: checking account of Outer Limits, LLC | $5,000.00 |
| Payee:Jonathan V. Goodman Address:135 West Wells Street, Suite 340, Milwaukee, WI 53203 | Date of Payment: March 20, 2011 Payor: Todd Brunner | $18,900.00 |
| Payee:Jonathan V. Goodman Address:135 West Wells Street, Suite 340, Milwaukee, WI 53203 | Date of Payment: Aprill 1, 2011 Payor: Todd Brunner (from Guardian Investments) | $25,000.00 |
| Payee:Jonathan V. Goodman Address:135 West Wells Street, Suite 340, Milwaukee, WI 53203 | Date of Payment: April 20, 2011 Payor: Todd Brunner | $10,000.00 |
| Payee:Jonathan V. Goodman Address:135 West Wells Street, Suite 340, Milwaukee, WI 53203 | Date of Payment: May 20, 2011 Payor: Todd Brunner (from Guardian Investments) | $15,000.00 |
| Payee: Jonathan V. Goodman Address: 135 West Wells Street Suite 340 Milwaukee, WI 53203-1807 | Date of Payment: June 1, 2011 Payor: Todd A. Brunner | $10,000.00 |

## 10. Other transfers

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| * Transferee: Outer Limits Investments, LLC Address: Relationship: *Transferred back to Debtors | Nov. 17, 2010 | Property: 5480 North 27th Street, Milwaukee, WI Value: |

Statement of Affairs - Page 5

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| * Transferee:  Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Nov. 17, 2010 | Property:  3518 North 63rd Street, Milwaukee, WI<br>Value: |
| * Transferee:  Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Nov. 11, 2010 | Property:  6460-62 North 43rd Street, Milwaukee, WI<br>Value: |
| * Transferee:  Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Nov. 17, 2010 | Property:  7750 West Hicks, Milwaukee, WI<br>Value: |
| * Transferee:  Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Nov. 17, 2010 | Property:  5311 North 49th Street, Milwaukee, WI<br>Value: |
| * Transferee:  Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Nov. 17, 2010 | Property:  3860 East Plankinton, Cudahy, WI<br>Value: |
| * Transferee:  Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Nov. 17, 2010 | Property:  335 East Deer Place, Milwaukee, WI<br>Value: |
| * Transferee:  Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Nov. 17, 2010 | Property:  5643 North 66th Street, Milwaukee, WI<br>Value: |
| * Transferee:  Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Nov. 17, 2010 | Property:  2618 South Clement, South Milwaukee, WI<br>Value: |
| * Transferee:  Outer Limits | Nov. 17, | Property:  181 North 69th Street, |

Statement of Affairs - Page 6

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | 2010 | Milwaukee, WI<br>Value: |
| * Transferee: Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Nov. 17, 2010 | Property: 4977 & 4977-A North 46th Streert, Milwaukee, WI Tax Key No.: 2091701600<br>Value: |
| * Transferee: Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Nov. 17, 2010 | Property: 4847 North 71st Street, Milwaukee, WI<br>Value: |
| * Transferee: Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Nov. 17, 2010 | Property: 2861 North 36th Street, Milwaukee, WI<br>Value: |
| * Transferee: Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Nov. 17, 2010 | Property: 5763 North 68th Street, Milwaukee, WI<br>Value: |
| * Transferee: Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Nov. 17, 2010 | Property: 5473 North 75th Court, Milwaukee, Wi<br>Value: |
| * Transferee: Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Nov. 17, 2010 | Property: 4215 North 39th Street, Milwaukee, WI<br>Value: |
| * Transferee: Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Nov. 17, 2010 | Property: 5329 North 65th Street, Milwaukee, WI<br>Value: |
| * Transferee: Outer Limits Investments LLC | Nov. 17, 2010 | Property: 5753 North 42nd Street, Milwaukee, WI |

Statement of Affairs - Page 7

| NAME AND ADDRESS OF<br>TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| *Address:*<br>*Relationship: \*Transferred back*<br>*to Debtors* | | *Value:* |
| *\* Transferee: Outer Limits*<br>*Investments LLC*<br>*Address:*<br>*Relationship: \*Transferred back*<br>*to Debtors* | *Nov. 17,*<br>*2010* | *Property: 6204 West Nash, Milwaukee, WI*<br>*Value:* |
| *\* Transferee: Outer Limits*<br>*Investments LLC*<br>*Address:*<br>*Relationship: \*Transferred back*<br>*to Debtors* | *Nov. 17,*<br>*2010* | *Property: 2760-62 North 50th Street,*<br>*Milwaukee, WI*<br>*Value:* |
| *\* Transferee: Outer Limits*<br>*Investments LLC*<br>*Address:*<br>*Relationship: \*Transferred back*<br>*to Debtors* | *Nov. 17,*<br>*2010* | *Property: 2911 South 60th Street,*<br>*Milwaukee, Wi*<br>*Value:* |
| *Transferee: Outer Limits*<br>*Investments LLC*<br>*Address:*<br>*Relationship:* | *Nov. 17,*<br>*2010* | *Property: 5838 North 41st Street,*<br>*Milwaukee, WI*<br>*Value:* |
| *\* Transferee: Outer Limits*<br>*Investments LLC*<br>*Address:*<br>*Relationship: \*Transferred back*<br>*to Debtors* | *Nov. 17,*<br>*2010* | *Property: 5046 North 85th Street,*<br>*Milwaukee, WI*<br>*Value:* |
| *\* Transferee: Outer Limits*<br>*Investments LLC*<br>*Address:*<br>*Relationship: \*Transferred back*<br>*to Debtors* | *Nov. 17,*<br>*2010* | *Property: 5715 North 92nd Street,*<br>*Milwaukee, WI*<br>*Value:* |
| *\* Transferee: Outer Limits*<br>*Investments LLC*<br>*Address:*<br>*Relationship: \*Transferred back*<br>*to Debtors* | *Nov. 17,*<br>*2010* | *Property: 4226 West Martin, Milwaukee, WI*<br>*Value:* |
| *\* Transferee: Outer Limits*<br>*Investments LLC*<br>*Address:*<br>*Relationship: \*Transferred back* | *Nov. 17,*<br>*2010* | *Property: 4144 North Larkin, Shorewood, WI*<br>*Value:* |

Statement of Affairs - Page 8

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| to Debtors | | |
| * Transferee:  Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Nov. 17, 2010 | Property:  5358 North 56th Street, Milwaukee, WI<br>Value: |
| * Transferee:  Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Nov. 17, 2010 | Property:  5118 North 24th Place, Milwaukee, WI<br>Value: |
| * Transferee:  Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Nov. 17, 2010 | Property:  5434 West Sheridan, Milwaukee, WI<br>Value: |
| * Transferee:  Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Nov. 17, 2010 | Property:  3731 North 36th Street, Milwaukee, WI<br>Value: |
| * Transferee:  T & D Acquisitions LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Nov. 17, 2010 | Property:  4663A North 42nd Street, Milwaukee, WI<br>Value: |
| Transferee:  Thundercat Acquisitions LLC<br>Address:<br>Relationship: | Nov. 17, 2010 | Property:  6143 North 38th Street, Milwaukee, W1<br>Value: $62,500 |
| Transferee:  Thundercat Acquisitions LLC<br>Address:<br>Relationship: | Nov. 17, 2010 | Property:  4070 North 23rd Street, Milwaukee, WI<br>Value: $72,500 |
| Transferee:  Thundercat Acquisitions, LLC<br>Address:<br>Relationship: | Nov. 17, 2010 | Property:  4515 North 28th Street, Milwaukee, Wi<br>Value: $64,400 |
| Transferee:  Thundercat Acquisitions LLC | Nov. 17, 2010 | Property:  1450 North 40th Street, Milwaukee, WI |

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| *Address:*<br>*Relationship:* | | *Value: $45,000* |
| *Transferee: Thundercat Acquisitions LLC*<br>*Address:*<br>*Relationship:* | *Nov. 17, 2010* | *Property: 5058 North 42nd Street, Milwaukee, WI*<br>*Value: $59,700* |
| *Transferee: Thundercat Acquisitions LLC*<br>*Address:*<br>*Relationship:* | *Nov. 17, 2010* | *Property: 4554 North 44th Street, Milwaukee,*<br>*Value: $71,600* |
| *Transferee: Thundercat Acquisitions LLC*<br>*Address:*<br>*Relationship:* | *Nov. 17, 2010* | *Property: 2132 North 46th Street*<br>*Value: $61,800* |
| *Transferee: Thundercat Acquisitions LLC*<br>*Address:*<br>*Relationship:* | *Nov. 17, 2010* | *Property: 4627 North 49th Street, Milwaukee, WI*<br>*Value: $93,000* |
| *Transferee: Thundercat Acquisitions LLC*<br>*Address:*<br>*Relationship:* | *Nov. 17, 2010* | *Property: 5120 North 51st Street, Milwaukee, WI*<br>*Value: $83,000* |
| *Transferee: Thundercat Acquisitions, LLC*<br>*Address:*<br>*Relationship:* | *Nov. 17, 2010* | *Property: 4861 North 52nd Street, Milwaukee, WI*<br>*Value: $163,100* |
| *Transferee: Thundercat Acquisitions LLC*<br>*Address:*<br>*Relationship:* | *Nov. 17, 2010* | *Property: 4971 North 52nd Street, Milwaukee, WI*<br>*Value: $69,800* |
| *Transferee: Thundercat Acquisitions LLC*<br>*Address:*<br>*Relationship:* | *Nov. 17, 2010* | *Property: 2435-35A North 54th Street, Milwaukee, WI*<br>*Value: $75,000* |
| *Transferee: Thundercat Acquisitions LLC*<br>*Address:*<br>*Relationship:* | *Nov. 17, 2010* | *Property: 3818 North 55th Street*<br>*Value: $75,000* |

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Transferee:** *Thundercat Acquisitions LLC*<br>**Address:**<br>**Relationship:** | *Nov. 17, 2010* | *Property: 8910-K North 95th Street, Milwaukee, WI*<br>*Value: $26,200* |
| **Transferee:** *Thundercat Acquisitions LLC*<br>**Address:**<br>**Relationship:** | *Nov. 17, 2010* | *Property: 6626 No. Bourbon Str. – Unit 3 Milwaukee, WI*<br>*Value: $33,000* |
| **Transferee:** *Thundercat Acquisitions LLC*<br>**Address:**<br>**Relationship:** | *Nov. 17, 2010* | *Property: 6627 West Brentwood Avenue, Milwaukee, WI*<br>*Value: $111,600* |
| **Transferee:** *Thundercat Acquisitions LLC*<br>**Address:**<br>**Relationship:** | *Nov. 17, 2010* | *Property: 4840 West Eggert, Milwaukee, WI*<br>*Value: `$104,800* |
| **Transferee:** *Thundercat Acquisitions LLC*<br>**Address:**<br>**Relationship:** | *Nov. 17, 2010* | *Property: 10034 West Fond du Lac Avenue, Milwaukee, WI*<br>*Value: $44,700* |
| **Transferee:** *Thundercat Acquisitions LLC*<br>**Address:**<br>**Relationship:** | *Nov. 17, 2010* | *Property: 241 Maria Street, Waukesha, WI*<br>*Value: $104,400* |
| **Transferee:** *Thundercat Acquisitions LLC*<br>**Address:**<br>**Relationship:** | *Nov. 17, 2010* | *Property: Outlot 1 in Pewaukee (PWT0889.995.003)*<br>*Value: $5,700* |
| **Transferee:** *Thundercat Acquisitions LLC*<br>**Address:**<br>**Relationship:** | *Nov. 17, 2010* | *Property: 2714-16 North Richards Street, Milwaukee, WI*<br>*Value: $52,700* |
| **Transferee:** *Thundercat Acquisitions LLC*<br>**Address:**<br>**Relationship:** | *Nov. 17, 2010* | *Property: 8877-E North Swan Road, Milwaukee, WI*<br>*Value: $25,000* |
| **Transferee:** *Thundercat Acquisitions LLC*<br>**Address:** | *Nov. 17, 2010* | *Property: 5650 West Wahner Avenue, #211, Brown Deer, WI*<br>*Value: $41,000* |

Statement of Affairs - Page 11

| NAME AND ADDRESS OF<br>TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

*Relationship:*

---

*\* Transferee: Outer Limits Investments LLC*
*Address:*
*Relationship: \*Transferred back to Debtors*

*Nov. 19, 2010*

*Property: 2805 Meadow Lane, New Berlin, WI*
*Value:*

---

*\* Transferee: Outer Limits Investments LLC*
*Address:*
*Relationship: \*Transferred back to Debtors*

*Nov. 19, 2010*

*Property: 236 Lake Street, Pewaukee, WI*
*Value:*

---

*\* Transferee: Outer Limits Investments LLC*
*Address:*
*Relationship: \*Transferred back to Debtors*

*Nov. 19, 2010*

*Property: 16820 Ridgeview, Brookfield, WI*
*Value:*

---

*\* Transferee: Outer Limits Investments LLC*
*Address:*
*Relationship: \*Transferred back to Debtors*

*Nov. 19, 2010*

*Property: 21130 Gumina, Brookfield, WI*
*Value:*

---

*\* Transferee: Outer Limits Investments LLC*
*Address:*
*Relationship: \*Transferred back to Debtors*

*Nov. 19, 2010*

*Property: W160 N9506 Chippewa Drive, Menomonee Falls, WI*
*Value:*

---

*\* Transferee: Outer Limits Investments LLC*
*Address:*
*Relationship: \*Transferred back to Debtors*

*Nov. 19, 2010*

*Property: W301 N9446 County Road E, Merton, WI*
*Value:*

---

*\* Transferee: Outer Limits Investments LLC*
*Address:*
*Relationship: \*Transferred back to Debtors*

*Nov. 19, 2010*

*Property: W334 S5418 Red Fox Way, Genesee, WI*
*Value:*

---

*\* Transferee: Outer Limits Investments LLC*
*Address:*
*Relationship: \*Transferred back to Debtors*

*Nov. 19, 2010*

*Property: 114 South Grand, Waukesha, WI*
*Value:*

---

Statement of Affairs - Page 12

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| * Transferee:   Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Nov. 19, 2010 | Property:   1024 Aurora, Waukesha, WI<br>Value: |
| * Transferee:   Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Nov. 19, 2010 | Property:   N84 W16260 Donald Avenue, Menomonee Falls, WI<br>Value: |
| * Transferee:   Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Nov. 19, 2010 | Property:   15350 West Burleigh, Brookfield, WI<br>Value: |
| * Transferee:   Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Nov. 19, 2010 | Property:   21140 Gumina, Brookfield, WI<br>Value: |
| * Transferee:   Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Oct. 5, 2010 | Property:   4331 North 19th Street, Milwaukee, WI<br>Value: |
| * Transferee:   Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Oct. 13, 2010 | Property:   408-412 McCall, Waukesha, WI<br>Value: |
| * Transferee:   Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Oct. 5, 2010 | Property:   4709 North 71st Street, Milwaukee, Wi<br>Value: |
| * Transferee:   Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Oct. 5, 2010 | Property:   2991 South Herman, Milwaukee, WI<br>Value: |
| * Transferee:   Outer Limits | Oct. 13, | Property:   N46 W29247 Capitol Drive, |

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | 2010 | Delafield, WI<br>Value: |
| * Transferee:  Outer Limits Investments<br>Address:<br>Relationship: *Transferred back to Debtors | Oct. 13, 2010 | Property:  1509 Summit, Waukesha, WI<br>Value: |
| * Transferee:  Shawn  Brunner<br>Address:<br>Relationship: *Transferred back to Debtors | Oct. 13, 2010 | Property:  W220 N7129 Town Line Road, Lisbon, WI<br>Value: |
| * Transferee:  Shawn Brunner<br>Address:<br>Relationship: *Transferred back to Debtors | Oct. 13, 2010 | Property:  4161 South Church Drive, New Berlin, WI<br>Value: |
| * Transferee:  Shawn Brunner<br>Address:<br>Relationship: *Transferred back to Debtors | Oct. 13, 2010 | Property:  5735 South Lochleaven Lane, New Berlin, WI<br>Value: |
| * Transferee:  Shawn Brunner<br>Address:<br>Relationship: *Transferred back to Debtors | Oct. 13, 2010 | Property:  S79 W33016 Arnold Court, Mukwonago, WI<br>Value: |
| * Transferee:  Shawn Brunner<br>Address:<br>Relationship: *Transferred back to Debtors | Oct. 13, 2010 | Property:  2915 South Stigler, New Berlin, WI<br>Value: |
| * Transferee:  Shawn Brunner<br>Address:<br>Relationship: *Transferred back to Debtors | Oct. 13, 2010 | Property:  W140 N7502 Lilly Road, Menomonee Falls, WI<br>Value: |
| * Transferee:  Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Oct. 13, 2010 | Property:  W165 N8436 LaVergne Avenue, Waukesha, WI<br>Value: |
| * Transferee:  Outer Limits Investments LLC | Oct. 13, 2010 | Property:  1122 Perkins Avenue, Waukesha, WI |

Statement of Affairs - Page 14

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Address:<br>Relationship: *Transferred back to Debtors | | Value: |
| * Transferee:  Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Oct. 13, 2010 | Property:  717 Beechwood Avenue, Waukesha, WI<br>Value: |
| * Transferee:  Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Oct. 13, 2010 | Property:  N72 W24474 Good Hope Road, Lisbon, WI<br>Value: |
| * Transferee:  Shawn Brunner<br>Address:<br>Relationship: *Transferred back to Debtors | Oct. 13, 2010 | Property:  W297 N3016 Oakwood, Delafield, WI<br>Value: |
| * Transferee:  Shawn Brunner<br>Address:<br>Relationship: *Transferred back to Debtors | Oct. 13, 2010 | Property:  2310 North 131st Street, Brookfield, WI<br>Value: |
| * Transferee:  Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Oct. 13, 2010 | Property:  W268 N2325 Meadowbrook Road, Pewaukee, WI<br>Value: |
| * Transferee:  Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Oct. 13, 2010 | Property:  W278 N2428 Prospect Avenue, Pewaukee, WI<br>Value: |
| * Transferee:  Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Oct. 5, 2010 | Property:  627-629 West Washington Street, Milwaukee, WI<br>Value: |
| * Transferee:  Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Oct. 5, 2010 | Property:  5449 North 69th Street, Milwaukee, WI<br>Value: |

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| * Transferee: Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Oct. 5, 2010 | Property: 5930 North 40th Street, Milwaukee, WI<br>Value: |
| * Transferee: Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Oct. 5, 2010 | Property: 3543 North 15th Street, Milwaukee, WI<br>Value: |
| * Transferee: Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Oct. 13, 2010 | Property: 16820 Ridgeview Drive, Brookfield, WI<br>Value: |
| * Transferee: Outer Limits Investments LLC<br>Address:<br>Relationship: *Transferred back to Debtors | Oct. 13, 2010 | Property: 412 West Newhall Avenue, Waukesha, WI<br>Value: |
| Transferee: Bull Dog LLC<br>Address:<br>Relationship: sale properties to Bull Dog LLC | | Property:<br>Value: |

None ☐  b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN |
|---|---|---|
| * Trust: Brunner Joint Revocable Trust<br>* Transferred back to Debtors | August 12, 2009 | Property: N39 W27051 Glacier Road, Pewaukee, WI<br>Value: |

## 11. Closed financial accounts

None ☐  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Institution: Securant Bank & | Todd A. Brunner and | |

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| *Trust*<br>*Address:* | *Investments Specialists & Management, LLC*<br>*Account Type and No.*<br>*16017452*<br>*Final Balance:* | |
| *Institution: Investors Bank*<br>*Address:* | *Account Type and No.*<br>*500039696*<br>*Final Balance:* | |
| *Institution: AnchorBank, fsb*<br>*Address:* | *Account Type and No.*<br>*70-01566802*<br>*Final Balance:* | |
| *Institution: Cornerstone Community Bank*<br>*Address:* | *Account Type and No.*<br>*304301*<br>*Final Balance:* | |
| *Institution: Securant Bank & Trust*<br>*Address:* | *Account Type and No.*<br>*16016689*<br>*Final Balance:* | |
| *Institution: Securant Bank & Trust*<br>*Address:* | *Account Type and No.*<br>*1607452*<br>*Final Balance:* | |
| *Institution: Securant Bank & Trust*<br>*Address:* | *Account Type and No.*<br>*16017738*<br>*Final Balance:* | |
| *Institution: Securant Bank & Trust*<br>*Address:* | *Account Type and No.*<br>*2020798*<br>*Final Balance:* | |
| *Institution: Securant Bank & Trust*<br>*Address:* | *Account Type and No.*<br>*50240923*<br>*Final Balance:* | |
| *Institution:*<br>*Address:* | *Account Type and No.:*<br>*Final Balance:* | |

**12. Safe deposit boxes**

None ☐   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| *Institution: Chase Bank* *Address: 110 Oakton Avenue* *Pewaukee, WI 53072* | *Name:* *Address:* | *Valuable papers* | |

---

### 13. Setoffs

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 14. Property held for another person

None ☒

List all property owned by another person that the debtor holds or controls.

---

### 15. Prior address of debtor

None ☒

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

### 16. Spouses and Former Spouses

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

### 17. Environmental Information

None ☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

Statement of Affairs - Page 18

| None | |
|---|---|
| ☒ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |

## 18. Nature, location and name of business

| None | |
|---|---|
| ☐ | a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case |

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses   in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses   in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Land and Sea Sales LLC | ID: 27-3646953 | P. O. Box 252 Hartland, WI 53029 | Marine Business | Oct. 2010 - Jan. 1, 2011 |
| Outer Limits Investments LLC | ID: 27-3547841 | 14380 West Capitol Drive Brookfield, WI 53005 | Real Estate Business | 05/22/2010 - 01/01/2011 |
| T & D Acquisitions LLC | ID: 27-3363413 | 14380 West Capitol Drive Brookfield, WI 53005 | Real Estate | 10/13/2010 - 01/01/2011 |
| Thundercat Acquisitions LLC | ID: 27-3443203 | 14380 West Capitol Drive Brookfield, WI | Real Estate | 07/29/2010 - 01/01/2011 |
| Senior Community Center Management of Waupun LLC | ID: 27- | N39 W27051 Glacier Road Pewaukee, Wi 53072 | Real Estate | 01/23/2008 - 01/01/2011 |
| Senior Community Center of Waupun LLC | ID: 27- | N39 W27051 Glacier Road Pewaukee, WI 53072 | Real estate | 08/02/2007 - 01/01/2011 |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| *Investment Specialists of Pewaukee LLC* | ID: 87-0694282 | *N39 W27051 Glacier Road Pewaukee, WI 53072* | *Real Estate* | *03/28/2003 - 01/01/2011* |
| *Investment Specialists and Management, LLC* | ID: 3710 | *N39 W27051 Glacier Road Pewaukee, WI 53072* | *Real Estate* | *03/28/2003 - 01/01/2011* |
| *Investment Specialists Senior Housing Division I, LLC* | ID: | *N39 W27051 Glacier Road Pewaukee, WI 53072* | *Real Estate* | *02/08/2005 - 01/01/2011* |
| *Investment Specialists Senior Housing Division II, LLC* | ID: | *N39 W27051 Glacier Road Pewaukee, WI* | *Real Estate* | *02/08/2005 - 01/01/2011* |
| *Audrey Pointe Holdings, LLC, a Colorado limited liability company* | ID: 20-1958343 | *10978 East Crestridge Circle Englewood, Colorado 80111* | *real estate* | |
| *Historic Broadland Condominium Holdings, LLC, a Colorado limited liability company* | ID: 20-3290116 | *P.O. Box 1710 Brookfield, WI 53008* | *real estate* | |
| *LTBS Investments, LLC* | ID: | | | |
| *Peeling Paint, LLC* | ID: 20-2696146 | | *real estate* | |

None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
☒

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements

None ☒ a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☒ b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☒ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☒ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

## 20. Inventories

None ☒ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☒ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☒ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

|  | b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation. |
|---|---|
| None ☒ | |

### 22. Former partners, officers, directors and shareholders

|  | a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case. |
|---|---|
| None ☒ | |

|  | b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case. |
|---|---|
| None ☒ | |

### 23. Withdrawals from a partnership or distribution by a corporation

|  | If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case. |
|---|---|
| None ☒ | |

### 24. Tax Consolidation Group.

|  | If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case. |
|---|---|
| None ☒ | |

### 25. Pension Funds.

|  | If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case. |
|---|---|
| None ☒ | |

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  *6/5/2011*          Signature _____
of Debtor

Date  *6/5/2011*          Signature _____
of Joint Debtor
(if any)

Statement of Affairs - Page 22