UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Todd A. Brunner and
Sharon Y. Brunner,

    Debtors.

Case No. 11-29064
Chapter 11

# DECLARATION to
# AMENDMENTS TO SCHEDULE A, SCHEDULE B, SCHEDULE D and the STATEMENT OF FINANCIAL AFFAIRS

We declare under penalty of perjury that we have read the foregoing Amendments, and that they are true and correct to the best of our knowledge, information and belief.

_____
Todd A. Brunner
Date signed: August 30, 2011

_____
Sharon Y. Brunner
Date signed: August 30, 2011

Law Offices of Jonathan V. Goodman
788 North Jefferson Street – Suite 708
Milwaukee, WI 53202-3739
PH: 414-276-6760 - FX: 414-287-1199
e-mail: jgoodman@ameritech.net