## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In Re:                                         Case No. 11-29064-jes

**TODD A. BRUNNER and**                        Chapter 11
**SHARON Y. BRUNNER,**

        **Debtors.**

---

**THE WOODLANDS CONDOMINIUM**
**HOMEOWNERS ASSOCIATION, INC.,**

        **Secured Creditor,**

        and

**TODD A. BRUNNER and**
**SHARON Y. BRUNNER;**

        **Respondents.**

---

### NOTICE OF MOTION AND MOTION FOR RELIEF FROM AUTOMATIC STAY AND FOR ABANDONMENT OF PROPERTY

The Woodlands Condominium Homeowners Association, Inc. has filed papers with the court for relief from the automatic stay and abandonment of the Trustee's interest in certain property. A copy of the secured creditor's Motion for Relief from Automatic Stay and for Abandonment of Property is enclosed.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant trustee's abandonment of property, or if you want the

Trebon & Mayhew
733 North Van Buren St.
Milwaukee, WI 53202
414-224-1000 Fax: 414-224-1023
1978-54 Notice of Motion for Relief from Stay & Abandoment

Case 11-29064-jes    Doc 129    Filed 09/06/11    Page 1 of 2

court to consider your views on the motion, then on or before **September 21, 2011**, you or your attorney must:

File with the court a request for a hearing at:

>Clerk of Court
>UNITED STATES BANKRUPTCY COURT
>517 East Wisconsin Avenue
>Milwaukee, WI 53202

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

>Gerald J. Mayhew
>TREBON & MAYHEW
>733 North Van Buren Street
>Milwaukee, WI 53202

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated this 6th day of September, 2011.

>TREBON & MAYHEW
>Attorneys for Secured Creditor
>
>
>By: _____/s/_____
>GERALD J. MAYHEW
>State Bar No. 1018988