# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In re:

Todd A. Brunner and
Sharon Y. Brunner,

Debtors.

Case No. 11-29064
Chapter 11

---

## FIRST INTERIM APPLICATION OF LAW OFFICES OF JONATHAN V. GOODMAN FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR FROM JUNE 5, 2011 THROUGH AUGUST 31, 2011

---

To:     The Honorable James E. Shapiro
        United States Bankruptcy Judge
        517 East Wisconsin Avenue
        Milwaukee, WI 53202-4500

        Debra Schneider
        Trial Attorney
        Office of the United States Trustee
        517 East Wisconsin Avenue – Room 430
        Milwaukee, WI 53202-4520

The Law Offices of Jonathan V. Goodman ("Goodman"), Counsel for the Debtor in this Chapter 11 proceeding, applies to the Court for an *Order* under 11 United States Code, Sections 330 and 331, Rule 2016 of the Rules of Bankruptcy Procedure, and Rule 2016 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Wisconsin, authorizing payment of interim fees and costs to Goodman for the legal services rendered and for the actual and necessary costs incurred on behalf of the Debtors.

This *Application* is for legal services rendered by Goodman as well as the costs that it has incurred from June 5, 2011 through August 31, 2011.

Law Offices of Jonathan V. Goodman
788 North Jefferson Street - Suite 707
Milwaukee, WI 53202
Phone: (414) 276-6760  -  Fax: (414) 287-1199
E-mail: jgoodman@ameritech.net

With this *Application*, Goodman requests that the Court approve a total of $78,810.00 in fees and $566.06 in costs and expenses on an interim basis, subject to adjustment, if necessary, and if necessary, recoupment upon further *Order* of this Court.

With this *Application*, Goodman requests that the Court authorize Goodman to disburse the sum of Ten Thousand Dollars and no cents ($10,000.00) from its Trust Account, constituting a retainer paid by the Debtors contemporaneous with the filing of the Petition herein, together with such other sums that are available from the Debtors' funds and from cash collateral of the various lenders.

In support of this Application, Goodman represents that:

1. On June 5, 2011, the Debtors filed a Petition for Relief under Chapter 11 of Title 11, United States Code.

2. This Court entered an *Order* approving the Debtors' *Application* to retain Goodman on July 19, 2011.

3. Goodman has not made any previous application for fees and expenses to the Court in this case.

4. Just prior to the filing of the Petition, the Debtors paid Goodman a retainer in the amount of Ten Thousand Dollars and no cents ($10,000.00), with such retainer being held in Goodman's Trust Account.

5. Attached hereto is a detailed listing of the hours that Goodman spent providing professional legal services to the Debtors totaling 264.70 hours of time, which such listing is attached as Exhibit "B". Pursuant to Rule 2016 of the Local Rules, such listings have been divided into various tasks. Attached hereto is Exhibit "A", a summary of the tasks and a total of all hours expended by Goodman. Goodman has charged $300.00 per hour for his time.

6. Attached hereto is "Exhibit "C"", a summary of the expenses incurred by Goodman as actual and necessary costs and disbursements. The following is the summary of the issues related to the tasks, and how such issues benefitted this estate.

    (a)   One task has been the unfortunate great amount of time spent in ensuring that all of the Debtors' tangible personal property is insured. Without assiduously pursuing such result, this case would have been dismissed.

    (b)   An additional primary task has been attempting to obtain cash collateral orders for some of the nine (9) secured creditors involved in this case.

    (c)   The other principal task has been attempting to organize the Debtors, so that proper reporting can be completed with the duties of the Debtor and the requirements of the Office of the United States Trustee.

7. Pursuant to *Bankruptcy Rule 2016* and *11 United States Code, Section 329,* Goodman represents that it has not entered into any agreements with any individual, corporation or partnership for the payment of its fees, nor has it received or been promised any interest in any entity for those services. Goodman further represents that Goodman has no agreements with any person for the sharing of compensation, and that Goodman represents no undisclosed interest adverse to this estate.

WHEREFORE, Goodman requests that the Court enter an *Order* pursuant to *11 United States Code, Section 331:*

    (a)   Approving the fees and costs requested in this *Application*; and

    (b)   Authorizing Goodman to withdraw Ten Thousand Dollars and no cents ($10,000.00) from its Trust Account;

    (c)   Ordering that Goodman be paid the remainder of approved fees and expenses at such time as funds are available.

Dated this 13th day of September, 2011.

LAW OFFICES OF JONATHAN V. GOODMAN
Attorneys for Debtors


_____/s/ Jonathan V. Goodman_____
　　　　Jonathan V. Goodman

PREPARED BY:
Law Offices of Jonathan V. Goodman
788 North Jefferson Street - Suite 707
Milwaukee, WI  53202-3739
Phone:  (414) 276-6760  -  Fax: (414) 287-1199
E-mail:  jgoodman@ameritech.net

### SUMMARY OF TIME OF JONATHAN V. GOODMAN
#### June, 2011

| Task | Hours | Amount |
|------|-------|--------|
| Administration | 5.75 | $1,725.00 |
| Cash Collateral | 41.80 | $12,540.00 |
| Creditors | 6.30 | $1,890.00 |
| Insurance | 14.20 | $4,260.00 |
| Miscellaneous | 1.60 | $480.00 |
| Professionals | 5.15 | $1,545.00 |
| Properties | 6.05 | 1,815.00 |
| **Total:** | **80.85** | **$24,255.00** |
| Costs | | 127.40 |
| **TOTAL:** | | **$24,382.40** |

**EXHIBIT "A"**

Re: **Todd A. and Sharon Y. Brunner**
**Case No. 11-29064**

## SUMMARY OF TIME OF JONATHAN V. GOODMAN
### July, 2011

| Task | Hours | Amount |
|------|-------|--------|
| Administration | 36.75 | $11,025.00 |
| Cash Collateral | 22.90 | $6,870.00 |
| Creditors | 3.70 | $1,110.00 |
| Insurance | 25.40 | $7,620.00 |
| Miscellaneous | 1.10 | $3301.00 |
| Professionals | 3.80 | $1,140.00 |
| **Total:** | **97.15** | **28,845.00** |
| Costs | | 312.26 |
| **TOTAL:** | | **29,157.26** |

Re: **Todd A. and Sharon Y. Brunner**
**Case No. 11-29064**

## SUMMARY OF TIME OF JONATHAN V. GOODMAN
### August, 2011

| Task | Hours | Amount |
|------|-------|--------|
| Accountant | 1.00 | $ 300.00 |
| Administration | 22.65 | 6,795.00 |
| Cash Collateral | 30.30 | $9,090.00 |
| Creditors | 2.60 | $780.00 |
| Insurance | 27.70 | $8,310.00 |
| Sale | 2.45 | $735.00 |
| **Total:** | **86.70** | **$26,010.00** |
| Costs | | 126.40 |
| **TOTAL:** | | **$26,136.40** |

| Brunner 11-29064 | Jun-11 | | Jul-11 | | Aug-11 | | SUMMARY | | Brunner 11-29064 |
|---|---|---|---|---|---|---|---|---|---|
| **1st interim application** | HOURS | AMOUNT | HOURS | AMOUNT | HOURS | AMOUNT | HOURS | AMOUNT | **1st interim application** |
| Accountant | | $0.00 | | $0.00 | 1.00 | $300.00 | 1.00 | $300.00 | Accountant |
| Administration | 5.75 | $1,725.00 | 36.75 | $11,025.00 | 22.65 | $6,795.00 | 65.15 | $19,545.00 | Administration |
| | | $0.00 | | $0.00 | | $0.00 | 0.00 | $0.00 | |
| | | | | | | | 0.00 | $0.00 | |
| Cash Collateral | 41.80 | $12,540.00 | 25.40 | $7,620.00 | 30.30 | $9,090.00 | 97.50 | $29,250.00 | Cash Collateral |
| Creditors | 6.30 | $1,890.00 | 3.70 | $1,110.00 | 2.60 | $780.00 | 12.60 | $3,780.00 | Creditors |
| Disclosure Statement | | $0.00 | | $0.00 | | $0.00 | 0.00 | $0.00 | Disclosure Statement |
| Financing | | $0.00 | | $0.00 | | $0.00 | 0.00 | $0.00 | Financing |
| Insurance | 14.20 | $4,260.00 | 25.40 | $7,620.00 | 27.70 | $8,310.00 | 67.30 | $20,190.00 | Insurance |
| | | $0.00 | | $0.00 | | $0.00 | 0.00 | $0.00 | |
| Leases | | $0.00 | | $0.00 | | $0.00 | 0.00 | $0.00 | Leases |
| Miscellaneous | 1.60 | $480.00 | 1.10 | $330.00 | | $0.00 | 2.70 | $810.00 | Miscellaneous |
| | | $0.00 | | $0.00 | | $0.00 | 0.00 | $0.00 | |
| MORs @$250 | | $0.00 | | $0.00 | | $0.00 | 0.00 | $0.00 | MORs @$250 |
| | | $0.00 | | $0.00 | | $0.00 | 0.00 | $0.00 | |
| Plan | | $0.00 | | $0.00 | | $0.00 | 0.00 | $0.00 | Plan |
| | | $0.00 | | $0.00 | | $0.00 | 0.00 | $0.00 | |
| Professionals | 5.15 | $1,545.00 | 3.80 | $1,140.00 | | $0.00 | 8.95 | $2,685.00 | Professionals |
| Properties | 6.05 | $1,815.00 | | $0.00 | | $0.00 | 6.05 | $1,815.00 | Properties |
| | | $0.00 | | $0.00 | | $0.00 | 0.00 | $0.00 | |
| Sale | | $0.00 | | $0.00 | 2.45 | $735.00 | 2.45 | $735.00 | Sale |
| Taxes | | $0.00 | | $0.00 | | $0.00 | 0.00 | $0.00 | Taxes |
| | | $0.00 | | $0.00 | | $0.00 | 0.00 | $0.00 | |
| | | $0.00 | | $0.00 | | $0.00 | 0.00 | $0.00 | |
| | | $0.00 | | $0.00 | | $0.00 | 0.00 | $0.00 | |
| | | $0.00 | | $0.00 | | $0.00 | 0.00 | $0.00 | |
| **Total JVG Time** | 80.85 | $24,255.00 | 97.15 | $28,845.00 | 86.70 | $26,010.00 | 264.70 | $78,810.00 | Total JVG Time |
| Independent Contractor | | | | $0.00 | | $0.00 | 0.00 | $0.00 | Independent Contractor |
| Law Clerk Time | | | | | | $0.00 | 0.00 | $0.00 | Law Clerk Time |
| **TOTAL TIME** | 80.85 | $24,255.00 | 97.15 | $28,845.00 | 86.70 | $26,010.00 | 264.70 | $78,810.00 | TOTAL TIME |
| Costs | | $127.40 | | $312.26 | | $126.40 | | $566.06 | Costs |
| **Total** | 80.85 | $24,382.40 | 97.15 | $29,157.26 | 86.70 | $26,136.40 | 264.70 | $79,376.06 | Total |
| | HOURS | AMOUNT | HOURS | AMOUNT | HOURS | AMOUNT | HOURS | AMOUNT | **Brunner 11-29064** |
| | Jun-11 | | Jul-11 | | Aug-11 | | SUMMARY | | **1st interim application** |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Todd A. Brunner and                                    Case No. 11-29064
Sharon Y. Brunner,                                     Chapter 11

      Debtors.

---

**TIME OF ATTORNEY JONATHAN V. GOODMAN**

---

### <u>ACCOUNTANT</u>

**<u>2011</u>**

| Date | Description | Hours |
|------|-------------|-------|
| 8-04 | Preparation for hearing and hearing | 1.00 |
| | **Total:** | **1.00** |
| | **1.00 hours @ $300.00 per hour:**    **$300.00** | |

**EXHIBIT "B"**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Todd A. Brunner and                                    Case No. 11-29064
Sharon Y. Brunner,                                     Chapter 11

      Debtors.

**TIME OF ATTORNEY JONATHAN V. GOODMAN**

## ADMINISTRATION

**2011**

| Date | Description | Hours |
|------|-------------|------|
| 6-06 | Meeting with Todd to open up bank account | 1.50 |
| 6-06 | Phone with Todd re: meeting to open up bank account and payment on boat | .30 |
| 6-06 | Phone with Rick Geis re: disbursements | .20 |
| 6-07 | Phone with Todd re: bank accounts | .20 |
| 6-16 | Attendance at Debtor's conference | 2.50 |
| 6-20 | Email to Deb Schneider re: MOR | .30 |
| 6-23 | Preparation of insurance statement | .75 |
| | **Total:** | **5.75** |
| | **5.75 hours @ $300.00 per hour:**      **$1,725.00** | |

**2011**

| Date | Description | Hours |
|------|-------------|------|
| 7-03 | Phone with Todd re: property on Town Line Road and claim for eminent domain | .20 |
| 7-04 | Work on Schedule A and Schedule D | 1.50 |
| 7-05 | Work on many different Schedules | 3.60 |
| 7-06 | Revisions to Schedules A, B, C, and D | 3.00 |
| 7-06 | Further work on Schedules | 1.00 |
| 7-06 | Phone with Todd going over Schedule information | .40 |
| 7-06 | Additional conversation with Todd going over Schedules | .40 |
| 7-06 | Further work on Schedules | 2.00 |
| 7-06 | Preparation of Schedule J and I | 1.00 |
| 7-06 | Further work on Schedules B and C | 1.00 |
| 7-06 | Phone with Dion re: Schedule information | .60 |
| 7-06 | Email to Antonopoulos, Vap, and Habeck re: mortgage amounts on properties | .50 |
| 7-06 | Email to Deb Schneider forwarding tax return | .20 |
| 7-07 | Phone with Rick Geis re: units on various properties | .30 |
| 7-07 | Further work on Schedules I and J | .75 |

In re: Todd A. and Sharon Y. Brunner
Case No. 11-29064

## **ADMINISTRATION**

| | | |
|---|---|---|
| 7-07 | Long meeting with Todd re: Schedules | 2.50 |
| 7-07 | Review of Todd's information | 1.00 |
| 7-09 | Meeting at Todd's house to sign Schedules | 3.00 |
| 7-11 | Additional information for Schedules | .50 |
| 7-18 | Email to Cliff Decker with receipts and disbursements for MOR | .50 |
| 7-19 | Start preparing Form 26 | .40 |
| 7-19 | Email to Cliff Decker with additional information for MOR | .30 |
| 7-20 | Preparation of Amendments to Schedule A and B | .40 |
| 7-20 | Update and continuation of Form 26 | 3.00 |
| 7-20 | Preparation of Amendment to Schedule D | .60 |
| 7-21 | Phone with Todd re: preparation of 341 hearing | .30 |
| 7-21 | Phone with Todd re: preparation | .30 |
| 7-22 | Attendance at 341 hearing and subsequent deposition at Quarles & Brady | 7.00 |
| 7-27 | Email to Dennis Kastern Form 26 | .50 |
| | **Total:** | **36.75** |
| | **36.75 hours @ $300.00 per hour:**     **$11,025.00** | |

**2011**

| | | |
|---|---|---|
| 8-03 | Phone with Todd re: accounting | .20 |
| 8-05 | Preparation of Order to approve accountant | .30 |
| 8-05 | Preparation of Amendments to Schedule B and SOFA | 1.00 |
| 8-05 | Email to Cliff Decker with June financials | .30 |
| 8-08 | Preparation of periodic report | 1.30 |
| 8-08 | Email to Deb Schneider re: Mrs. Brunner not to appear at adjourned 341 hearing | .20 |
| 8-08 | Revise Schedule A and D re: Legacy Bank and Layton State Bank | 1.00 |
| 8-09 | Long conversation with Todd re: Amendments to Schedules and adding additional properties | .80 |
| 8-09 | Redo Amendments to Schedules A and D | .50 |
| 8-11 | Meeting and 341 hearing | 5.50 |
| 8-11 | Phone with Todd re: bank account | 2.00 |
| 8-16 | Revisions to SOFA | 1.00 |
| 8-16 | Revise and amend Schedules A and B | 1.50 |
| 8-17 | Further work on Schedules; call to Rick Geis re: WaterStone checks | 1.00 |
| 8-17 | Phone with Cliff Decker re: MOR | .30 |
| 8-17 | Further work on Schedules | 1.30 |
| 8-18 | Phone with Todd re: bank accounts | .30 |
| 8-19 | Add properties on to Schedules and insurance; email to Jeff Lorenz re: adding properties to liability policy | .50 |
| 8-19 | Phone with Cliff Decker re: MOR | .30 |
| 8-19 | Email to Joe Fenzel re: Securant accounts | .30 |
| 8-19 | Revisions to Bank Account Declaration | .75 |

2

In re: Todd A. and Sharon Y. Brunner
Case No. 11-29064

## ADMINISTRATION

| | | |
|---|---|---|
| 8-20 | Meeting with Todd to sign MOR and other paperwork | .30 |
| 8-20 | Answer to Question 11 on SOFA; closed financial accounts | .40 |
| 8-29 | Phone with Rick Geis re:  July MOR | .30 |
| 8-30 | Work on July MOR | 1.00 |
| 8-31 | Conference call with Deb Schneider and Bonnie Hady re:  interpretation of Schedule D | .30 |
| | **Total:** | |
| | | **22.65** |

**22.65 hours @ $300.00 per hour:**           **$6,795.00**

3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Todd A. Brunner and                              Case No. 11-29064
Sharon Y. Brunner,                               Chapter 11

            Debtors.

## TIME OF ATTORNEY JONATHAN V. GOODMAN

## CASH COLLATERAL

**2011**

| Date | Description | Time |
|------|-------------|------|
| 6-06 | Preparation of Agreed to Order with Tri-City National Bank | .60 |
| 6-07 | Phone with Joe Fenzel re:  Securant cash collateral | .20 |
| 6-07 | Phone with John Schreiber re:  Anchor and additional properties including 2918 N. 50th Street | .80 |
| 6-07 | Phone with Scott Fleming inquiring as to whether he was representing investors | .20 |
| 6-07 | Phone with John Schreiber re:  Anchor properties | .20 |
| 6-07 | Email to Agreed to Orders to seven banks | .75 |
| 6-08 | Phone with Todd re:  hearings; phone with Judge Shapiro's law clerk re: hearings | .30 |
| 6-08 | Phone with Joe Fenzel claiming that Debtor should be sending Notices to the City of Waukesha re:  tax sales | .20 |
| 6-08 | Email to Joe Fenzel copying in on communications to the City | .20 |
| 6-09 | Phone with Rick Geis re:  Layton State Bank payments | .30 |
| 6-09 | Phone with Rick Geis re:  cash status | .20 |
| 6-09 | Phone with Dino Antonopoulos re:  cash status | .20 |
| 6-09 | Phone with Dino Antonopoulos re:  cash collateral | .20 |
| 6-09 | Attempt to reach Attorney Erdmans re:  Cornerstone | .20 |
| 6-09 | Additional phone call with Dino Antonopoulos re:  First Business Bank cash collateral | .20 |
| 6-09 | Phone with Todd re:  Cornerstone putting in forced placed insurance | .30 |
| 6-10 | Phone with Rick Geis re:  emergency expenses | .30 |
| 6-10 | Email to Mark Vap re:  WaterStone Bank's cash collateral | .30 |
| 6-12 | Revise cash collateral Agreed to Orders | .60 |
| 6-12 | Phone with Scott Fleming re:  interest payments | .30 |
| 6-13 | Email to John Schreiber forwarding Order | .20 |
| 6-13 | Phone with Dino re:  Anchor's cash collateral | .10 |

In re: Todd A. and Sharon Y. Brunner
Case No. 11-29064

## CASH COLLATERAL

| | | |
|---|---|---:|
| 6-14 | Meeting with Todd and Dino re: various matters including insurance, cash collateral, taxes and lawsuits | 1.00 |
| 6-14 | Phone with Stephanie, Judge Shapiro's law clerk, re: obtaining date | .20 |
| 6-14 | Preparation of List of Rents from Thundercat Properties | .30 |
| 6-14 | Preparation of Motion to Shorten Time re: cash collateral | .30 |
| 6-14 | Preparation of personal and business budgets | .50 |
| 6-14 | Preparation of Notice of Motion for Hearing on Temporary and Permanent Use of Cash Collateral | .75 |
| 6-15 | Email to Mark Vap enclosing Agreed to Order re: WaterStone | .50 |
| 6-15 | Email to Joe Fenzel re: Securant's cash collateral | .30 |
| 6-15 | Email to Rusty Long and Scott Fleming enclosing business and personal budgets | .30 |
| 6-15 | Further work on cash collateral order | 2.00 |
| 6-15 | Phone with Rick Kohlbriger re: Layton's cash collateral | .30 |
| 6-15 | Phone with Joe Fenzel re: not waiving right to modification of automatic stay | .30 |
| 6-15 | Email to Joe Fenzel re: his email | .50 |
| 6-16 | Phone with Dino A. re: cash collateral | .30 |
| 6-16 | Email to John Schreiber responding to his email | .50 |
| 6-16 | Phone with Todd Brunner and obtain deeds for Anchor property | .50 |
| 6-16 | Phone with Todd Brunner and obtaining deeds to Anchor properties to forward to John Schreiber | 1.00 |
| 6-16 | Preparation of Revised Order; email to Scott Fleming re: investors | .75 |
| 6-16 | Revisions to Agreed to Order re: 1st Business Bank; email to Dino | .75 |
| 6-16 | Phone with Todd and problem with Layton properties | .30 |
| 6-17 | Email to Scott Fleming re: insurance | .30 |
| 6-17 | Preparation for hearing | 1.40 |
| 6-17 | Attendance at hearing | 2.00 |
| 6-17 | Phone with Amy Ginsberg; phone with Todd Brunner | .20 |
| 6-17 | Preparation of Order re: cash collateral for Layton State Bank; email to Dan Habeck | .50 |
| 6-17 | Phone with Jay Pitner re: FDIC and cash collateral hearing | .30 |
| 6-17 | Phone with Mr. Ken Sidell, interested Buyer on Cornerstone properties | .30 |
| 6-20 | Phone with Scott Fleming re: investor's cash collateral | .30 |
| 6-20 | Preparation of Stipulation and Order re: judgment lien of 1st Business Bank | .50 |
| 6-20 | Preparation of Stipulation and Order for Dismissal of Garnishment action | .75 |
| 6-20 | Email to Jackie Brown of Land Title to obtain title reports | .30 |
| 6-20 | Email to Rusty Long, Jay Pitner and Dino Antonopoulos re: 6/20 conference call | .30 |
| 6-21 | Phone with Rusty Long re: interest payments | .30 |
| 6-21 | Phone with John Schreiber re: cash collateral | .30 |
| 6-21 | Sent orders to David Asbach | .30 |

2

## CASH COLLATERAL

| | | |
|---|---|---|
| 6-21 | Order for Use of Cash Collateral to pay for fire and extended casualty insurance | .75 |
| 6-21 | Revisions to Agreed to Order re: Investors | .50 |
| 6-21 | Phone with Rick Geis requesting 1st Business Bank check | .30 |
| 6-21 | Phone with Joe Fenzel re: cash collateral | .30 |
| 6-21 | Email to Scott Fleming re: order re: cash collateral | .30 |
| 6-22 | Letter to Dino A. forwarding June adequate protection check | .20 |
| 6-22 | Make changes to Stipulation and Order for Dismissal for Fenzel; email to Dino A. and Fenzel | .20 |
| 6-23 | Computation of Layton State Bank's interest | .30 |
| 6-23 | Preparation of Budgets for properties without mortgages | .50 |
| 6-23 | Phone with Rick Geis re: picking up checks | .10 |
| 6-24 | Work on global budget | 4.00 |
| 6-24 | Phone with Rick Geis and Todd Brunner re: cash collateral information | .30 |
| 6-24 | Additional phone call with Rick Geis re: cash collateral information | .50 |
| 6-27 | Phone with Rick Geis re: cash collateral information | .30 |
| 6-27 | Phone with Rick Geis asking whether he knew about Koch Road property | .30 |
| 6-27 | Revise Cornerstone Budget; email to Sam Wisotzkey | .30 |
| 6-27 | Further work on Budgets | 1.00 |
| 6-27 | Email to Rick Geis re: which properties he is not to be managing | .50 |
| 6-28 | Phone with Sam Wisotzkey re: Cornerstone's cash collateral | .30 |
| 6-28 | Phone with Megan @ Kohn Law Firm re: unpaid taxes | .30 |
| 6-28 | Phone with John Schreiber re: Anchor's properties | .30 |
| 6-28 | Phone with Rick Geis, Todd and Dion re: progress | .30 |
| 6-28 | Phone with Rusty Long re: Tri-City | .20 |
| 6-28 | Phone with Dino A. re: 1st Business Bank | .20 |
| 6-29 | Phone with Todd re: preparation for hearing | .30 |
| 6-29 | Phone with John Schreiber re: interest and taxes | .30 |
| 6-29 | Attendance at court hearing re: insurance and cash collateral | 2.50 |
| 6-30 | Email to Jay Pitner re: FDIC and cash collateral | .20 |
| | **Total:** | **41.80** |
| | **41.80 hours @ $300.00 per hour:** $12,540.00 | |

In re: Todd A. and Sharon Y. Brunner
Case No. 11-29064

# CASH COLLATERAL

**2011**

| | | |
|---|---|---|
| 6-24 | Revisions to Stipulation with First Business Bank and email to Dino Antonopoulos re: their judgment lien | .50 |
| 7-05 | E-mail to Jay Pitner regarding violation of automatic stay | .40 |
| 7-07 | Long conversation with Joe Fenzel re: Securant cash collateral | .40 |
| 7-08 | Email to Sam Wisotzkey re: Cornerstone properties – proposal for use of cash collateral | .50 |
| 7-08 | Phone with Todd re: garnishment and First Business Bank recovery of funds | .30 |
| 7-08 | Phone with Dino Antonopoulos re: state court actions | .30 |
| 7-11 | Work on Universal cash flows | 2.50 |
| 7-11 | Email to Dino re: entry of judgment on Martin Drive and Lefeber properties | .30 |
| 7-12 | Meeting with client and Rick Geis regarding rents, properties and cash collateral | 2.50 |
| 7-13 | Email to Sam Wisotzkey answering his email to 7-11-11 | .30 |
| 7-15 | Emails to Habeck and Fenzel re: their problems | 1.00 |
| 7-15 | Phone with Todd re: proposals for cash collateral | .30 |
| 7-15 | Phone with Dion re: cash collateral and rentals | .30 |
| 7-15 | Email to Rusty Long re: cash collateral | .30 |
| 7-15 | Email to Sam Wisotzkey re: 2nd mortgages | .30 |
| 7-15 | Email to Jay Pitner re: insured properties | .30 |
| 7-15 | Email to Jay Pitner re: persistence of FDIC collecting their rents contrary to automatic stay; further reference to unpaid WE Energy bill | .30 |
| 7-15 | Email to Joe Fenzel re: information that Securant is continuing to collect the rents | .20 |
| 7-15 | Email to Dan Habeck re: Layton State Bank cash collateral | .30 |
| 7-18 | Phone with Rick Geis re: problem with Plankinton property | .30 |
| 7-18 | Emails to Mark Vap, Jay Pitner, and John Schreiber re: cash collateral | 1.00 |
| 7-19 | Phone with rick Geis re: collection of rents | .20 |
| 7-19 | Phone with John Schreiber re: Anchor position – they think the properties are worth more than what the Debtor thinks | .30 |
| 7-19 | Email to Mark Vap re: his client's cash collateral | .30 |
| 7-20 | Email to Jay Pitner re: his client's cash collateral | .30 |
| 7-20 | Meeting with Dion re: new problem in rentals | .80 |
| 7-21 | Phone conversation with Ross Sharkey re: bank account | .30 |
| 7-21 | Phone conversation with Vozar Appraisal re: doing Anchor appraisal | .30 |
| 7-22 | Phone conversation with appraiser re: appraisals for Anchor properties | .30 |
| 7-22 | Phone call with appraiser for Larkin Street property | .30 |
| 7-25 | Preparation of revised Orders re: WaterStone and Investors; email to Scott Fleming; update exhibits | .75 |

4

## CASH COLLATERAL

| | | |
|---|---|---|
| 7-25 | Email to Scott Fleming and WaterStone Bank forwarding revised agreed to Orders | .50 |
| 7-25 | Attempt to a phone conversation with Joe Fenzel re: Securant | .30 |
| 7-25 | Phone with Mr. Bookta re:  appraisal for other properties | .30 |
| 7-25 | Phone with Rick Geis re:  Latoya Properties | .20 |
| 7-25 | Phone with appraiser from Holzhauer Appraisal re:  other property to appraise | .30 |
| 7-25 | Phone with appraiser from Vozar requesting appraisals | .30 |
| 7-25 | Phone with appraiser re:  Quincy Street property | .30 |
| 7-25 | Phone with Kelly re:  three other properties | .40 |
| 7-26 | Phone with Avine Appraisal | .30 |
| 7-26 | Phone with Weitkam re:  additional appraisal | .30 |
| 7-26 | Long conversation with Joe Fenzel re:  settling matter | .50 |
| 7-26 | Phone with Don from another appraisal company | .20 |
| 7-26 | Phone with Rick Geis re:  setting appraisals for Anchor properties | .30 |
| 7-27 | Phone with Rusty Long re:  cash collateral | .30 |
| 7-27 | Email to Don Habeck responding to his email of July 26th | .50 |
| 7-28 | Work on Tri-City order | 1.00 |
| 7-28 | Phone call with Joe Fenzel re:  final agreement on 90-day Order | .30 |
| 7-28 | Phone with Rick Geis re:  Latoya property | .30 |
| 7-28 | Phone with Jay Pitner re:  problem with FDIC collection of rents | .30 |
| 7-28 | Phone with Dion re:  whether FDIC would continue to collect rents | .30 |
| 7-28 | Phone with Rick Geis re:  Latoya property | .20 |
| 7-28 | Phone with Rick Geis re:  Dion and security deposits | .20 |
| 7-29 | Preparation of new agreed to Order for Securant Bank | .75 |
| 7-29 | Email to Jay Pitner forwarding Cardinal Industries Case and complaining about FDIC continuing to collect rents | .50 |
| 7-29 | Phone with Mark Vap indicating that new order was good | .10 |
| | **Total:** | **25.40** |
| | **25.40 hours @ $300.00 per hour:**              **$7,620.00** | |

5

In re: Todd A. and Sharon Y. Brunner
   Case No. 11-29064

# CASH COLLATERAL

| | | |
|---|---|---|
| 7-26 | Email to Sam Wisotzke re: use of cash collateral of CornerStone Bank | .30 |
| 7-26 | Email to Dan Habeck re: use of cash collateral of Layton State Bank | .30 |
| 8-02 | Phone with Rick Geis re: payments to Layton State Bank | .30 |
| 8-02 | Phone with Eric Van Helms re: missing CornerStone Bank payments | .20 |
| 8-03 | Phone with Rick Geis re: Swiss Street problem; phone with Cliff Decker re: MOR | .50 |
| 8-03 | Phone with Joe Fenzel re: lack of income from properties and not being able to make both adequate protection and tax payment | .20 |
| 8-03 | Email to Rick Geis re: Layton State Bank checks | .20 |
| 8-04 | Phone with Todd Brunner re: cash from cash collateral | .20 |
| 8-05 | Meeting with Rick Geis going over rents and getting rental statement from July | 2.00 |
| 8-05 | Email to Ross Sharkey re: listing contract for Senior Community Center - no charge | 0.00 |
| 8-07 | Meeting with Rick Geis going over rents again | 1.50 |
| 8-08 | Preparation of Agreed to Order for use of cash collateral of Layton State Bank | .75 |
| 8-08 | Changes to WaterStone Bank's cash collateral order | .30 |
| 8-08 | Email to Joe Fenzel re: Securant Bank's overdraft fees to close bank account | .30 |
| 8-08 | Further changes to cash collateral order of WaterStone Bank | .30 |
| 8-09 | Phone with Joe Fenzel re: further discussions on cash collateral order | .20 |
| 8-10 | Meeting with Rick Geis to go over rents and properties | 3.00 |
| 8-10 | Phone with Todd re: problems with Legacy properties – particularly having FDIC employee occupying property and damaged properties | .50 |
| 8-10 | Edit CornerStone agreed to Order and Budget | .50 |
| 8-11 | Phone with Joe Fenzel re: Securant's agreement | .10 |
| 8-11 | Email to Jay Pitner re: manager's friend occupying premises at 3933 N. 58th Street | .30 |
| 8-11 | Preparation of letter to tenants instructing them to pay rents to Guardian | .50 |
| 8-12 | Phone with Rusty Long re: update on use of Tri-City's use of cash collateral | .30 |
| 8-12 | Email to Rusty Long with rent roll for Tri-City's properties | .30 |
| 8-12 | Forwarding Investors Bank checks to Fleming | .30 |
| 8-12 | Phone with Jay Pitner where he conceded that my position is the correct one | .30 |
| 8-13 | Revise Order on Securant's use of cash collateral; revise Exhibit 2; email to Joe Fenzel | .75 |
| 8-13 | Preparation for hearing on 8-15 | 2.00 |
| 8-15 | Phone with Sam Wisotzke re: June, July and August payments | .30 |
| 8-15 | Meeting with client to prepare and court | 3.00 |

6

## CASH COLLATERAL

| | | |
|---|---|---:|
| 8-15 | Phone with Dan Habeck re: agreement on use of cash collateral | .20 |
| 8-15 | Email to Dino Antonopoulos re: disposal of Martin and LeFeber | .30 |
| 8-16 | Preparation of changes to Securant's cash collateral Order | .50 |
| 8-16 | Phone with Joe Fenzel re: use of the payments at his client's discretion | .30 |
| 8-16 | Revise Order from Tri-City Bank; email to Rusty Long | .75 |
| 8-16 | Email to Dan Habeck re: comments and revisions to Order | .50 |
| 8-16 | Email to Dino Antonopoulos forwarding receipts for personal property | .30 |
| 8-17 | Phone with Rick Geis re: Parkview property | .30 |
| 8-18 | Phone with Rusty Long re: update | .20 |
| 8-19 | Email to Rick Geis for two checks for tax escrow for CornerStone and one to Robertson Ryan | .30 |
| 8-19 | Edit agreed to Order with Layton State Bank; email to Dan Habeck | .75 |
| 8-19 | Preparation of Objection to Motion to Modify Automatic Stay by Legacy Bank/FDIC | 1.00 |
| 8-19 | Letter to Sam Wisotzkey forwarding tax escrow | .20 |
| 8-19 | Phone with Joe Fenzel re: final agreement | .20 |
| 8-20 | Email to Dan Habeck with revisions to cash collateral Order | .50 |
| 8-20 | Phone with Mark Vap cash collateral order | .30 |
| 8-24 | Phone with Mark Vap re: making claim on Villard | .10 |
| 8-24 | Phone with Rusty Long re: update on Tri-City cash collateral | .20 |
| 8-25 | Phone with Rusty Long re: interest payments | .20 |
| 8-25 | Redo Tri-City cash collateral Order | .50 |
| 8-29 | Phone with Ross Sharkey re: appraisals to Martin, LeFeber and Swiss Street | .20 |
| 8-29 | Phone with Rick Geis re: appraisals for First Business Bank | .30 |
| 8-30 | Work on cash collateral orders and insurance problems | 2.00 |
| 8-30 | Phone with appraiser re: First Business Bank; phone with Rick Geis re: making arrangements | .50 |
| | **Total:** | **30.30** |
| | **30.30 hours @ $300.00 per hour:**  **$9,090.00** | |

7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Todd A. Brunner and
Sharon Y. Brunner,

        Debtors.

Case No. 11-29064
Chapter 11

## TIME OF ATTORNEY JONATHAN V. GOODMAN

### CREDITORS

**2011**

| Date | Description | Hours |
|---|---|---|
| 6-06 | Fax to Joe Cook re: 6/6 hearing being put off | .40 |
| 6-07 | Letter to Patrick Schoen re: his client's efforts to collect | .30 |
| 6-07 | Email to Ross Sharkey re: preference action against 1st Business Bank | .50 |
| 6-07 | Phone from Business Journal requesting comment – no comment made | .10 |
| 6-07 | Phone from Henry Piano re: letter from Securant and who his client or tenant should pay | .30 |
| 6-07 | Phone with Todd Brunner re: City of Milwaukee problem | .30 |
| 6-08 | Phone with Todd Brunner re: Outer Limits properties | .30 |
| 6-09 | Letter to Waukesha Corporate Counsel re: tax sales; letter to Franklin Municipal Court re: work orders | .60 |
| 6-15 | Phone with Sheriff of Dodge County re: Riggs check | .40 |
| 6-15 | Phone with Mel Riggs explaining situation re: bad check | .40 |
| 6-16 | Phone with the treasurer of the Town of Lannon | .30 |
| 6-16 | Phone from lady from Menards indicating that the actual creditor was HSBC | .30 |
| 6-17 | Phone with Carla | .20 |
| 6-21 | Listen to voicemail from Town of Summit re: Town of Summit | .20 |
| 6-27 | Phone with City of New Berlin re: Todd Brunner's properties | .30 |
| 6-27 | Phone with Tina from Waukesha County Water re: account | .20 |
| 6-28 | Letter to Attorney Walker from the Sorenson Law Firm re: Stipulating to eradicate judgment | .30 |
| 6-29 | Letter to Judge Ramirez enclosing order for dismissal | .60 |
| 6-29 | Email to Megan MacKelly @ Kohn Law Firm forwarding petition | .30 |
| | **Total:** | **6.30** |

**6.30 hours @ $300.00 per hour:**        **$1,890.00**

In re:  Todd A. and Sharon Y. Brunner
Case No. 11-29064

# CREDITORS

**2011**

| | | |
|---|---|---|
| 7-11 | Email to Gerald Mayhew re:  foreclosure of condo lien on 8910-K N. 95th Street | .20 |
| 7-11 | Email to Town of Brookfield re:  Gumina restoration | .20 |
| 7-11 | Email to City of Milwaukee Municipal Court re:  bench warrant | .20 |
| 7-11 | Letter to Doug Mann re:  Howard v. Investment Specialists | .30 |
| 7-11 | Phone with Mary Smith from the City Health Dept. re:  53rd Street | .30 |
| 7-14 | Email to Patrick Schoen re:  body attachment | .30 |
| 7-15 | Phone with Rebecca from Waukesha County re:  condemnation of Cornerstone property | .30 |
| 7-20 | Email to Patrick Schoen re:  deposition re:  Howard v. Investment Specialists | .60 |
| 7-23 | Phone with Patrick Schoen | .30 |
| 7-27 | Email to Ross Sharkey re:  new broker for Waupun | .30 |
| 7-28 | Phone with Mary Smith from Health Dept. re:  Brunner property | .20 |
| 7-29 | Phone with Michael Neil re:  claim of Mr. Gray | .20 |
| 7-29 | Email to Patrick Schoen forwarding deeds and other records | .30 |
| | **Total:** | **3.70** |
| | **3.70 hours @ $300.00 per hour:** | **$1,110.00** |

**2011**

| | | |
|---|---|---|
| 7-26 | Email to Patrick Schoen from Quarles & Brady forwarding bank account ledgers of Investment Specialists | .30 |
| 8-02 | Email to Christopher Drout re:  Cardinal Industries claim | .30 |
| 8-05 | Letter to Badger Building Supply re:  lien claims | .30 |
| 8-05 | Letter to Robert Bates – Dept. of Neighborhood Services re:  municipal court case | .30 |
| 8-05 | Letter to Dept. of Inspection Services – Brookfield re:  N. 131st Street | .20 |
| 8-09 | Email to Mayhew re:  condo liens | .20 |
| 8-10 | Phone with a tenant at S. Hayes Street complaining condition of property | .30 |
| 8-22 | Phone with Dale Sessions re:  his tenant problems | .20 |
| 8-23 | Phone with Town of East Troy re:  Notices | .20 |
| 8-23 | Phone with Bill Rinehart re:  the desire to serve on creditors committee | .30 |
| | **Total:** | **2.60** |
| | **2.60 hours @ $300.00 per hour:** | **$780.00** |

2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Todd A. Brunner and                                    Case No. 11-29064
Sharon Y. Brunner,                                     Chapter 11

        Debtors.

---

**TIME OF ATTORNEY JONATHAN V. GOODMAN**

---

**INSURANCE**

**2011**

| | | |
|---|---|---|
| 6-06 | Email to Jeff Lorenz requesting Certificate of Insurance and Declaration Sheets | .50 |
| 6-09 | Learned of no prior insurance; phone with Steve Kuhnmuench requesting investigation to get a quote | .30 |
| 6-09 | Phone with Jeff Lorenz requesting quote for fire insurance; received his email; sent additional property information | .50 |
| 6-10 | Phone with Jeff Lorenz and questions about exactly what I needed for the insurance evidence | .50 |
| 6-10 | Email to Robertson Ryan forwarding property information; phone with Rick Geis re: expenses; phone with Rick Kolbricker re: Layton State Bank | .70 |
| 6-13 | Meeting with Dion re: insurance information; phone with Steve Kuhnmuench re: ability to obtain fire insurance | .90 |
| 6-13 | Phone with Todd explaining insurance problem | .30 |
| 6-13 | Phone with Steve Kuhnmuench indicating urgency | .20 |
| 6-14 | Phone with Steve Kuhnmuench re: follow-up | .20 |
| 6-16 | Phone with Steve Kuhnmuench re: value of properties | .30 |
| 6-20 | Phone with David Asbach re: insurance problem | .20 |
| 6-20 | Phone with Steve Kuhnmuench re: insurance problem | .20 |
| 6-20 | Phone with Nancy Behling re: progress | .20 |
| 6-21 | Phone with Nancy Behling re: progress | .20 |
| 6-23 | Preparation of various schedules and review of various information re: insurance | 2.00 |
| 6-24 | Phone with Jane from R&R insurance re: insurance question | .20 |
| 6-27 | Letter to Judge Shapiro re: failure to obtain insurance | .40 |
| 6-27 | Phone with Jeff Lorenz re: quote for insurance of $128,700.00 | .30 |
| 6-27 | Phone with Jeff Lorenz re: reduced quote for $2,500,000 in coverage | .30 |
| 6-27 | Phone with Nancy from Robertson Ryan; phone with John Schreiber re: Anchor Bank | .30 |

In re: Todd A. and Sharon Y. Brunner
     Case No. 11-29064

## **INSURANCE**

| | | |
|---|---|---|
| 6-27 | Phone with Dion re: Cornerstone Insurance | .30 |
| 6-27 | Phone with Sam Galati, insurance broker in Chicago, giving information | .40 |
| 6-27 | Report to Todd re: insurance | .20 |
| 6-27 | Phone with Nancy Behling re: progress | .30 |
| 6-27 | Phone with Jeff Lorenz re: special lines quote | .30 |
| 6-27 | Phone with Jeff Lorenz re: update on insurance | .30 |
| 6-28 | Phone with Mr. Wilke from American Family re: insurance | .30 |
| 6-29 | Phone with Todd re: his experience with American Family and conversation re: Gumina property | .30 |
| 6-28 | Phone with Dion re: Cornerstone Insurance | .30 |
| 6-28 | Phone with Jeff Lorenz re: update | .30 |
| 6-29 | Phone to Mr. Wilke re: American Family requirements | .30 |
| 6-29 | Two calls to Steve Kuhnmuench re: insurance update | .20 |
| 6-29 | Phone with Jeff Lorenz re: new quotes for insurance | .30 |
| 6-30 | Phone with Jeff Lorenz telling him that I obtained insurance from Robertson Ryan | .30 |
| 6-30 | Phone with Todd explaining insurance | .20 |
| 6-30 | Phone with Rick Geis asking for check for $26,000 | .20 |
| 6-30 | Email to Rick Geis re: payee of check | .20 |
| 6-30 | Preparation of Order re: June 29, 2011; Emergency Motion for Financing; Notice of Motion for Expedited Hearing; Email to all counsel | .80 |
| | **Total:** | **14.20** |
| | **14.20 hours @ $300.00 per hour:**          $4,260.00 | |

**2011**

| | | |
|---|---|---|
| 6-28 | Memo to Law Clerk re: consequences of no insurance | .30 |
| 6-30 | Preparation of Order authorizing Debtor's to enter into Premium Finance Agreement | .50 |
| 7-02 | Edit e-mails to Judge Shapiro regarding insurance | .50 |
| 7-05 | Phone with Jeff Lorenz re: Premium Finance through AFCO; phone with Todd Brunner re: insurance payment; phone with Rick Geis ordering insurance payment | .90 |
| 7-06 | Phone with Rick Geis regarding liability insurance premiums | 0.20 |
| 7-08 | Work on schedules and work on obtaining insurance | 5.00 |
| 7-01 | Email to Jeff Lorenz with list of additional insurance properties | .50 |
| 7-06 | Long conversation with Steve Kuhnmuench re: emergencies for obtaining insurance and how can it can be done | .40 |
| 7-06 | Court hearing re: insurance | 1.00 |
| 7-06 | Phone with Dion and Todd re: attendance at court hearing | .30 |
| 7-06 | Email to Jeff Lorenz re: insurance certificates | .30 |
| 7-06 | Email to Victor Raynes @ SunTrust re: questions about Premium Finance Agreement | .50 |

2

In re: Todd A. and Sharon Y. Brunner
Case No. 11-29064

## **INSURANCE**

| | | |
|---|---|---:|
| 7-07 | Phone with Deb Schneider re: insurance | .10 |
| 7-11 | Phone with Todd Brunner re: liability insurance | .30 |
| 7-11 | Phone with Russell Long re: TCB's insurance | .30 |
| 7-11 | Phone with Steve Kuhnmuench giving attention to insurance | .30 |
| 7-12 | Phone with Jeff Lorenz re: insurance for liability | .30 |
| 7-12 | Phone with Jeff Lorenz re: who to send insurance payment to | .20 |
| 7-12 | Phone with Guardian re: request for insurance premiums | .20 |
| 7-12 | Phone with Jeff Lorenz re: liability insurance increases – long conversation | 0.30 |
| 7-12 | Long conversation with Deb Schneider re: insurance | .30 |
| 7-12 | Compute percentages as to who is paying for insurance | 1.50 |
| 7-12 | Phone with Deb Schneider regarding insurance – long conversation | 0.30 |
| 7-12 | Letter to Robert Schneider forwarding insurance payment – copy to Jeff Lorenz and client | .30 |
| 7-12 | Email to attorneys and Deb Schneider re: Objections to Premium Financing Insurance | .30 |
| 7-13 | Court hearing and preparation re: insurance | 3.50 |
| 7-14 | Phone with Jeff Lorenz re: further insurance | .30 |
| 7-14 | Phone with Todd re: additional information for insurance | .30 |
| 7-14 | Phone with Dion re: additional information for insurance | .40 |
| 7-14 | Preparation of Order re: post-petition financing and motion of UST to dismiss | .75 |
| 7-15 | Phone with Nancy Behling re: insurance certificates | .10 |
| 7-19 | Phone with Dion re: insurance and preparation for 341 hearing | .30 |
| 7-19 | Phone with Dion re: insurance for condominiuns | 0.30 |
| 7-22 | Phone call with Nancy @ Robertson Ryan re: further insurance information | .20 |
| 7-22 | Phone with Rick Geis ordering insurance payment | .20 |
| 7-25 | Email to Rick Geis re: additional properties; email to Steve Kuhnmuench and Nancy Behling re: certificates for mortgagees | 1.00 |
| 7-26 | Email to Deb Schneider re: insurance | .50 |
| 7-26 | Phone with Jeff Lorenz re: additional insurance certificates | .30 |
| 7-27 | Letter to Robert Schneider Agency; letter to Steve Kuhnmuench forwarding checks | .50 |
| 7-27 | Email to Deb Schneider re: liability insurance | .10 |
| 7-28 | Email to Deb Schneider re: properties and addresses | .75 |
| 7-29 | Email to Jeff Lorenz requesting additional certificate | .30 |
| 7-29 | Phone with Jeff Lorenz re: insurance | .50 |
| | **Total:** | **25.40** |

**25.40 hours @ $300.00 per hour:**          **$7,620.00**

3

## INSURANCE

**2011**

| Date | Description | Hours |
|---|---|---|
| 7-29 | Prepare email to Nancy Behling adding more properties to insurance list | .30 |
| 8-02 | Email to Deb Schneider re: insurance for boats and cars | .30 |
| 8-03 | Emails to Kuhnmuench and Lorenz re: additional insurance coverage | .60 |
| 8-03 | Phone with Dion re: insurance for condos at 10034 Fond du Lac, Royal Gardens and Wahner | .40 |
| 8-03 | Long conversation with Jeff Lorenz re: additional insurance for boats and cars | .60 |
| 8-03 | Phone with Jeff Lorenz and Dion re: liability insurance | .30 |
| 8-03 | Email to Dion Droll re: obtaining certificates for Fond du Lac, Wahner, Royal Gardens and New Horizons | .30 |
| 8-04 | Meeting with Todd Brunner to go over insurance for additional properties, vehicles and boats | 2.0 |
| 8-05 | Phone with Mr. Janicki @ American Family re: insurance on Burningwood | .30 |
| 8-05 | Email to Deb Schneider with insurance information for Burningwood | .30 |
| 8-08 | Email to Mr. Janicki @ American Family re: certificate of insurance for US Trustee | .30 |
| 8-08 | Email to Kuhnmuench removing four vehicles from insurance list | .50 |
| 8-09 | Fax and phone call to Todd Brunner re: insurance | .40 |
| 8-10 | Preparation of reply to Deb Schneider re: email to August 9th | .50 |
| 8-10 | Long conversation with Todd Brunner re: properties and insurance | .40 |
| 8-11 | Phone with Guardian, Dion Droll, and Todd Brunner re: properties of Todd and insurance | .50 |
| 8-11 | Email to Deb Schneider re: insurance | .20 |
| 8-11 | Preparation of Objection of US Trustee to Dismiss because of insurance | .75 |
| 8-11 | Phone with Todd Brunner regarding the insurance on the ATV, and the problem with porch at 4050 N. Elmhurst | .30 |
| 8-12 | Email to Kuhnmuench re: insurance for condo units | .50 |
| 8-12 | Phone with Todd Brunner re: arranging meetings to prepare for hearings | .20 |
| 8-14 | Phone with Todd Brunner re: hearing on 8-1; work on Exhibits | 1.20 |
| 8-15 | Meeting with David Asbach re: insurance | .90 |
| 8-16 | Phone with Todd re: insurance and bank accounts | .50 |
| 8-17 | Phone with David Asbach re: hearing | .20 |
| 8-17 | Correspondence with Judge Shapiro re: form of order | .50 |
| 8-17 | Phone with Deb Schneider re: Order | .20 |
| 8-18 | Phone with Deb Schneider re: insurance | .20 |
| 8-18 | Review of letter to Judge Shapiro; more work on obtaining correct insurance | .75 |
| 8-18 | Phone with Todd Brunner re: additional information for insurance | .20 |
| 8-18 | Edit proposed Order; email to David Asbach with proposed Order redlined and clean versions | 1.00 |

4

## INSURANCE

| Date | Description | Hours |
|---|---|---|
| 8-19 | Phone with Dion Droll regarding condo insurance | 0.30 |
| 8-19 | Email to Rick Geis to obtain checks for insurance and for interest and tax escrow for WaterStone Bank | .20 |
| 8-19 | Letter to Kuhnmuench enclosing check | .10 |
| 8-19 | Phone with Kuhnmuench re: insuring condos and double insurance problem | .20 |
| 8-22 | Meeting with Jeff Lorenz re: liability insurance | .50 |
| 8-23 | Phone with Todd Brunner re: adding 4542 N. 44th Street as a property | .50 |
| 8-24 | Email to Kuhnmuench and Lorenz adding N. 44th Street | .20 |
| 8-24 | Phone with Dion Droll confirming 44th Street is our property | .20 |
| 8-24 | E-mail to Jeff Lorenz regarding insurance claim on Villard property | 0.30 |
| 8-25 | Meeting with Jeff and Dion re: insurance | 1.50 |
| 8-25 | Phone with Todd re: bank accounts and automobiles | .30 |
| 8-27 | Further work on obtaining insurance information for court | 2.00 |
| 8-28 | Compare properties to make sure all are insured | 1.00 |
| 8-29 | Meeting with Kuhnmuench re: the Affidavit for the insurance information | .50 |
| 8-29 | Phone with Todd re Knackert property and obtaining insurance | .20 |
| 8-30 | Phone with Dion and Todd re: insurance information and setting up meeting | .30 |
| 8-30 | Meeting with Kuhnmuench to finalize | .50 |
| 8-30 | Meeting at Todd's house to go over Affidavit and insurance | 2.00 |
| 8-31 | Work on various matters including monthly operating report, insurance and filings | 1.00 |
| 8-31 | Preparation of Affidavit of S. Kuhnmuench re: uninsurable properties | .30 |
| | **Total:** | **27.70** |

**27.70 hours @ $300.00 per hour:**              **$8,310.00**

5

In re:

Todd A. Brunner and                                     Case No. 11-29064
Sharon Y. Brunner,                                      Chapter 11

         Debtors.

### TIME OF ATTORNEY JONATHAN V. GOODMAN

### <u>MISCELLANEOUS</u>

**<u>2011</u>**

| | | |
|---|---|---|
| 6-06 | Phone with Carol Thomas @ WE Energies re:  shutoffs | .20 |
| 6-06 | Phone with Jill @ WE Energies re:  shutoffs | .30 |
| 6-06 | Review of tax audit of Todd Brunner | .60 |
| 6-09 | Preparation of Form 2848 for Todd Brunner | .50 |
| | **Total:** | **1.60** |
| | **1.60 hours @ $300.00 per hour:**          **$480.00** | |

**<u>2011</u>**

| | | |
|---|---|---|
| 7-06 | Phone with Todd Brunner re:  employer problem and other matters | .50 |
| 7-07 | Phone with Todd Brunner re:  theft problem | .30 |
| 7-15 | Phone with Sharon Brunner re:  WE Energies | .30 |
| | **Total:** | **1.10** |
| | **1.10 hours @ $300.00 per hour:**          **$330.00** | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Todd A. Brunner and                              Case No. 11-29064
Sharon Y. Brunner,                               Chapter 11

        Debtors.

---

**TIME OF ATTORNEY JONATHAN V. GOODMAN**

---

## PROPERTIES

**2011**

| Date | Description | Hours |
|------|-------------|-------|
| 6-06 | Teleconference with Dion and Bonnie re: three properties that were still not part of the estate | .30 |
| 6-06 | Call to Todd and Dion re: discovery of other properties | .30 |
| 6-07 | Phone with Rick Geis re: Red Fox Way problem | .30 |
| 6-07 | Review of Deed Reports | .75 |
| 6-08 | Further review of properties for recording | .50 |
| 6-09 | Preparation of corrected deed for Meadowbrook property | .50 |
| 6-10 | Phone with Rick Geis re: payment of $1,350.00 for recording fees | .30 |
| 6-13 | Phone with Todd re: new properties | .30 |
| 6-13 | Further review of real estate records | .50 |
| 6-13 | Work on other deeds for recording purposes | .50 |
| 6-14 | Preparation of correction deed for 5358 N. 56th Street | .30 |
| 6-25 | Work on properties for Rick Geis | .30 |
| 6-25 | Work on finalizing properties of Debtors' estate | 1.00 |
| 6-27 | Phone with Rick Geis re: Hampton is not part of the estate | .20 |
| | **Total:** | **6.05** |

**6.05 hours @ $300.00 per hour:**        **$1,815.00**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Todd A. Brunner and                                    Case No. 11-29064
Sharon Y. Brunner,                                     Chapter 11

                    Debtors.

---

### TIME OF ATTORNEY JONATHAN V. GOODMAN

---

### PROFESSIONALS

**2011**

| Date | Description | Hours |
|------|-------------|-------|
| 6-08 | Preparation of Affidavit of Disinterestedness of Appraiser; email to Ms. Valentin | .50 |
| 6-08 | Phone with Rick Geis re: Application | .20 |
| 6-09 | Preparation of Order re: Geis | .30 |
| 6-09 | Preparation of Order re: Jonathan V. Goodman | .30 |
| 6-14 | Phone with Rick Geis and Todd Brunner re: management | .30 |
| 6-16 | Phone with Rick Geis and Todd Brunner re: management | .30 |
| 6-20 | Phone with Rick Geis re: bond | .30 |
| 6-20 | Preparation of Supplemental Affidavit of Jonathan V. Goodman | .75 |
| 6-22 | Email to Robertson Ryan re: bond | .30 |
| 6-23 | Call from appraiser as to what was happening | .10 |
| 6-28 | Long meeting with Rick Geis and Todd Brunner re: management | 1.50 |
| 6-29 | Phone with Bob Paulus from OLG and Dion re: financing | .30 |
| | **Total:** | **5.15** |
| | **5.15 hours @ $300.00 per hour:**          **$1,545.00** | |

**2011**

| Date | Description | Hours |
|------|-------------|-------|
| 7-05 | Preparation of Affidavit of Disinterestedness for Cliff Decker; email to Cliff Decker; Application to Employ and Order to Employ | .60 |
| 7-06 | Preparation of Supplemental Application of JVG as counsel | .50 |
| 7-06 | E-mail to Deb Schneider outlining my fees | .30 |
| 7-07 | Email to Deb Schneider re: appraiser | .20 |
| 7-14 | Phone with Deb Schneider re: Guardian's appointment | .10 |
| 7-19 | Phone with Deb Schneider re: UST problem with accountant | .30 |
| 7-19 | Phone and work on Cliff Decker problem | .50 |
| 7-20 | Phone with Stephanie re: Cliff Decker hearing | .20 |
| 7-21 | Email to Deb Schneider re: unwillingness to cooperate re: Cliff Decker | .50 |

## **PROFESSIONALS**

| | | | |
|---|---|---|---|
| 7-21 | Letter to Judge Shapiro re: UST objection to accountant being moved from August 15th to August 4th. | | .30 |
| 7-21 | Phone with Cliff Decker explaining problems | | .30 |
| | **Total:** | | **3.80** |
| | **3.80 hours @ $300.00 per hour:** | **$1,140.00** | |

2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Todd A. Brunner and                                    Case No. 11-29064
Sharon Y. Brunner,                                     Chapter 11

        Debtors.

**TIME OF ATTORNEY JONATHAN V. GOODMAN**

## <u>SALE</u>

**<u>2011</u>**

| | | |
|---|---|---:|
| 8-01 | Revisions to 363 Sale Motion on Town Line Road; email to Rebecca Simoni | .50 |
| 8-05 | Preparation of Counteroffer on Lochleven; email to Sam Wisotzkey | .75 |
| 8-08 | Email to Rebecca Simoni re:  Town Line revisions | .50 |
| 8-11 | Phone with Rebecca Simoni re:  Town Line property | .20 |
| 8-16 | Phone with Sam Wisotzkey re:  sale | .20 |
| 8-17 | Phone with Rebecca Simoni re:  sale | .20 |
| 8-18 | Phone with Agsten re:  sale | .10 |
| | **Total:** | **2.45** |
| | **2.45 hours @ $300.00 per hour:**        **$735.00** | |

Re:  **Todd A. and Sharon Y. Brunner**          **Costs of Attorney Jonathan V. Goodman**
     **Case No. 11-29064**


### COSTS – June, 2011


|                              |          |
|------------------------------|----------|
| Recording Fee                | $30.00   |
| Postage                      | 47.10    |
| Copies: 503 @ 10¢ per copy   | 50.30    |
| **Total costs:**             | **$127.40** |

**EXHIBIT "C"**

Re:    **Todd A. and Sharon Y. Brunner**      **Costs of Attorney Jonathan V. Goodman**
           **Case No. 11-29064**

### <u>COSTS –   July, 2011</u>

| | |
|---|---|
| Letter Report | $ 225.00 |
| Postage | 54.56 |
| Copies: 327 @ 10¢ per copy | <u>32.70</u> |
| **Total costs:** | **$312.26** |

**Re:    Todd A. and Sharon Y. Brunner          Costs of Attorney Jonathan V. Goodman**
**Case No. 11-29064**


### COSTS –    August, 2011


| | |
|---|---:|
| Messenger fees | $ 18.94 |
| FedEx | 44.70 |
| Filing fees | 52.00 |
| Postage | .88 |
| Copies: 99 @ 10¢ per copy | <u>9.90</u> |
| **Total costs:** | **$126.40** |