AMENDED

# MONTHLY FINANCIAL REPORT

OFFICE OF THE U.S. TRUSTEE
EASTERN DISTRICT OF WISCONSIN

ıme: Todd and Sharon Brunner        Case No.   11-29064

FOR MONTH OF: June, 2011

## I. FINANCIAL SUMMARY

### CASH RECEIPTS AND DISBURSEMENTS

| | | | |
|---|---|---|---|
| A. | CASH ON HAND START OF MONTH | $ | 9,880.43 |
| B. | RECEIPTS | $ | 71,238.00 |
| C. | DISBURSEMENTS | $ | (42,517.32) |
| D. | NET RECEIPTS (DISBURSEMENTS) | $ | 28,720.68 |
| E. | CASH ON HAND END OF MONTH | $ | 38,601.11 |

### PROFIT AND LOSS STATEMENT
### ACCRUAL BASIS

| | | | |
|---|---|---|---|
| A. | NET SALES | $ | 70,813.00 |
| B. | COST OF SALES | $ | - |
| C. | GROSS PROFIT | $ | 70,813.00 |
| D. | TOTAL OPERATING EXPENSES | $ | 39,255.26 |
| E. | NET INCOME (LOSS) FROM OPERATIONS | $ | 31,557.74 |
| F. | NON-OPERATING, NON-RECURRING REVENUE (EXPENSES) | $ | (33,275.90) |
| G. | NET INCOME (LOSS) | $ | (1,718.16) |

## II. PROFIT & LOSS STATEMENT (ACCRUAL BASIS)

**A. Related to Business Operations:**

| | | | |
|---|---|---|---|
| Total Revenue (Sales) | | | $ 70,813.00 |
|     Beg. Inv. At Cost | $ - | | |
|     Add: Purchases | $ - | | |
|     Less: Ending Inv. | $ - | | |
|         Cost of Goods Sold | | $ - | |
| Gross Profit | | | $ 70,813.00 |

*Less: Operating Expenses:*

| | | |
|---|---|---|
| Officer Compensation | $ - | |
| Salaries and Wages - Other Employees | $ - | |
| Employee Benefits and Pensions | $ - | |
| Payroll Taxes | $ - | |
| Real Estate Taxes | $ - | |
| Federal and State Income Taxes | $ - | |
| Rent and Lease Exp. | $ - | |
| Interest Expense (Mortgage, Loan, etc) | $ 13,899.91 | |
| Insurance | $ 22,507.92 | |
| Legal fees | $ 1,056.00 | |
| Utilities (Gas, Electricity, Telephone, etc.) | $ - | |
| Depreciation and Amortization | $ - | |
| Repairs and Maintenance | $ 1,574.18 | |
| Advertising | $ 217.25 | |
| Supplies, Office Expense, Photocopies, etc.) | $ - | |
| Management Fees | $ - | |
| Security Deposit - utility | $ - | |
| Miscellaneous: | $ - | |
| | $ - | |
| **Total Operating Expenses** | | $ 39,255.26 |

**B. Not Related to Business Operations:**

*Revenue*

| | | | |
|---|---|---|---|
| Interest Income | $ - | | |
| Net Gain (Loss) on Sale of Assets | $ - | | |
| Other Non-Operating Revenues: | $ - | | |
|     Total Non-Operating Revenue | | $ - | |

*Expenses:*

| | | | |
|---|---|---|---|
| Legal and Professional Fees | $ 33,275.90 | | |
| Other Non-Operating Expenses | $ - | | |
|     Total Non-Operating Expenses | | $ 33,275.90 | |
| Net Non-Operating Revenue (Expenses) | | | $ (33,275.90) |
| **TOTAL NET INCOME/LOSS FOR PERIOD** | | | $ (1,718.16) |

## III. SUMMARY OF CASH RECEIPTS & DISBURSEMENTS
(Attach Copies of Bank Statements & Bank Reconciliations)

Depository Name & Location: Guardian Investment Real Estate Company

Beginning Cash Balance Per Books $ 2,080.43

**Receipts:**

| | | |
|---|---:|---:|
| Sales (Cash Only) | $ - | |
| Collection of Accounts Receivable | $ 70,813.00 | |
| Proceeds from Sales of Assets | $ - | |
| Interest Income | $ - | |
| Other Income: | | |
| | $ - | |
| | $ - | |
| Total Receipts (per attached itemized listing) | | $ 70,813.00 |

**Disbursements:**

| | | |
|---|---:|---:|
| Purchase of Inventory | $ - | |
| Officer Compensation | $ - | |
| Salaries and Wages - Other Employees | $ - | |
| Employee Benefits | $ - | |
| Legal & Professional Fees | $ 1,056.00 | |
| Payroll Taxes | $ - | |
| Other Taxes: | $ - | |
| Payments to Mortgages | $ 13,899.91 | |
| Rent | $ - | |
| Advertising | $ 217.25 | |
| Automobile Expenses | $ - | |
| Insurance | $ 22,507.92 | |
| Utilities | $ - | |
| Supplies | $ - | |
| Repairs & Maintenance | $ 1,394.18 | |
| OLG - consultant | $ - | |
| Registration Fee Trust | $ - | |
| Cleaning | $ - | |
| Budget | $ - | |
| Other: miscellaneous | $ 180.00 | |
| gas | $ - | |
| utilities security deposits | $ - | |
| Total Disbursements (per attached itemized listing) | | $ 39,255.26 |

Net Receipts (Disbursements) $ 31,557.74

Ending Cash Balance Per Books $ 33,638.17

Brunner 8/19/2011

## AMENDED ---CASH RECEIPTS LISTING -- JUNE, 2011

| DATE RECEIVED | PAYOR | Address | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| JUNE | Weaver, Minnie/Johnson, Sharonda | 2918 N. 50th | Rent Income | $151.00 |
| | Gail, Casey & Darlene | 5565 N. 35th | Rent Inome | $800.00 |
| | Joyner, Demetrius | 3235 N. 46th | Rent Income | $585.00 |
| | Alfred, Keith | 4567 N. 48th | Rent Inome | $875.00 |
| | Deal, Diana | Townline Road | Rent Income | $1,095.00 |
| | Wagner, Russell | Lilly Road | Rent Income | $1,195.00 |
| | Brandt, Andy | Arnold Court | Rent Inome | $1,200.00 |
| | Couillard, Shawn & Julie | Lochlaven Lane | Rent Income | $1,295.00 |
| | Schultz, Corey | Terry Lane | Rent Inome | $925.00 |
| | Tirado, Salem | 2322 N. LeFeber | Rent Income | $200.00 |
| | Bruce, Consuelo | 5049 N. 69th | Rent Income | $479.00 |
| | Wilson, Michael | Chippewea Dr. | Rent Inome | $1,165.00 |
| | Barth, Craig/Reuter, Juanita | Cnty HWY E | Rent Income | $850.00 |
| | Hunt, Janisha | 2861 N. 86th | Rent Inome | $1,600.00 |
| | Sanders, Alicia | 2731 N. 36th | Rent Income | $472.00 |
| | Danials, Angela & Martinez | 5753 N. 42nd | Rent Income | $400.00 |
| | Kirk, Linda | 3337 N. 45th | Rent Inome | $122.00 |
| | Farsee, Nicholas | 3624 N. 50th | Rent Income | $710.00 |
| | Clemmons, Marsha | 3322-A N. 63rd | Rent Inome | $700.00 |
| | Nelson, Edward & Valenda | 5125 N. 64th | Rent Income | $735.00 |
| | Arnbruster, Jay | 181 N. 69th | Rent Income | $959.00 |
| | Rollins, A/Miller, N & Houston, J/Jones, T | | Rent Inome | $1,366.00 |
| | Kremsreiter, Kim/Woods, Ramon | 2618 S. Clement | Rent Income | $1,045.00 |
| | Hughlett, Yolanda | Lombardi Lane | Rent Inome | $1,900.00 |
| | Neale, Ryan/Franke, Amanda | 4144 N. Larkin | Rent Income | $1,495.00 |
| | Smith, Jake & Renee | 3430 N. 44th | Rent Income | $1,800.00 |
| | Petrie, Robin | 2431 S. Logan - lower | Rent Inome | $600.00 |
| | Barret, Desiree | 4405 W. Townsend | Rent Income | $800.00 |
| | Reyes-Moreno, Gabriela | Ridgeview Drive | Rent Inome | $650.00 |
| | Robinson, Charlie | 543 E. Capital | Rent Income | $1,495.00 |
| | Turk, Kathleen | Good Hope Road | Rent Income | $2,390.00 |
| | Plato, Jaci | Lavern Avenue | Rent Inome | $2,500.00 |
| | Hayes, Delores | 455 N. 22nd | Rent Income | $850.00 |
| | Harris, Renee | 4638 N. 49th | Rent Inome | $730.00 |
| | Sprewer, Kenya | 4869 N. 51st | Rent Income | $750.00 |
| | McArthur, Cierra | 7566 N. 59th | Rent Inome | $750.00 |
| | Clinton Pharmacy | 4135 N. Elmhurst | Rent Income | $1,000.00 |
| | Wetzel, Rachel | Jacobs Drive | Rent Inome | $495.00 |
| | Paige, Josette | 114 S. Grand | Rent Income | $1,095.00 |
| | Berg, Steve | 412 W. Newhall | Rent Income | $800.00 |
| | Kass, Joshua | 1122 Perkins | Rent Inome | $800.00 |
| | Lord, Malinda | 4428 N. Glenway | Rent Income | $1,045.00 |
| | Green, Latasha | 4856 S. Wahner | Rent Inome | $630.00 |

| Name | Address | Type | Amount |
|---|---|---|---|
| Ford, Mickey | 5018 N. 42nd | Rent Income | $800.00 |
| Townes, Anetta | 4554 N. 44th | Rent Inome | $690.00 |
| Stovall, Sandra | 2132 N. 46th | Rent Income | $795.00 |
| Robinson, Donna | 4627 N. 49th | Rent Inome | $700.00 |
| Tolliver, Milton & Maria | 4861 N. 52nd | Rent Income | $700.00 |
| Lee, Trancy & Andre | 4971 N. 52nd | Rent Income | $750.00 |
| Wesson, Rudy | 3818 N. 55th | Rent Inome | $850.00 |
| Houston, Raelynn | Brentwood | Rent Income | $1,050.00 |
| Hernandez, Alma | 1500 Dakota, #2 | Rent Inome | $700.00 |
| Benitez, Olivia | 241 Maria St. | Rent Income | $865.00 |
| Stegeman, Richard/Hawthorne, Jane | 21130 Gumina | Rent Income | $600.00 |
| Zinke, Russ/Morgan, Shannon | Oakwood Grove | Rent Income | $995.00 |
| Cook, Lawanda | 4647 N. 37th | Rent Income | $375.00 |
| Mayes, Lavita/Carson, Juanita | 5358 N. 56th | Rent Inome | $500.00 |
| Keyes, Kelly & Greg | 4206 S. 57th | Rent Income | $995.00 |
| Hamilton, Cindy | 5329 N. 65th | Rent Income | $156.00 |
| Anderson, Demetrius/Carroll, Marques | 4688 N. 72nd | Rent Inome | $1,300.00 |
| Vaden, Wayne & Diana | 5046 N. 85th | Rent Income | $915.00 |
| Singleton, Sherry | 8210 W. Burleigh | Rent Inome | $785.00 |
| Vigil, Dawn & Alfredo | 335 E. Deer | Rent Income | $500.00 |
| Haynes, Karice | 4052 N. Elmhurst | Rent Income | $300.00 |
| Edwards, Billy | 8026 N. Medford | Rent Inome | $650.00 |
| Krause, Chris & Carla | Groveway Lane | Rent Income | $450.00 |
| McNulty, Kyle & Theresa | Meadowbrook Road | Rent Inome | $1,150.00 |
| Starkenberg, Christopher & Kelly | Prospect Avenue | Rent Income | $1,580.00 |
| Degrave, Linda & Ross | 422-24 S. 93rd | Rent Income | $1,095.00 |
| Nash, Thelma | 7750 W. Hicks | Rent Inome | $400.00 |
| Ruffin, Stephanie | 4331 N. 19th | Rent Income | $765.00 |
| Gail, Santana | 4582 N. 24th | Rent Inome | $210.00 |
| Newsome, Sharon | 5930 N. 40th | Rent Income | $725.00 |
| Abdalla, Sarniba | 4338 N. 41st | Rent Income | $725.00 |
| Richmond, Latasha | 2869 N. 46th | Rent Inome | $187.00 |
| McGee, Shareka | 4260 N. 48th | Rent Income | $400.00 |
| Crider, Marlesa | 5315 N. 49th | Rent Inome | $775.00 |
| Anderson, Talisha | 6427 N. 52nd | Rent Income | $750.00 |
| Miller, Lorraine | 2473 N. 57th | Rent Inome | $1,000.00 |
| Pawelski, Heather | 2911-A S. 60th | Rent Income | $625.00 |
| Sneed, Napolean | 1024 Aurora | Rent Inome | $435.00 |
| Clark, Sharon/Rivera, A & Baran, H | 408 N. McCall | Rent Income | $871.00 |
| Sessions, Dale | 1509 N. Summit | Rent Income | $1,200.00 |
| | | **Total Receipts** | **$70,813.00** |

# AMENDED

## CASH DISBURSEMENTS LISTING
by payment per Guardian Investment Real Estate

| DATE PAID | PAYEE | DESCRIPTION | CHECK # | AMOUNT |
|---|---|---|---|---|
| | Advertising | Advertising | | 63.52 |
| | Advertising | Advertising | | 36.76 |
| | Advertising | Advertising | | 36.76 |
| | Advertising | Advertising | | 36.76 |
| | Advertising | Advertising | | 43.45 |
| | Robertson Ryan | Insurance | | 2,617.20 |
| | Robertson Ryan | Insurance | | 1,753.52 |
| | Robertson Ryan | Insurance | | 444.92 |
| | Robertson Ryan | Insurance | | 5,077.37 |
| | Robertson Ryan | Insurance | | 916.02 |
| | Robertson Ryan | Insurance | | 4,213.69 |
| | Robertson Ryan | Insurance | | 4,082.83 |
| | Robertson Ryan | Insurance | | 3,402.37 |
| | First Business Bank | Interest | | 846.61 |
| | Layton State Bank | Interest | | 13,053.30 |
| | Guardian | Lawn Care | | 60.00 |
| | Guardian | Lawn Care | | 60.00 |
| | Guardian | Lawn Care | | 60.00 |
| | Evictions | Legal Fees | | 300.00 |
| | Evictions | Legal Fees | | 300.00 |
| | Evictions | Legal Fees | | 300.00 |
| | State Process | Legal Fees | | 39.00 |
| | State Process | Legal Fees | | 39.00 |
| | State Process | Legal Fees | | 39.00 |
| | State Process | Legal Fees | | 39.00 |
| | Hank's Locksmithing | R &M | | 47.00 |
| | Home Plumbing Supply | R &M | | 38.80 |
| | Elmo Washington | R&M | | 100.00 |
| | Hank's Locksmithing | R&M | | 160.00 |
| | Hank's Locksmithing | R&M | | 104.84 |
| | Home Plumbing Supply | R&M | | 45.77 |
| | Home Plumbing Supply | R&M | | 87.57 |
| | Jim's Refrigeration | R&M | | 475.20 |
| | Joe Sexton | R&M | | 85.00 |
| | Ron Johnson | R&M | | 150.00 |
| | Ron Johnson | R&M | | 100.00 |
| | | Total Disbursements | | $ 39,255.26 |

Brunner 8/19/2011

## CASH DISBURSEMENTS LISTING
by category

| DATE PAID | PAYEE | DESCRIPTION | CHECK # | AMOUNT | SUB-TOTALS |
|---|---|---|---|---|---|
| | Advertising | Advertising | | 63.52 | |
| | Advertising | Advertising | | 36.76 | |
| | Advertising | Advertising | | 36.76 | |
| | Advertising | Advertising | | 36.76 | |
| | Advertising | Advertising | | 43.45 | $ 217.25 |
| | Robertson Ryan | Insurance | | 2,617.20 | |
| | Robertson Ryan | Insurance | | 1,753.52 | |
| | Robertson Ryan | Insurance | | 444.92 | |
| | Robertson Ryan | Insurance | | 5,077.37 | |
| | Robertson Ryan | Insurance | | 916.02 | |
| | Robertson Ryan | Insurance | | 4,213.69 | |
| | Robertson Ryan | Insurance | | 4,082.83 | |
| | Robertson Ryan | Insurance | | 3,402.37 | $ 22,507.92 |
| | First Business Bank | Interest | | 846.61 | $ 846.61 |
| | Layton State Bank | Interest | | 13,053.30 | $ 13,053.30 |
| | Guardian | Lawn Care | | 60.00 | |
| | Guardian | Lawn Care | | 60.00 | |
| | Guardian | Lawn Care | | 60.00 | $ 180.00 |
| | Evictions | Legal Fees | | 300.00 | |
| | Evictions | Legal Fees | | 300.00 | |
| | Evictions | Legal Fees | | 300.00 | |
| | State Process | Legal Fees | | 39.00 | |
| | State Process | Legal Fees | | 39.00 | |
| | State Process | Legal Fees | | 39.00 | |
| | State Process | Legal Fees | | 39.00 | $ 1,056.00 |
| | Hank's Locksmithing | R&M | | 47.00 | |
| | Home Plumbing Supply | R&M | | 38.80 | |
| | Elmo Washington | R&M | | 100.00 | |
| | Hank's Locksmithing | R&M | | 160.00 | |
| | Hank's Locksmithing | R&M | | 104.84 | |
| | Home Plumbing Supply | R&M | | 45.77 | |
| | Home Plumbing Supply | R&M | | 87.57 | |
| | Jim's Refrigeration | R&M | | 475.20 | |
| | Joe Sexton | R&M | | 85.00 | |
| | Ron Johnson | R&M | | 150.00 | |
| | Ron Johnson | R&M | | 100.00 | $ 1,394.18 |
| | **Total Disbursements** | | | $ 39,255.26 | $ 39,255.26 |

Brunner                                                                                           8/19/2011

**AMENDED**

**IV. BALANCE SHEET**

**ASSETS**

*Current*

| | | |
|---|---|---|
| Cash on Hand | $ | 38,601.11 |
| Personal property | $ | 1,012,118.64 |
| Receivables (current) | $ | 62,199.00 |

Total Current Assets $ 1,112,918.75

*Fixed*

| | | |
|---|---|---|
| Real Estate with first mortgages | $ | 14,963,800.00 |
| Real Estate with blanket mortgages | $ | 5,559,809.00 |
| Real Estate included as Homestead | $ | 484,900.00 |
| Real Estate without mortgages | $ | 2,247,593.00 |
| Other | $ | - |

Total Fixed Assets $ 23,256,102.00

**TOTAL ASSETS** $ 24,369,020.75

**LIABILITIES**

*Current*

| | | |
|---|---|---|
| Post Chapter 11 Payables | $ | - |
| Post-Petition Taxes Payable | $ | - |
| Accrued Professional Fees | $ | 33,275.90 |
| Other | $ | - |

Total Current Liabilities $ 33,275.90

*Long Term Debt*

| | | |
|---|---|---|
| Pre-Chapter 11 Payables | $ | 2,665,458.49 |
| Federal Income tax 2006, 2007, 2008 | $ | 370,674.00 |
| Notes & Loan Payable | $ | 14,945,375.76 |
| Real Estate Taxes Due | $ | 1,429,629.00 |

Total Long Term Debt $ 19,411,137.25

**TOTAL LIABILITIES** $ 19,444,413.15

**STOCKHOLDERS EQUITY / <DEFICIT>**

| | | |
|---|---|---|
| Capital Stock | $ | - |
| Retained Earnings (Deficit) | $ | 4,924,607.60 |
| Current Surplus (Deficit) | $ | - |

Total Stockholders Equity $ 4,924,607.60

**TOTAL LIABILITIES & STOCKHOLDERS EQUITY** $ 24,369,020.75

### V. SUPPORTING SCHEDULES

1) **OTHER MONIES ON HAND:**
(specify type, location, and amount; i.e. petty cash, certificates of deposit, etc.)

| TYPE | | | | LOCATION / ADDRESS | AMOUNT |
|---|---|---|---|---|---|
| CASH (see below) | | | interest payment-mortgage | on hand | $ 7,800.00 |
| | | | Labor | | $ (3,180.00) |
| | | | | | |
| | | | | TOTAL | $ 4,620.00 |

2) **AGING OF ACCOUNTS PAYABLE & RECEIVABLE**
(exclude pre-petition accounts payable)

water/sewer-utility
water/sewer-utility
water/sewer-utility

| | | Accts Payable | Accts Receivable |
|---|---|---|---|
| Current | Under 30 days | | $62,199.00 |
| Overdue | 31-60 days | | |
| Overdue | | | |
| Overdue | | | |
| Overdue | | | |
| **Total** | | $0.00 | $62,199.00 |

Itemize all post-petition payables over 30 days old on a separate schedule

3) **ACCRUED PROFESSIONAL FEES (POST PETITION)**

| Name | Profession | Amount Due |
|---|---|---|
| Jonathan V Goodman | debtor's counsel | $ 33,275.90 |
| Clifton Decker | debtor's accountant | $ - |
| | | |
| **TOTAL** | | $ 33,275.90 |

4) **STATUS OF PAYMENTS TO SECURED CREDITORS & LESSORS**

\* Include Only Post-Petition Payments

| Name of Creditor/Lessor | | | Frequency of Regular Payments | Amount of Regular Payments | Date of Last Payment | Amounts of Payments Delinquent * |
|---|---|---|---|---|---|---|
| Anchor Bank | | | monthly | | | $ - |
| First Business Bank | | | monthly | $846.61 | | |
| Cornerstone Community Bank | | | monthly | | | |
| Tri City National Bank | | | monthly | | | |
| Layton State Bank | | | monthly | $13,053.30 | | |
| Investors Bank | | | monthly | | | |
| Legacy Bank | | | monthly | | | |
| Securant Bank | | | monthly | | | |
| WaterStone Bank | | | monthly | | | |
| | | | monthly | | | |
| | | | monthly | | | |
| | | | | $13,899.91 | | $ - |

Explanation for Non-Payment:

### STATEMENT OF CASH

| | | | | |
|---|---|---|---|---|
| 06/05/11 | Beginning Balance: | | | $7,800.00 |
| 06/22/11 | Paid cash for Labor | | | |
| | | Louis Sutton | $500.00 | |
| | | Joe _____ | $350.00 | |
| | | Two Short | $250.00 | |
| | | Marvin _____ | $240.00 | |
| | | Dion Droll | $250.00 | |
| | | | $1,590.00 | |
| 06/29/11 | Paid cash for labor | | | |
| | | Louis Sutton | $500.00 | |
| | | Joe _____ | $370.00 | |
| | | Two Short | $230.00 | |
| | | Marvin _____ | $240.00 | |
| | | Dion Droll | $250.00 | |
| | | | $1,590.00 | |
| | | Total spent on Labor | $3,180.00 | |
| 06/30/11 | Ending Balance | | | $4,620.00 |

# VI. TAX LIABILITY QUESTIONNAIRE

Debtors in Possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as-due basis. Applicable tax liabilities should also be accrued between tax due dates for each pay period. Please indicate the amounts of <u>post petition</u> taxes and withholdings that have been paid <u>and accrued</u> through this reporting period.

|  | Date Paid | Amount Paid | Amount Accrued | Amount Overdue |
|---|---|---|---|---|
| FICA Withholdings |  | $0.00 | $0.00 | $0.00 |
| Employer's FICA |  | $0.00 | $0.00 | $0.00 |
| Federal Employee Withholding |  | $0.00 | $0.00 | $0.00 |
| Federal Unemployment Taxes |  | $0.00 | $0.00 | $0.00 |
| Federal Income Taxes |  | $0.00 | $0.00 | $0.00 |
| State Income Taxes |  | $0.00 | $0.00 | $0.00 |
| State Unemployment Taxes |  | $0.00 | $0.00 | $0.00 |
| State Employee Withholding |  | $0.00 | $0.00 | $0.00 |
| State Sales & Use Taxes |  | $0.00 | $0.00 | $0.00 |
| Real Estate Taxes |  | $0.00 | $0.00 | $0.00 |
| Personal Property Taxes |  | $0.00 | $0.00 | $0.00 |
| Other Taxes |  | $0.00 | $0.00 | $0.00 |
| TOTALS |  | $0.00 | $0.00 | $0.00 |
|  |  | PAID | ACCRUED | OVERDUE |

If any of these applicable tax liabilities have not been paid currently, please explain:

## VII. DECLARATION

I, __Todd Brunner__, declare under penalty of perjury that the information contained in this financial report is true and complete to the best of my knowledge.

Print NAME of person signing this declaration →    Todd Brunner

Print CAPACITY of person signing this declaration →    Debtor

Date: ~~August~~ September 15 2011    _[signature]_
Signature of Person signing this declaration

Name, Title & Telephone No. of Preparer:

Jonathan V. Goodman, Attorney
Law Offices of Jonathan V. Goodman
135 West Wells Street - Suite 340
Milwaukee, WI 53203-1807
PH: 414-276-6760

# BANK ACCOUNT RECONCILIATION
# BUSINESS
### ACCOUNT #  Guardian Investment Real Estate Company

*Beginning Balance (per books as of 6/5/11)*      $    2,080.43

| | | |
|---|---:|---:|
| *Deposits* | $ 70,813.00 | |
| LESS: Withdrawals | $ - | |
| LESS: Bank charges | $ - | |
| Other | $ - | |
| Total | | $ 70,813.00 |
| Balance before checks | | $ 72,893.43 |
| *Checks* | | $ 39,255.26 |
| **BALANCE PER BOOKS** | | $ 33,638.17 |

*Adjustments*
    checks not cleared in __June__

                                                 $ -

deposits not cleared in _____    $ -    $ -

                                 **TOTAL ADJUSTMENTS**    $ -

         **UPDATED BALANCE PER BOOKS AFTER ADJUSTMENTS**    $ 33,638.17

                       **BALANCE PER PROPERTY MANAGER**    $ 33,638.17

                                              OFF    $ -

Brunner                                                                                             8/19/2011

## CASH RECEIPTS LISTING

| DATE RECEIVED | PAYOR | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 06/06/11 | Unknown | | $ 100.00 |
| 06/08/11 | Unknown | | $ 325.00 |
| | | Total Receipts | $ 425.00 |

More data not available

Brunner

8/19/2011

## CASH DISBURSEMENTS LISTING

| DATE PAID | PAYEE | DESCRIPTION | CHECK # | AMOUNT |
|---|---|---|---|---|
| 06/09/11 | Chase Bank | New Checks | Ewdl | $ 47.06 |
| 06/30/11 | Goodguys Rod & Custo | | DrCd | $ 35.00 |
| **Total Disbursements** | | | | $ 82.06 |

Brunner

8/19/2011

## BANK ACCOUNT RECONCILIATION
## PERSONAL ACCOUNT
### ACCOUNT #   000000967698499

| | | | |
|---|---|---|---|
| *Beginning Balance (per books as of 6/5/2011)* | | | $   - |
| *Deposits* | | $ 425.00 | |
| LESS: Withdrawals | | | |
| LESS: Bank charges | | | |
| Other | | $   - | |
| | Total | | $ 425.00 |
| | Balance before checks | | $ 425.00 |
| *Checks* | | | $ 82.06 |
| | **BALANCE PER BOOKS** | | $ 342.94 |

*Adjustments*

| | | |
|---|---|---|
| checks not cleared in ___June___ | $   - | |
| | $   - | |
| | | $   - |
| deposits not cleared in _____ | | |
| | $   - | |
| | | $   - |
| **TOTAL ADJUSTMENTS** | | $   - |
| **UPDATED BALANCE PER BOOKS AFTER ADJUSTMENTS** | | $ 342.94 |
| **BALANCE PER BANK** | | $ 342.94 |
| OFF | | $   - |

Brunner                                                                                                       8/19/2011

Disbursements:

| | |
|---|---|
| $ | - |
| $ | - |
| $ | - |
| $ | - |
| $ | - |
| $ | - |
| $ | - |
| $ | - |
| $ | - |

Total Disbursements   $   -

Data Not Available

Brunner 8/19/2011



**CHASE** ○
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

June 06, 2011 through June 30, 2011
Account Number: **000000967698499**

00019998 DRE 121 141 18211 - NNNNNNNNNNN T 1 000000000 60 0000
TODD A BRUNNER AND SHARON Y BRUNNER
DEBTORS IN POSSESSION CASE #11-29064
N39W27051 GLACIER RD
PEWAUKEE WI 53072-2328

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## Important Information about your Chase BusinessSelect [SM] Checking account:

We may have given you conflicting information about using Chase Paymentech Merchant Services as a way to waive your monthly Service Fee on your checking account. As a reminder, your Chase BusinessSelect[SM] Checking account will have no monthly Service Fee when you meet one of the following five requirements during any statement period:

- Maintain an average daily balance[1] of $7,500 or more in this account;
- OR keep a minimum daily balance[2] in your checking account of $5,000 in this account;
- OR pay $50 or more on qualifying checking account fees[3] (not including the monthly Service Fee);
- OR make $1,000 in purchases on your linked Chase Business Credit Card during the monthly checking statement cycle[4];
- OR maintain a linked qualifying personal checking account[5]

1. Average daily balance is the average of the end of day ledger balances during the monthly statement cycle.
2. Minimum daily balance is based on your ledger balance at the end of each day.
3. Includes all fees charged to your business checking account whether or not identified in the Additional Banking Services and Fees disclosure, except for fees refunded to your account, the monthly Service Fee, Safe Deposit Box fees, fees bundled as part of transaction amounts (e.g., foreign exchange rate adjustments and non-ATM cash fees) and fees for third party provided services.
4. Chase Business Credit Card must be in good standing (not delinquent, closed, charged off, or revoked) and linked to this Chase BusinessSelect Checking[SM] account.
5. Qualifying Chase personal accounts include Chase Premier Plus Checking[SM], Chase Premier Platinum Checking[SM] and Chase Premier Platinum Asset Management Account[SM] (available in certain markets only).

## Effective July 17, 2011, we are making changes to the following sections of our Funds Availability Policy for business accounts:

- "For Chase Commercial Checking (with or without Interest):"
  "Next Day Availability:" If you make the deposit in person to one of our employees, funds from the following deposits are also available on the first business day after the day we receive your deposit:
  - Federal Reserve Bank checks, Federal Home Loan Bank checks, and postal money orders that are payable to you.
  - State and Local government checks that are payable to you if you use a special deposit slip available at any branch upon request.
  - Cashier's, certified, and teller's checks that are payable to you if you use a special deposit slip available at any branch upon request.
  "Second Business Day Availability:" At least the first $200 of these deposits will be available on the first business day after the day of your deposit.
- "Longer Delays May Apply:"
  "For all business accounts other than Chase Commercial Checking (with or without Interest):" At least the first $200 of these deposits will be available on the first business day after the day of your deposit.

All other terms of your account remain the same. If you have any questions, please call us at 1-800-CHASE38 (1-800-242-7338).

Case 11-29064-jes    Doc 146    Filed 09/15/11    Page 17 of 18



June 06, 2011 through June 30, 2011
Account Number: 000000967698499



## CHECKING SUMMARY

Chase BusinessSelect Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $0.00 |
| Deposits and Additions | 2 | 425.00 |
| ATM & Debit Card Withdrawals | 1 | - 35.00 |
| Electronic Withdrawals | 1 | - 47.06 |
| Ending Balance | 4 | $342.94 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/06 | Deposit   887831512 | $100.00 |
| 06/08 | Deposit | 325.00 |
| **Total Deposits and Additions** |  | **$425.00** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/30 | Card Purchase    06/29 Goodguys Rod & Custo 925-8389876 CA Card 8186 | $35.00 |
| **Total ATM & Debit Card Withdrawals** |  | **$35.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/09 | Dlx For Business Bus Prod   02020943313128 CCD ID: 1411877307 | $47.06 |
| **Total Electronic Withdrawals** |  | **$47.06** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 06/06 | $100.00 |
| 06/08 | 425.00 |
| 06/09 | 377.94 |
| 06/30 | 342.94 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 2 |
| Deposits / Credits | 2 |
| Deposited Items | 1 |
| **Transaction Total** | **5** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |

Case 11-29064-jes    Doc 146    Filed 09/15/11    Page 18 of 18