UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In re:

Todd A. Brunner and
Sharon Y. Brunner,

Case No. 11-29064
Chapter 11

              Debtors.

---

### OBJECTION TO THE MOTION FOR RELIEF FROM AUTOMATIC STAY AND FOR ABANDONMENT OF PROPERTY OF WOODLANDS CONDOMINIUM HOMEOWNERS ASSOCIATION, INC.

---

Debtors hereby object to the Motion of the Woodlands Condominium Homeowners Association, Inc. for Relief from Automatic Stay and for Abandonment of Property and allege and show to the Court as grounds therefore:

1. There is substantial equity in the property that is the subject of the Motion, over and above property taxes and condo fees as there is not a mortgage affecting this property.

Dated this 19th day of September, 2011.

                                      LAW OFFICES OF JONATHAN V. GOODMAN
                                      Attorneys for Debtors

                                        /s/ Jonathan V. Goodman
                                        Jonathan V. Goodman

Law Offices of Jonathan V. Goodman
788 North Jefferson Street - Suite 707
Milwaukee, WI 53202-3739
Phone: (414) 276-6760 - Fax: (414) 287-1199
E-mail: jgoodman@ameritech.net