# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

In re: Todd A. Brunner and  Case No. 11-29064-jes
      Sharon Y. Brunner,                           (Chapter 11)

**Debtors.**

**NOTICE OF HEARING ON MOTION OF THE UNITED STATES TRUSTEE TO COMPEL DEBTOR TO SEPARATELY ACCOUNT FOR PROPERTY OF THE BANKRUPTCY ESTATE AND SUPPLEMENT THEIR AMENDED JUNE MONTHLY OPERATING REPORT**
**and**
**NOTICE OF HEARING ON THE UNITED STATES TRUSTEE'S OBJECTION TO FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS OF ACCOUNTANT, CLIFF DECKER**

TO INTERESTED PARTIES OF THE DEBTOR:

### Motion to Compel

The U.S. Trustee has filed a Motion to Compel in this case. The Motion requests an order that compels Todd A. and Sharon Y. Brunner (Debtors) and Guardian to separately account for property of the bankruptcy estate, supplement their Amended June Monthly Operating Report and to provide the underlying supporting financial data so that the Court, creditors and the Office of the United States Trustee can properly monitor this case. The United States Trustee further requests that subsequent monthly operating reports comply, as well.

### Objection

The U.S. Trustee has filed an Objection to the first interim application of Cliff Decker in this case. The United States Trustee requests that the Court deny the application in light of the issues raised in the Objection.

Attorney Debra L. Schneider
Office of the United States Trustee
517 E. Wisconsin Avenue, Suite 430
Milwaukee, WI 53202
(414) 297-4499 / (fax) (414) 297-4478

A copy of the above motion and objection are available in the Bankruptcy Clerk's Office.

**Your rights may be affected**. You should read this notice carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

### Hearing

PLEASE TAKE NOTICE that an in-person hearing on the U.S. Trustee's Motion and Objection will be held at **2:30 p.m on Tuesday, October 11, 2011** before the **Honorable James E. Shapiro**, United States Bankruptcy Judge, in **Room 133**, U.S. Courthouse, 517 East Wisconsin Avenue, Milwaukee, Wisconsin. At this hearing, the Court may set further hearings and/or deadlines without further notice.

### Objections

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion and Objection, then **at least one day before the hearing on October 11,2011**, you or your attorney must file with the Court a written response which explains your position at:

**Janet Medlock**
**Clerk of the U.S. Bankruptcy Court**
**126 Federal Courthouse**
**517 E. Wisconsin Avenue**
**Milwaukee, WI 53202**

If you mail your written response to the Court for filing, you must mail it early enough so the Court will receive it **at least one day before the hearing on October 11, 2011.**

You must also mail a copy of your written response to:

**Attorney Debra L. Schneider**
**Office of the U.S. Trustee**
**517 E. Wisconsin Ave., Suite 430**
**Milwaukee, WI 53202**

**In addition, you must participate in the hearing at the date and time set forth above.** If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motions and may enter an order granting the Motions.

Dated: September 20, 2011         PATRICK S. LAYNG
                                  UNITED STATES TRUSTEE


                                  /s/_____
                                  DEBRA L. SCHNEIDER
                                  Attorney for the U.S. Trustee