UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Todd A. Brunner and
Sharon Y. Brunner,

Case No. 11-29064
Chapter 11

Debtors.

**OBJECTION TO THE MOTION BY THE UNITED STATES TRUSTEE FOR
THE PRODUCTION OF DOCUMENTS AND EXAMINATION UNDER RULE 2004**

Notwithstanding the Office of the United States Trustee's position that their *Motion* may be done in an *ex parte* basis, the Debtors object to said *Motion* on the following grounds:

1. Sharon Brunner has a day job, and has very little knowledge of the business transactions involving Mr. Brunner's real estate business, and it is senseless for her to be the subject of the 2004 Examination. Debtors request that Sharon Brunner not be required to attend.

2. The Debtors have already submitted to three separate 341 Hearings, and have provided hours and hours of testimony *ad nauseum*.

3. The document request is onerous, overbroad, and harassing. On multiple occasions, the Debtors have testified that a former employee destroyed some of their records. The Debtors have already informed the Office of the United States Trustee that they have not filed their 2009 and 2010 tax returns. The Debtors should be able to respond to the document request before the hearing as to whether or not any of the documents requested are in the Debtors' possession.

4. The United States Trustee has demanded and the Debtors have agreed to file a Plan and a Disclosure Statement by November 15th. If Debtors' counsel has to spend time gathering documents, and preparing the Debtors for a 2004 Examination before November 15th, this will place a chilling effect on

Law Offices of Jonathan V. Goodman
788 North Jefferson Street - Suite 707
Milwaukee, WI 53202-3739
Phone: (414) 276-6760 - Fax: (414) 287-1199
E-mail: jgoodman@ameritech.net

Page 1 of 2

Case 11-29064-jes    Doc 163    Filed 09/21/11    Page 1 of 2

the Debtors' counsel being able to complete the Disclosure Statement. Any 2004 Examination should occur after November 15th.

WHEREFORE, the Debtors request a hearing on the *Order* for a 2004 Examination,

Dated this 21 day of September, 2011.

LAW OFFICES OF JONATHAN V. GOODMAN
Attorneys for Debtors

/s/ Jonathan V. Goodman
Jonathan V. Goodman