UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Todd A. Brunner and
Sharon Y. Brunner,

Case No. 11-29064
Chapter 11

Debtors.

**AFFIDAVIT OF SHARON Y. BRUNNER
IN OPPOSITION TO
RULE 2004 EXAMINATION**

STATE OF WISCONSIN )
                        ) ss.
WAUKESHA COUNTY )

I, Sharon Y. Brunner, being first duly sworn on oath, depose and state as follows:

1. I am a joint debtor in the above proceedings, and make this *Affidavit* with knowledge.

2. As I testified at the 341 Hearing on July 22, 2011, I have not been involved in my husband's real estate business for about fifteen (15) years. I have no knowledge of any pre-petition transfers that were made by my husband, either with respect to real estate that he owns or personal property, such as vehicles or boats that he owns.

3. I am now working five (5) days a week, and I am "on call" every fourth weekend. The money that I earn is essential to keeping up our household.

4. At the 341 Hearing that I appeared at, I did not testify at the First Meeting of Creditors, as alleged by the United States Trustee, that I knew the woman who destroyed my husband's business records. The colloquy was that a Mr. Antonopoulos asked "You mentioned a secretary got and ended up quitting on you. What is her name?" My husband answered "Julie Sweet". Mr. Antonopoulos then said "And what is the secretary's name that replaced her, that eventually threw the records out on

Law Offices of Jonathan V. Goodman
788 North Jefferson Street – Suite 707
Milwaukee, WI 53202-3739
PH: 414-276-6760 - FX: 414-287-1199
e-mail: jgoodman@ameritech.net

the snow bank?" I answered "That was Julie Sweet". I only answered that question based upon what my husband answered. I do not know anything about the incident when Julie Sweet allegedly destroyed my husband's records.

5.   I object to the United States Trustee's assertion that we have lived a lavish lifestyle. Most of the conspicuous consumption that my husband did, at least with respect to the vehicles he has purchased, were purchased as an investment in the hopes that the assets of many of the exotic vehicles that he purchased would increase in value, rather than deflate.

My husband and I do not travel, entertain, belong to country clubs, or do anything lavish. My husband owns some exotic vehicles and boats. I have had to work my entire adult life in order to support the lifestyle that we have, which is not lavish.

6.   If I am forced to submit to a 2004 Examination, I respectfully request that the Court order it on a weekend day that I am not "on call" for my job.

Sharon Y. Brunner

Subscribed and sworn to before me
this ___09___ day of October, 2011

Notary Public, Milwaukee County, Wisconsin
My commission is permanent.

PREPARED BY:
Law Offices of Jonathan V. Goodman
788 North Jefferson Street – Suite 707
Milwaukee, WI 53202-3739
PH: 414-276-6760 - FX: 414-287-1199
e-mail: jgoodman@ameritech.net