IT IS HEREBY ORDERED
AS DESCRIBED BELOW.

DATED: October 21, 2011



_____
Honorable James E. Shapiro
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| **In re: Todd A. Brunner and**<br>**Sharon Y. Brunner,** | **Case No. 11-29064-jes**<br>**(Chapter 11)** |
| **Debtors.** | |

**ORDER FOR THE PRODUCTION OF DOCUMENTS
AND EXAMINATION OF THE DEBTORS**

Upon consideration of the *Ex Parte* Motion of the United States Trustee for the production of documents and the examination of Julie L. Sweet, pursuant to Fed. R. Bankr. P. 2004, and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED** that the document production and examination of Julie Sweet shall be conducted as follows and the examination may be continued from time to time until it is completed:

1. Julie Sweet shall produce the following documents by **November 2, 2011**:

   a. Copies of all personal **and** business financial records of the Debtors, Sharon and Todd Brunner, in the possession of Julie L. Sweet. This request includes all written, typed, printed or otherwise recorded material of any kind, including papers, agreements, contracts, notes, memoranda, spreadsheets, deeds, rent receipts, rent rolls, ledgers,

Attorney Debra L. Schneider
Office of the United States Trustee
517 E. Wisconsin Avenue, Suite 430
Milwaukee, WI 53202
(414) 297-4499 / (fax) (414) 297-4478

tax returns, HUD-1 settlement statements, mortgages, loan applications, bank statements, wire transfer requests, credit card statements, check registers, e-mails, correspondence, letters, telegrams, records, books, forms, transcriptions, recordings, magnetic tapes, discs and printed cards, computer printouts, microfilm, personal diaries, calendars, appointment books, memoranda, minutes and records of any meeting, financial statements, financial data, reports or records of telephone or other conversations, movies, videotapes, pictures, sketches, statistical analyses, and all other writings or recordings of any kind, however produced or reproduced, whether signed or unsigned, and whether inscribed by hand or by mechanical, electronic, photographic, or phonic means. This request includes originals and all copies that are in any way not identical to the original.

    b.    Copies of all documentation related to Julie Sweet's return of records to the Brunners including, but not limited to, all documentation registering receipt, whether sent by United States mail or FedEx, UPS, DHL or other similar delivery service, including certified or registered mail receipts. This request includes originals and all copies that are in any way not identical to the original.

    c.    All documentation evidencing payments made by Julie Sweet for shipping documents to Sharon and Todd Brunner including, but not limited to, credit card billing statements, checks, debit card payments, bank statements, checks, and any and all other written documentation evidencing payment.

2. Julie L. Sweet shall appear for examination pursuant to Rule 2004 at:

    Place:    Office of the United States Trustee
517 East Wisconsin Avenue, Suite 430
Milwaukee, WI 53202

    Date & time:    **November 8, 2011 at 1 p.m.**
(or other mutually agreed upon date)

#####