UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Todd A. Brunner and
Sharon Y. Brunner,

Case No. 11-29064
Chapter 11

    Debtors.

**NOTICE OF HEARING ON APPLICATION BY THE DEBTORS FOR ADDITIONAL COMPENSATION TO BE AWARDED TO COUNSEL FOR THE DEBTOR AND TO SELL VEHICLES AND BOATS OUTSIDE OF THE ORDINARY COURSE OF BUSINESS PURSUANT TO 11 U.S.C. § 363(b)**

    The Debtors have moved the Court for an *Order* for authority to sell some of their vehicles and boats pursuant to 11 U.S.C. Section 363(b). A list of the vehicles to be sold and their sale prices are attached. In addition, the Debtors seek to sell a 1998 Chaparral deck boat for $5,000.00.

    The Debtors have also filed an *Application* to pay additional compensation to counsel for the Debtors, to wit: to approve an additional award from the original interim fee application of $44,387.06

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

    If you or your attorney wish to object to either the *Application* or the *Motion*, then you or your attorney must appear at a hearing before the Honorable James E. Shapiro, United States Bankruptcy Judge, Room 133, 517 East Wisconsin Avenue, Milwaukee, Wisconsin 53202, on **December 12, 2011 at 9:00 a.m.**

    If you or your attorney do not take this step, then the Court may grant the *Application* or the *Motion* without hearing your objection or your views on the subject.

Law Offices of Jonathan V. Goodman
788 North Jefferson Street - Suite 707
Milwaukee, WI 53202-3739
PH: (414) 276-6760 - FX: (414) 287-1199
e-mail: jgoodman@ameritech.net

Page 1 of 3

Case 11-29064-jes   Doc 234   Filed 11/18/11   Page 1 of 3

Dated this 18th day of November, 2011.

                                             LAW OFFICES OF JONATHAN V. GOODMAN
                                             Attorneys for Debtors

                                             By:          /s/
                                                               Jonathan V. Goodman

PREPARED BY:
Law Offices of Jonathan V. Goodman
788 North Jefferson Street - Suite 707
Milwaukee, WI 53202-3739
PH: (414) 276-6760 - FX: (414) 287-1199
e-mail: jgoodman@ameritech.net

# SCHEDULE A

| Motorcyles | Minimum Sale Price |
|---|---|
| 1997 Harley Davidson | $5,000.00 |
| 2006 Dune Buggy | $500.00 |
| 2004 Yamaha 4x4 | $1,300.00 |

| Vehicles | Minimum Sale Price |
|---|---|
| 2002 Cadillac Escalade | $4,000.00 |
| 1963 Bentley S-3 | $4,000.00 |
| 1959 Jaguar | $500.00 |
| 1919 Rausch Electric Car | $10,000.00 |
| 1996 Lincoln Limousine | $3,500.00 |
| 1997 Suburban | $1,500.00 |
| 1937 Ford Street Rod | $10,000.00 |
| 2006 Ford 40-ton Cabs | $3,000.00 |
| 2004 GMC Pick-up | $2,500.00 |
| 1994 Rolls Royce | $6,500.00 |