IT IS HEREBY ORDERED
AS DESCRIBED BELOW.

DATED: November 21, 2011



*Honorable James E. Shapiro*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Todd A. Brunner and
Sharon Y. Brunner,

Debtors.

Case No. 11-29064

Chapter 11

### AGREED TO ORDER ON DEBTORS' USE OF CASH COLLATERAL OF LAYTON STATE BANK

The Debtors and Layton State Bank ("LSB") have agreed to this Order permitting Debtors to use the cash collateral of LSB, and the Court being otherwise fully advised in the premises,

HEREBY ORDERS:

1. Prior Order. This Order replaces the Agreed to Order on Debtor's use of Cash Collateral of Layton State Bank dated October 7, 2011 in its entirety, and such prior Order is null and void as of its entry and does not authorize any use of LSB's cash collateral.

Law Offices of Jonathan V. Goodman
788 North Jefferson Street - Suite 707
Milwaukee, WI 53202
Phone: (414) 276-6760  Fax: (414) 287-1199
e-mail: jgoodman@ameritech.net

2. Use of Cash Collateral. The Debtors may use the cash collateral of LSB in the ordinary course of business for the items identified on the budget that is attached hereto as Exhibit "1".

3. Security Interest. LSB shall have a replacement security interest on its collateral of assets of the Debtors to the extent that its security interests may have existed immediately prior to the filing of the Petition herein, provided, however, that such replacement lien shall not extend to any avoidance actions (or the proceeds thereof) pursuant to Chapter 5 of Title 11 United States Code.

4. On or before the fifteenth (15th) day of the month during the term of this Order, the Debtors shall pay LSB the greater of: a) Eleven Thousand ($11,000.00) Dollars; or, b) Debtor's cash from LSB's cash collateral in its possession that exceeds the amount of expenses identified in Exhibit 1. Such payments shall be applied by LSB to the Debtors' obligations as it may determine.

5. Within five (5) days of the date of the rendering of this Order, the Debtor shall pay Twenty Three Thousand ($23,000.00) as adequate protection for the period from July 14, 2011 through September 30, 2011.

6. In the event that the Debtors fail to timely make any payment required herein (timely being no later than the prescribed date, unless the date is on a weekend or holiday, in which event the first business day thereafter shall be the due date) this Order authorizing the use of cash collateral shall cease

7. This Cash Collateral Order shall be a permanent Order and shall terminate, unless there is an earlier default, on the earlier to occur of the effective date of a Plan of Reorganization, or the date of dismissal or conversion of this case to one under Chapter 7 of Title 11 United States Code.

8. The Debtors shall maintain fire, extended casualty, and liability insurance on all real and personal property secured by LSB, pursuant to the prior orders of the Court, as the same may be modified from time to time.

9. This Agreed to Order is the result of a negotiation and compromise and its entry is not to be construed against either party with respect to any issue other than the subject matter hereof.

10. This Agreed to Order does not authorize use of cash collateral of, or otherwise determine the rights of the parties regarding the properties at 3335-3337 North 45th Street, 4977-4977A North 46th Street, or 2760-2762 North 50th Street, Milwaukee, WI.

#####

Approved as to form:

_____
Daniel J. Habeck, attorney for Layton State Bank
Cramer, Multhauf & Hammes LLP
Dated: November 18, 2011

| LENDER | BUILDING # | STREET NAME | CITY/TOWN | RENT | MNGT FEE | WATER/SEWER | ESTIMATED REPAIRS | NET FIGURE | 2010 taxes annual | month tax escrow |
|---|---|---|---|---|---|---|---|---|---|---|
| LSB | W160 N9506 | Chippewa Dr | Meno. Falls | $1,165.00 | $58.25 | $45.00 | $55.00 | $1,006.75 | $3,725.00 | $310.42 |
| LSB | 2618 South | Clement Ave | Milwaukee | $1,045.00 | $52.25 | $45.00 | $55.00 | $892.75 | $4,434.00 | $369.50 |
| LSB | W301 N9466 | CTH E | Merton | $850.00 | $42.50 | $45.00 | $55.00 | $707.50 | $1,702.00 | $141.83 |
| LSB | 3848 West | Kiley Avenue | Milwaukee | $1,200.00 | $60.00 | $45.00 | $55.00 | $1,040.00 | $3,975.00 | $331.25 |
| LSB | 6508 North | Landers Street | Milwaukee | $875.00 | $43.75 | $45.00 | $55.00 | $731.25 | $3,260.00 | $271.67 |
| LSB | 4144 North | Larkin Street | Shorewood | $1,495.00 | $74.75 | $45.00 | $55.00 | $1,320.25 | $6,210.00 | $517.50 |
| LSB | 2320 South | Lombardy Lane | New Berlin | $1,400.00 | $70.00 | $45.00 | $55.00 | $1,230.00 | $3,492.00 | $291.00 |
| LSB | 6204 West | Nash Street | Milwaukee | $725.00 | $36.25 | $45.00 | $55.00 | $588.75 | $1,810.00 | $150.83 |
| LSB | 2009 | Northview Road | Waukesha | $1,000.00 | $50.00 | $45.00 | $55.00 | $850.00 | $4,383.00 | $365.25 |
| LSB | 3860 East | Plankinton | Cudahy | $595.00 | $29.75 | $90.00 | $85.00 | $390.25 | $2,650.00 | $220.83 |
| LSB | 3860-A East | Plankinton | Cudahy | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,650.00 | $220.83 |
| LSB | W334 S5418 | Red Fox Way | North Prairie | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| LSB | 5434 West | Sheridan Ave | Milwaukee | $800.00 | $40.00 | $45.00 | $55.00 | $660.00 | $1,964.00 | $163.67 |
| LSB | 19424 West | Terrace Drive | New Berlin | $1,465.00 | $73.25 | $45.00 | $55.00 | $1,291.75 | $3,382.00 | $281.83 |
| LSB | 2861 North | 36th Street | Milwaukee | $800.00 | $40.00 | $45.00 | $55.00 | $660.00 | $2,857.00 | $238.08 |
| LSB | 3731 North | 36th Street | Milwaukee | $765.00 | $38.25 | $45.00 | $55.00 | $626.75 | $3,737.00 | $311.42 |
| LSB | 6043 North | 38th Street | Milwaukee | $750.00 | $37.50 | $45.00 | $55.00 | $612.50 | $3,051.00 | $254.25 |
| LSB | 4215 North | 39th Street | Milwaukee | $775.00 | $38.75 | $45.00 | $55.00 | $636.25 | $2,410.00 | $200.83 |
| LSB | 5753 North | 42nd Street | Milwaukee | $700.00 | $35.00 | $45.00 | $55.00 | $565.00 | $4,753.00 | $396.08 |
| LSB | 3518 North | 63rd Street | Milwaukee | $765.00 | $38.25 | $45.00 | $55.00 | $626.75 | $2,538.00 | $211.50 |
| LSB | 5125 North | 64th Street | Milwaukee | $735.00 | $36.75 | $45.00 | $55.00 | $598.25 | $3,380.00 | $281.67 |
| LSB | 5643 North | 66th Street | Milwaukee | $850.00 | $42.50 | $45.00 | $55.00 | $707.50 | $2,576.00 | $214.67 |
| LSB | 181 North | 69th Street | Milwaukee | $1,195.00 | $59.75 | $45.00 | $55.00 | $1,035.25 | $4,174.00 | $347.83 |
| LSB | 5825 N #1 | 91st Street | Milwaukee | $850.00 | $42.50 | $45.00 | $55.00 | $707.50 | $6,118.00 | $509.83 |
| LSB | 5825 N #2-S | 91st Street | Milwaukee | $500.00 | $25.00 | $45.00 | $55.00 | $375.00 | | |
| LSB | 5825 N #2-N | 91st Street | Milwaukee | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| LSB | Layton State Bank | | TOTALS | $21,300.00 | $937.75 | $1,080.00 | $1,295.00 | $17,860.00 | | $5,744.92 |

EXHIBIT 1