*United States Bankruptcy Court*
*Eastern District of Wisconsin*
*Office of the Clerk*

# CHANGE ADDRESS

Debtor's Name(s): Brunners      Case Number: 11-29064
     Chapter: 11

### PLEASE CHANGE ADDRESS

**OLD ADDRESS:**      Fond du Lac County Economic Development Corp.
140 North Main Street
Fond du Lac, WI 54936-0629

**NEW ADDRESS:**      **Fond du Lac County Economic Development Corp.
116 North Main Street
Fond du Lac, WI 54935-3451**

Change Requested by:      Bonnie Hady,
Legal Assistant to Jonathan V. Goodman

(signature and date)      *Bonnie Hady*    11-23-2011

PREPARED BY:
Law Offices of Jonathan V. Goodman
135 W. Wells Street - Suite 340
Milwaukee, WI 53203-1807
Telephone: (414) 276-6760
Facsimile: (414) 287-1199
e-mail: jgoodman@ameritech.net